IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WALKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　／ | No.  C 10-04852 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO TRANSFER** |

On October 29, 2010, Defendant Life Insurance of the Southwest filed a motion to transfer this case to the United States District Court for the Central District of California, which is now noticed for hearing on January 21, 2011.  It is HEREBY ORDERED that Plaintiff's opposition to the motion shall be due on November 29, 2010, and Defendant's reply shall be due on December 6, 2010.  If either party seeks to modify this briefing schedule, they shall submit a request to the Court demonstrating good cause for any such modification.  If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date.

　　　**IT IS SO ORDERED.**

Dated:   November 12, 2010

　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE