UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation, and DOES 1-50,<br><br>Defendant. | Case No. 10-04852 ~~JCS~~ JSW<br><br>~~[PROPOSED]~~ ORDER GRANTING LIFE INSURANCE COMPANY OF THE SOUTHWEST'S MOTION TO TRANSFER |

### ~~[PROPOSED]~~ ORDER

Pursuant to Plaintiffs' statement of non-opposition to the motion,

The Court hereby GRANTS Defendant Life Insurance Company of the Southwest's ("LSW") motion to transfer this case pursuant to 28 U.S.C. § 1404(a) to the Central District of California. The hearing set for January 21, 2011 is VACATED. The Clerk shall transfer this case forthwith.

IT IS SO ORDERED.

Dated: November 15, 2010

*Jeffrey S. White* (signature)

~~Honorable Joseph C. Spero~~
~~United States Magistrate Judge~~
Honorable Jeffrey S. White
United States District Judge