# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:10–cv–04852–JSW

| | |
|---|---|
| Walker et al v. LIfe Insurance Company of the Southwest | Date Filed: 10/26/2010 |
| Assigned to: Hon. Jeffrey S. White | Date Terminated: 11/15/2010 |
| Case in other court:  San Francisco County Superior Court, CGC–10–504020 | Jury Demand: Defendant |
| | Nature of Suit: 370 Fraud or Truth–In–Lending |
| Cause: 28:1332 Diversity–Fraud | Jurisdiction: Diversity |

**Plaintiff**

**Joyce Walker**
*on behalf of herself and all others similarly
situated*

represented by **Brian Paul Brosnahan**
Kasowitz, Benson, Torres &Friedman LLP
101 California Street
Suite 2300
San Francisco, CA 94111
415–421–6140
Fax: 415–398–5030
Email: bbrosnahan@kasowitz.com
*ATTORNEY TO BE NOTICED*

**Charles Nathan Freiberg**
Kasowitz, Benson, Torres &Friedman
101 California Street
Suite 2300
San Francisco, CA 94111
(415) 421–6140
Fax: (415) 398–5030
Email: cfreiberg@kasowitz.com
*ATTORNEY TO BE NOTICED*

**Craig Alan Miller**
Levine &Miller
550 West C Street
Suite 1810
San Diego, CA 92101
619/231–9449
Fax: 619/231–8638
Email: camiller@levinelaw.com
*ATTORNEY TO BE NOTICED*

**Harvey Robert Levine**
Levine &Miller
550 West "C" Street
Suite 1810
San Diego, CA 92101
619–231–9449
*ATTORNEY TO BE NOTICED*

**Jacob Nathaniel Foster**
Heller Ehrman LLP
333 Bush Street

San Francisco, CA 94104
America
415–772–6359
Fax: 415–772–6268
Email: jfoster@kasowitz.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Kim Bruce Howlett** | represented by | **Brian Paul Brosnahan** |
| *on behalf of herself and all others similarly situated* | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Charles Nathan Freiberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Alan Miller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harvey Robert Levine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jacob Nathaniel Foster**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Muriel Spooner** | represented by | **Brian Paul Brosnahan** |
| *on behalf of herself and all others similarly situated* | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Charles Nathan Freiberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Alan Miller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harvey Robert Levine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jacob Nathaniel Foster**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**LIfe Insurance Company of the Southwest**

*a Texas corporation*

represented by **Jonathan Acker Shapiro**

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
(650) 858−6000
Fax: (650) 858−6100
Email: jonathan.shapiro@wilmerhale.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/26/2010 | Ï 1 | NOTICE OF REMOVAL; Demand for Jury Trial; No Process from San Francisco County Superior Court. Their case number is CGC10−504020. (Filing fee $350.00 receipt number 34611052136). Filed by LIfe Insurance Company of the Southwest. (Attachments: # 1 Civil Cover Sheet) (gba, COURT STAFF) (Filed on 10/26/2010) (Entered: 10/26/2010) |
| 10/26/2010 | Ï 2 | NOTICE of Disclosure of Non−Party Interested Entities by LIfe Insurance Company of the Southwest (gba, COURT STAFF) (Filed on 10/26/2010) (Entered: 10/26/2010) |
| 10/26/2010 | Ï 3 | ADR SCHEDULING ORDER: Case Management Statement due by 1/28/2011. Case Management Conference set for 2/4/2011 01:30 PM in Courtroom A, 15th Floor, San Francisco. (gba, COURT STAFF) (Filed on 10/26/2010) (Entered: 10/26/2010) |
| 10/26/2010 | Ï | CASE DESIGNATED for Electronic Filing. (gba, COURT STAFF) (Filed on 10/26/2010) (Entered: 10/26/2010) |
| 10/29/2010 | Ï 4 | MOTION to Transfer Case filed by LIfe Insurance Company of the Southwest. Motion Hearing set for 1/21/2011 09:30 AM in Courtroom A, 15th Floor, San Francisco. (Attachments: # 1 Proposed Order)(Shapiro, Jonathan) (Filed on 10/29/2010) (Entered: 10/29/2010) |
| 10/29/2010 | Ï 5 | Declaration of Jonathan Shapiro in Support of 4 MOTION to Transfer Case filed byLIfe Insurance Company of the Southwest. (Attachments: # 1 Exhibit A (part 1), # 2 Exhibit A (part 2), # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D)(Related document(s) 4 ) (Shapiro, Jonathan) (Filed on 10/29/2010) (Entered: 10/29/2010) |
| 11/01/2010 | Ï 6 | CLERKS NOTICE REGARDING CONSENT TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE. Accordingly, the parties are instructed to sign and electronically file the enclosed consent or declination form within seven (7) calendar days of the date of this notice, indicating whether they consent to the jurisdiction of the Magistrate Judge in this matter. (klh, COURT STAFF) (Filed on 11/1/2010) (Entered: 11/01/2010) |
| 11/01/2010 | Ï 7 | STIPULATION *to Extend Time to Respond to Complaint* by LIfe Insurance Company of the Southwest. (Shapiro, Jonathan) (Filed on 11/1/2010) (Entered: 11/01/2010) |
| 11/01/2010 | Ï 8 | Declination to Proceed Before a U.S. Magistrate Judge by LIfe Insurance Company of the Southwest. (Shapiro, Jonathan) (Filed on 11/1/2010) (Entered: 11/01/2010) |
| 11/02/2010 | Ï 9 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (klh, COURT STAFF) (Filed on 11/2/2010) (Entered: 11/02/2010) |
| 11/02/2010 | Ï 10 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Jeffrey S. White for all further proceedings. Judge Magistrate Judge Joseph C. Spero no longer assigned to the case.. Signed by Executive Committee on 11/2/10. (as, COURT STAFF) (Filed on 11/2/2010) (Entered: 11/02/2010) |
| 11/05/2010 | Ï 11 | CERTIFICATE OF SERVICE by LIfe Insurance Company of the Southwest *of service of Civil* |

