JONATHAN A. SHAPIRO (257199)
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Tel:   (650) 858-6101
Fax:   (650) 858-6100
jonathan.shapiro@wilmerhale.com

ANDREA J. ROBINSON (*PRO HAC VICE*)
TIMOTHY J. PERLA (*PRO HAC VICE*)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel:   (617) 526-6000
Fax:   (617) 526-5000
andrea.robinson@wilmerhale.com
timothy.perla@wilmerhale.com

Attorneys for Defendant Life Insurance Company of the Southwest

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation, and DOES 1-50,<br><br>Defendant. | Case No. 10-09198 JVS(RNBx)<br><br>**DECLARATION OF JONATHAN A. SHAPIRO IN SUPPORT OF LIFE INSURANCE COMPANY OF THE SOUTHWEST'S MOTION TO DISMISS**<br><br>Honorable James V. Selna<br><br>Date:   February 7, 2011<br>Time:   1:30 p.m.<br>Courtroom:   10C |

DECLARATION OF JONATHAN A. SHAPIRO IN SUPPORT OF DEFENDANT LIFE INSURANCE COMPANY OF THE SOUTHWEST'S MOTION TO DISMISS, 10-09198 JVS(RNBx)

# DECLARATION OF JONATHAN A. SHAPIRO

I, Jonathan A. Shapiro, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and before this Court. I am a Partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant in the above-entitled action. I respectfully submit this Declaration in support of Defendant Life Insurance Company of the Southwest's Motion to Dismiss. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently thereto.

2. The purpose of this Declaration is to place before the Court relevant documents referred to and integral to the Complaint, in support of Defendant Life Insurance Company of the Southwest's Motion to Dismiss.

3. Attached hereto as Exhibit A is a true and correct copy of life insurance Policy LS0156670 purchased by Joyce Walker.

4. Attached hereto as Exhibit B is a true and correct copy of life insurance Policy LS0149017 purchased by Kim Bruce Howlett.

5. Attached hereto as Exhibit C is a true and correct copy of life insurance Policy LS0149018 purchased by Muriel Spooner.

6. Attached hereto as Exhibit D is a true and correct copy of a life insurance Illustration presented to and signed by Joyce Walker.

7. Attached hereto as Exhibit E is a true and correct copy of a life insurance Illustration presented to and signed by Kim Bruce Howlett.

DECLARATION OF JONATHAN A. SHAPIRO IN SUPPORT OF DEFENDANT LIFE INSURANCE COMPANY OF THE SOUTHWEST'S MOTION TO DISMISS, 10-09198 JVS(RNBx)

8. Attached hereto as Exhibit F is a true and correct copy of a life insurance Illustration presented to and signed by Muriel Spooner.

9. Attached hereto as Exhibit G is a true and correct copy of the National Association of Insurance Commissioners' Life Insurance Buyer's Guide presented to each of the Plaintiffs.

10. Attached hereto as Exhibit H is a true and correct copy of the Minute Order Denying Defendant Life Insurance Company of the Southwest's Motion to Dismiss the Second Amended Complaint in *Krall v. Life Insurance Company of the Southwest*, SACV 09-1043-JVS (RNBx) (C.D. Cal. June 28, 2010).

11. Attached hereto as Exhibit I is a true and correct copy of a Minute Order Granting Defendant Life Insurance Company of the Southwest's Motion to Dismiss the First Amended Complaint in *Krall v. Life Insurance Company of the Southwest*, SACV 09-1043-JVS (RNBx) (C.D. Cal. Mar. 3, 2010).

I declare under the penalty of perjury that the foregoing is true and correct. Executed this December 21, 2010, at Palo Alto, California.

By: */s/ Jonathan A. Shapiro*
Jonathan A. Shapiro

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Wilmer Cutler Pickering Hale and Dorr LLP, 950 Page Mill Road, Palo Alto, CA 94304. On December 21, 2010, I served the within document(s):

DECLARATION OF JONATHAN A. SHAPIRO IN SUPPORT OF DEFENDANT LIFE INSURANCE COMPANY OF THE SOUTHWEST'S MOTION TO DISMISS

☐ I placed the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, CA addressed as set forth below.

☐ I personally caused to be hand delivered the document(s) listed above to the person(s) at the address(es) set forth below.

☒ I electronically filed the document(s) listed above via the CM/ECF system.

    Charles N. Freiberg
    KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
    101 California Street, Suite 2300
    San Francisco, CA 94111

    Harvey R. Levine
    LEVINE & MILLER
    550 West C. Street, Suite 1810
    San Diego, CA 92101-8596

  /s/ Jonathan A. Shapiro
  Jonathan A. Shapiro

- 4 -
DECLARATION OF JONATHAN A. SHAPIRO IN SUPPORT OF DEFENDANT LIFE INSURANCE COMPANY OF THE SOUTHWEST'S MOTION TO DISMISS, 10-09198 JVS(RNBx)