KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
CHARLES N. FREIBERG (SBN 70890)
BRIAN P. BROSNAHAN (SBN 112894)
JACOB N. FOSTER (SBN 250785)
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

LEVINE & MILLER
HARVEY R. LEVINE (SBN 61879)
CRAIG A. MILLER (SBN 116030)
LEVINE & MILLER
550 West C Street, Suite 1810
San Diego, CA 92101-8596
Telephone: (619) 231-9449
Facsimile: (619) 231-8638

Attorneys for Plaintiffs
JOYCE WALKER, KIM BRUCE HOWLETT,
and MURIEL SPOONER, on behalf of themselves
and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation,<br><br>Defendant. | **CLASS ACTION**<br><br>CASE NO.: CV 10-9198 JVS (RNBx)<br><br>Formerly Case No.: 3:10-cv -04852 JSW from Northern District of CA<br><br>**STIPULATION REGARDING LENGTH OF SUPPLEMENTAL MEMORANDA OF LAW PURSUANT TO LOCAL RULE 37-2.3** |

STIPULATION REGARDING LENGTH OF SUPPLEMENTAL MEMORANDA OF LAW PURSUANT TO
LOCAL RULE 37-2.3
Case No. CV 10-9198 JVS (RNBx)

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

WHEREAS, on August 9, 2011, Plaintiffs Joyce Walker, Muriel Lynn Spooner, and Kim Bruce Howlett ("Plaintiffs") filed a Joint Stipulation of Points and Authorities in support of and in opposition to Plaintiffs' Motion to Compel Production of Documents, pursuant to Local Rule 37-2.1;

WHEREAS, on August 9, 2011, Defendant Life Insurance Company of the Southwest ("Defendant" or "LSW") filed a Joint Stipulation of Points and Authorities in support of and in opposition to LSW's Motion for Protective Order and Motion to Compel Production of Documents, pursuant to Local Rule 37-2.1;

WHEREAS, the parties may each file a Supplemental Memorandum of Law in support of the Joint Stipulations of Points and Authorities, pursuant to Local Rule 37-2.3, not to exceed five (5) pages in length;

WHEREAS, good cause exists for the parties to file a Supplemental Memorandum of Law that exceeds five (5) pages due to the number of discovery disputes between the parties;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties and subject to the approval of the Court:

1.Any Supplemental Memoranda of Law filed by the parties pursuant to Local Rule 37-2.3 shall not exceed ten (10) pages in length.

2.For the discovery motions filed on August 9, 2011, this Stipulation supersedes the requirement in Local Rule 37-2.3 that a Supplemental Memorandum of Law shall not exceed five (5) pages in length.

DATED:  August 11, 2011KASOWITZ BENSON TORRES & FRIEDMAN LLP


By: */s/* Charles N. Freiberg
Charles N. Freiberg

<div style="margin-left: auto;">

Attorneys For Plaintiffs
JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated

WILMER CUTLER PICKERING HALE AND DORR LLP

By: /s/ Jonathan A. Shapiro
     Jonathan A. Shapiro

Attorneys For Defendant
LIFE INSURANCE COMPANY OF THE SOUTHWEST

</div>

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

---

STIPULATION REGARDING LENGTH OF SUPPLEMENTAL MEMORANDA OF LAW PURSUANT TO LOCAL RULE 37-2.3
Case No. CV 10-9198 JVS (RNBx)

2

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kasowitz, Benson, Torres & Friedman LLP, 101 California Street, Suite 2300, San Francisco, California 94111. On August 11, 2011, I served the within document(s):

**STIPULATION REGARDING LENGTH OF SUPPLEMENTAL MEMORANDA OF LAW PURSUANT TO LOCAL RULE 37-2.3**

I electronically filed the document(s) listed above via the CM/ECF system.

>Jonathan A. Shapiro
>WILMER CUTLER PICKERING HALE AND DORR LLP
>950 Page Mill Road
>Palo Alto, CA  94304

>*/s/* Jo Anne Childress
>Jo Anne Childress