KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
CHARLES N. FREIBERG (SBN 70890)
BRIAN P. BROSNAHAN (SBN 112894)
JACOB N. FOSTER (SBN 250785)
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

LEVINE & MILLER
HARVEY R. LEVINE (SBN 61879)
CRAIG A. MILLER (SBN 116030)
LEVINE & MILLER
550 West C Street, Suite 1810
San Diego, CA 92101-8596
Telephone: (619) 231-9449
Facsimile: (619) 231-8638

Attorneys for Plaintiffs
JOYCE WALKER, KIM BRUCE HOWLETT,
and MURIEL SPOONER, on behalf of themselves
and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation,<br><br>Defendant. | **CLASS ACTION**<br><br>CASE NO.: CV 10-9198 JVS (RNBx)<br><br>Formerly Case No.: 3:10-cv -04852 JSW from Northern District of CA<br><br>**[PROPOSED] ORDER** |

[PROPOSED] ORDER
Case No. CV 10-9198 JVS (RNBx)

The Court, having reviewed the parties' accompanying Stipulation Regarding Length of Supplemental Memoranda of Law Pursuant to Local Rule 37-2.3, hereby ORDERS that:

1. Any Supplemental Memoranda of Law filed by the parties pursuant to Local Rule 37-2.3 shall not exceed ten (10) pages in length.

2. For the discovery motions filed on August 9, 2011, this Stipulation and Order supersedes the requirement in Local Rule 37-2.3 that a Supplemental Memorandum of Law shall not exceed five (5) pages in length.

IT IS SO ORDERED.

Dated: _____, 2011

_____
Honorable Robert N. Block
United States Magistrate Judge

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

[PROPOSED] ORDER
Case No. CV 10-9198 JVS (RNBx)

1