# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **CV 10-9198-JVS (RNBx)**                                   Date: **August 12, 2011**

Title:  **Joyce Walker, et al. v. Life Insurance Company of the Southwest**

**DOCKET ENTRY**

PRESENT:

**HON. <u>ROBERT N. BLOCK</u>, UNITED STATES MAGISTRATE JUDGE**

| <u>Kerri Hays</u> | <u>    n/a    </u> |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:                ATTORNEYS PRESENT FOR DEFENDANTS:
    None present                                                                None present

**PROCEEDINGS:  (IN CHAMBERS)**

## Stipulation Regarding Length of Supplemental Memoranda, filed August 11, 2011

    The parties are advised that the Court declines to approve their Stipulation. However, with respect to plaintiffs' Motion to Compel Production of Documents, the parties need not bother address in their Supplemental Memoranda the five discovery issues in dispute about which counsel will be required to meet and confer further under the Court's auspices on August 30, 2011, pursuant to the Minute Order being issued by the Court concurrently herewith.

cc:    Judge Selna