KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
CHARLES N. FREIBERG (SBN 70890)
BRIAN P. BROSNAHAN (SBN 112894)
JACOB N. FOSTER (SBN 250785)
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

LEVINE & MILLER
HARVEY R. LEVINE (SBN 61879)
CRAIG A. MILLER (SBN 116030)
LEVINE & MILLER
550 West C Street, Suite 1810
San Diego, CA 92101-8596
Telephone: (619) 231-9449
Facsimile: (619) 231-8638

Attorneys for Plaintiffs
JOYCE WALKER, KIM BRUCE HOWLETT,
and MURIEL SPOONER, on behalf of themselves
and all others similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation,<br><br>Defendant. | **CLASS ACTION**<br><br>CASE NO.: CV 10-9198 JVS (RNBx)<br><br>Formerly Case No.: 3:10-cv -04852 JSW from Northern District of CA<br><br>**JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANT LIFE INSURANCE COMPANY OF THE SOUTHWEST'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

Pursuant to Local Rules 7-11 and 40-1, this Stipulation is made by and between plaintiffs Joyce Walker, Kim Bruce Howlett, and Muriel Spooner ("Plaintiffs"), and Defendant Life Insurance Company of the Southwest ("LSW" or "Defendant").

## RECITALS

WHEREAS, on July 25, 2011, LSW filed a Motion for Judgment on the Pleadings pursuant to Federal Rule of Civil Procedure 12(c) (the "Motion");

WHEREAS, LSW noticed the Motion for hearing on September 12, 2011;

WHEREAS, counsel for Plaintiffs advised LSW before it filed the Motion that, based on their current schedules, Plaintiffs' lead counsel's commitments in other cases may prevent them from appearing on September 12, 2011;

WHEREAS, it is now clear that neither Mr. Brosnahan nor Mr. Freiberg can appear on September 12;

WHEREAS, the parties have agreed to October 17, 2011 as an acceptable date that will work for all counsel;

WHEREAS, the parties have not previously requested a continuance of the hearing date on the Motion;

WHEREAS, good cause exists to continue the hearing because Plaintiffs' lead counsel are unable to appear on September 12;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties:

1. The date for the Motion is continued for five weeks until October 17, 2011;

2. Pursuant to Local Rule 7-11, the time for filing and serving LSW's reply papers is extended to fourteen (14) days preceding the new hearing date. LSW's reply papers will be due October 3, 2011.

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANT LIFE INSURANCE COMPANY OF THE SOUTHWEST'S MOTION FOR JUDGMENT ON THE PLEADINGS
Case No. CV 10-04852 JSW

1

| | |
|---|---|
| DATED: August 24, 2011 | KASOWITZ BENSON TORRES & FRIEDMAN LLP |
| | |
| | By: /s/ Charles N. Freiberg |
| | Charles N. Freiberg |
| | |
| | Attorneys For Plaintiffs<br>JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated |
| | |
| | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | |
| | By: /s/ Jonathan A. Shapiro |
| | Jonathan A. Shapiro |
| | |
| | Attorneys For Defendant<br>LIFE INSURANCE COMPANY OF THE SOUTHWEST |

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANT LIFE INSURANCE COMPANY OF THE SOUTHWEST'S MOTION FOR JUDGMENT ON THE PLEADINGS
Case No. CV 10-04852 JSW

2

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kasowitz, Benson, Torres & Friedman LLP, 101 California Street, Suite 2300, San Francisco, California 94111. On August 24, 2011, I served the within document(s):

**JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANT LIFE INSURANCE COMPANY OF THE SOUTHWEST'S MOTION FOR JUDGMENT ON THE PLEADINGS**

**[PROPOSED] ORDER**

I electronically filed the document(s) listed above via the CM/ECF system.

>Jonathan A. Shapiro
>WILMER CUTLER PICKERING HALE AND DORR LLP
>950 Page Mill Road
>Palo Alto, CA   94304

>*/s/* Jo Anne Childress
>Jo Anne Childress

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANT LIFE INSURANCE COMPANY OF THE SOUTHWEST'S MOTION FOR JUDGMENT ON THE PLEADINGS
Case No. CV 10-04852 JSW

3