# EXHIBIT A

I, _____, have read the Joint Stipulation and Protective Order Re: Confidential and Proprietary Documents ("Protective Order") signed by the Court on _____, 2011 in *Walker v. Life Insurance Company of the Southwest,* Case No. SACV 09-9198-JVS(RNBx), and I agree to abide by its terms and not to disseminate or disclose any Confidential Material governed by this Protective Order other than as provided by the Protective Order.

Dated: _____

_____
Signature