KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

A NEW YORK LIMITED LIABILITY PARTNERSHIP

101 CALIFORNIA STREET

SUITE 2300

SAN FRANCISCO, CALIFORNIA 94111

415-421-6140

FACSIMILE: 415-398-5030

BRIAN P. BROSNAHAN
PARTNER
BBROSNAHAN@KASOWITZ.COM

ATLANTA
HOUSTON
MIAMI
NEWARK
NEW YORK

October 14, 2011

**Via ECF Filing System**

Hon. James V. Selna
United States District Court, Central District
Southern Division
411 West Fourth Street, Room 1053
Santa Ana, CA 92701-4516

      Re:    Walker et al. v. Life Insurance Company of the Southwest
              USDC Case No. CV 10-9198-JVS (RNBx)

Dear Judge Selna:

      This letter concerns the hearing on LSW's motion for judgment on the pleadings that is presently set for Monday, October 17, 2011 at 1:30 p.m. I write to advise the Court that I will likely request certain accommodations at the commencement of the hearing due to the fact that I will have a jury deliberating in the Orange County Superior Court Complex Civil Department (CX105), Judge Nancy Wieben Stock, presiding. Trial of the case *John Doe v. Franciscan Friars of California, Inc., et al.* commenced on September 12, 2011, with closing arguments presented on Wednesday, October 12, 2011. Because Judge Stock's department has been dark yesterday and today, the jury will be instructed, and deliberations will begin, at 9:15 a.m. on Monday, October 17, 2011.

      I have advised counsel for LSW that although a colleague of mine can handle questions that may come from the jury, if the jury comes back with a verdict on Monday, I would very much like to be there at that time and to talk with the jurors afterward. I suggested that perhaps we could seek to have Monday's hearing in this case held in the morning or, alternatively, to postpone the hearing for a week. LSW does not wish to pursue either of those suggestions, but LSW may be willing to accommodate me if the jury returns a verdict Monday afternoon.

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

Hon. James V. Selna
October 14, 2011
Page 2

Therefore, at the commencement of Monday's hearing, I will likely request leave from Your Honor to have my cell phone remain on, and if the jury returns with a verdict on Monday afternoon, to discuss with the Court and counsel for LSW whether I may be afforded some time to attend to the verdict in the Superior Court.

Respectfully submitted,

Brian P. Brosnahan
Counsel for Plaintiffs
Joyce Walker, et al.

cc: Hon. Nancy Wieben Stock (via email)
Jonathan Shapiro, Esq. (counsel for LSW) (via ECF Filing System)
Ronald B. Schwartz, Esq. (counsel for Plaintiffs in *Doe*) (via email)
Paul Gaspari, Esq. (co-counsel for Defendant in *Doe*) (via email)