| | |
|---|---|
| 1 | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |
| | CHARLES N. FREIBERG (SBN 70890) |
| 2 | BRIAN P. BROSNAHAN (SBN 112894) |
| 3 | JACOB N. FOSTER (SBN 250785) |
| | 101 California Street, Suite 2300 |
| 4 | San Francisco, California 94111 |
| | Telephone: (415) 421-6140 |
| 5 | Facsimile: (415) 398-5030 |
| 6 | LEVINE & MILLER |
| | HARVEY R. LEVINE (SBN 61879) |
| 7 | CRAIG A. MILLER (SBN 116030) |
| | LEVINE & MILLER |
| 8 | 550 West C Street, Suite 1810 |
| 9 | San Diego, CA 92101-8596 |
| | Telephone: (619) 231-9449 |
| 10 | Facsimile: (619) 231-8638 |

Attorneys for Plaintiffs
JOYCE WALKER, KIM BRUCE HOWLETT,
and MURIEL SPOONER, on behalf of themselves
and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation, <br><br> Defendant. | **CLASS ACTION** <br><br> CASE NO.: CV 10-9198 JVS (RNBx) <br><br> Formerly Case No.: 3:10-cv -04852 JSW from Northern District of CA <br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO MODIFY THE PRETRIAL SCHEDULING ORDER** <br><br> Before: Judge James V. Selna <br><br> Date: November 14, 2011 <br> Time: 1:30 p.m. <br> Courtroom: 10C |

# NOTICE OF MOTION AND MOTION FOR MODIFICATION OF THE PRETRIAL SCHEDULING ORDER

TO THE COURT, DEFENDANT, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on November 14, 2011, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 10C, located at 411 West Fourth Street, Santa Ana, California, 92701, Plaintiffs Joyce Walker, Muriel Lynn Spooner, and Kim Bruce Howlett (collectively, "Plaintiffs") will, and hereby do, move the Court for an order modifying the dates set forth in the Pretrial Scheduling Order.

Specifically, Plaintiffs respectfully request that the Court enter an order modifying the Pretrial Scheduling Order by extending each of the dates set forth therein by a period of four months. This motion is made on the grounds that there is good cause for modifying and extending the schedule in this case because, despite Plaintiffs' diligence in seeking discovery and preparing for class certification, the current schedule does not provide Plaintiffs with sufficient time to prepare their class certification motion in light of the pace of document production by Defendant Life Insurance Company of the Southwest ("Defendant" or "LSW") and the current production schedule.

This Motion is made following several conferences between counsel pursuant to Local Rule 7-3, which took place by an exchange of emails between September 29, 2011 and October 6, 2011.

This Motion is based upon this Notice of Motion, the Memorandum of Points and Authorities, the Declaration of Jacob N. Foster and supporting Exhibits, the

///
///
///

---

PLAINTIFFS' NOTICE OF MOTION AND MOTION TO MODIFY THE PRETRIAL SCHEDULING ORDER
Case No. CV 10-9198 JVS (RNBx)

1

Proposed Amended Pretrial Scheduling Order, and on such other evidence or argument as may be presented at or before the hearing.

DATED:  October 17, 2011     KASOWITZ BENSON TORRES & FRIEDMAN LLP


By: */s/* Charles N. Freiberg
     Charles N. Freiberg

Attorneys For Plaintiffs
JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated