KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
CHARLES N. FREIBERG (SBN 70890)
BRIAN P. BROSNAHAN (SBN 112894)
JACOB N. FOSTER (SBN 250785)
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

LEVINE & MILLER
HARVEY R. LEVINE (SBN 61879)
CRAIG A. MILLER (SBN 116030)
LEVINE & MILLER
550 West C Street, Suite 1810
San Diego, CA 92101-8596
Telephone: (619) 231-9449
Facsimile: (619) 231-8638

Attorneys for Plaintiffs
JOYCE WALKER, KIM BRUCE HOWLETT,
and MURIEL SPOONER, on behalf of themselves
and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation,<br><br>Defendant. | **CLASS ACTION**<br><br>CASE NO.: CV 10-9198 JVS (RNBx)<br><br>Formerly Case No.: 3:10-cv -04852 JSW from Northern District of CA<br><br>**NOTICE OF ERRATA**<br><br>Before:   Judge James V. Selna<br><br>Date:     November 14, 2011<br>Time:     1:30 p.m.<br>Courtroom: 10C |

# NOTICE OF ERRATA

Plaintiffs Joyce Walker, Muriel Lynn Spooner, and Kim Bruce Howlett (collectively, "Plaintiffs") submit this Notice of Errata to notify the Court and Defendant Life Insurance Company of the Southwest ("Defendant" or "LSW") that the Reply Memorandum of Points and Authorities in Support of the Motion to Modify the Pretrial Scheduling Order, filed on October 31, 2011 as Document Number 115, was filed in error due to clerical errors in the Table of Authorities.

Concurrent with this Notice of Errata, Plaintiffs will file an amended version of the Reply Memorandum of Points and Authorities containing a corrected Table of Authorities.

DATED: November 1, 2011   KASOWITZ BENSON TORRES & FRIEDMAN LLP


By: */s/* Charles N. Freiberg
     Charles N. Freiberg

Attorneys For Plaintiffs
JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated

---

NOTICE OF ERRATA

Case No. CV 10-9198 JVS (RNBx)

1

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kasowitz, Benson, Torres & Friedman LLP, 101 California Street, Suite 2300, San Francisco, California 94111. On November 1, 2011, I served the within document(s):

**NOTICE OF ERRATA**

**REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION TO MODIFY THE PRETRIAL SCHEDULING ORDER; CORRECTED TABLE OF AUTHORITIES**

I electronically filed the document(s) listed above via the CM/ECF system.

> Jonathan A. Shapiro
> WILMER CUTLER PICKERING HALE AND DORR LLP
> 950 Page Mill Road
> Palo Alto, CA   94304

> */s/* Jo Anne Childress
> Jo Anne Childress

NOTICE OF ERRATA
Case No. CV 10-9198 JVS (RNBx)
2