| | | |
|---|---|---|
| | | *Standing Order* (Shapiro, Jonathan) (Filed on 11/5/2010) (Entered: 11/05/2010) |
| 11/09/2010 | 12 | INITIAL SCHEDULING CONFERENCE ORDER: Case Management Conference set for 2/11/2011 01:30 PM in Courtroom 11, 19th Floor, San Francisco. Case Management Statement due by 2/4/2011.. Signed by Judge Jeffrey S. White on 11/9/10. (jjoS, COURT STAFF) (Filed on 11/9/2010) (Entered: 11/09/2010) |
| 11/10/2010 | 13 | MOTION to Transfer Case *(Re–notice of Motion To Transfer at Docket 4 and 5)* filed by LIfe Insurance Company of the Southwest. Motion Hearing set for 1/21/2011 09:00 AM in Courtroom 11, 19th Floor, San Francisco. (Shapiro, Jonathan) (Filed on 11/10/2010) (Entered: 11/10/2010) |
| 11/12/2010 | 14 | ORDER SETTING BRIEFING SCHEDULE ON MOTION TO TRANSFER. Signed by Judge Jeffrey S. White on 11/12/10. (jjoS, COURT STAFF) (Filed on 11/12/2010) (Entered: 11/12/2010) |
| 11/12/2010 | 15 | Statement *of Nonopposition to Motion to Transfer* by Kim Bruce Howlett, Muriel Spooner, Joyce Walker. (Freiberg, Charles) (Filed on 11/12/2010) (Entered: 11/12/2010) |
| 11/15/2010 | 16 | ORDER GRANTING 4 MOTION to Transfer Case. Signed by Judge JEFFREY S. WHITE on 11/15/10. (jjoS, COURT STAFF) (Filed on 11/15/2010) (Entered: 11/15/2010) |
| 11/15/2010 | 17 | MOTION for Leave to File Excess Pages filed by LIfe Insurance Company of the Southwest. (Attachments: # 1 Proposed Order)(Shapiro, Jonathan) (Filed on 11/15/2010) (Entered: 11/15/2010) |
| 11/15/2010 | 18 | MOTION to Dismiss *or in the Alternative, to Strike* filed by LIfe Insurance Company of the Southwest. Motion Hearing set for 1/21/2011 09:00 AM in Courtroom 11, 19th Floor, San Francisco. (Attachments: # 1 Proposed Order)(Shapiro, Jonathan) (Filed on 11/15/2010) (Entered: 11/15/2010) |
| 11/15/2010 | 19 | Brief re 18 MOTION to Dismiss *or in the Alternative, to Strike* filed byLIfe Insurance Company of the Southwest. (Related document(s) 18 ) (Shapiro, Jonathan) (Filed on 11/15/2010) (Entered: 11/15/2010) |
| 11/15/2010 | 20 | Declaration of Jonathan A. Shapiro in Support of 18 MOTION to Dismiss *or in the Alternative, to Strike* filed byLIfe Insurance Company of the Southwest. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Related document(s) 18 ) (Shapiro, Jonathan) (Filed on 11/15/2010) (Entered: 11/15/2010) |
| 11/29/2010 | 21 | Transferred case to USDC–Central California. (hdj, COURT STAFF) (Filed on 11/29/2010) (Entered: 11/29/2010) |