KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
CHARLES N. FREIBERG (SBN 70890)
BRIAN P. BROSNAHAN (SBN 112894)
JACOB N. FOSTER (SBN 250785)
101 California Street, Suite 2300
San Francisco, California  94111
Telephone:  (415) 421-6140
Facsimile:  (415) 398-5030

LEVINE & MILLER
HARVEY R. LEVINE (SBN 61879)
CRAIG A. MILLER (SBN 116030)
LEVINE & MILLER
550 West C Street, Suite 1810
San Diego, CA 92101-8596
Telephone:  (619) 231-9449
Facsimile:  (619) 231-8638

Attorneys for Plaintiffs
JOYCE WALKER, KIM BRUCE HOWLETT,
and MURIEL SPOONER, on behalf of themselves
and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation,<br><br>　　　　　　　　Defendant. | **CLASS ACTION**<br><br>CASE NO.:  CV 10-9198 JVS (RNBx)<br><br>Formerly Case No.:  3:10-cv -04852 JSW from Northern District of CA<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE
Case No. CV 10-9198 JVS (RNBx)

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kasowitz, Benson, Torres & Friedman LLP, 101 California Street, Suite 2300, San Francisco, California 94111. On February 23, 2012, I served the within document(s):

- **PLAINTIFFS' *EX PARTE* APPLICATION FOR AN ORDER SHORTENING TIME; MEMORANDUM OF POINTS AND AUTHORITES IN SUPPORT THEREOF**

- **DECLARATION OF BRIAN P. BROSNAHAN IN SUPPORT OF PLAINTIFFS' *EX PARTE* APPLICATION FOR AN ORDER SHORTENING TIME**

- **[PROPOSED] ORDER**

I electronically filed the document(s) listed above via the CM/ECF system.

>Jonathan A. Shapiro
>WILMER CUTLER PICKERING HALE AND DORR LLP
>950 Page Mill Road
>Palo Alto, CA   94304

>*/s/* Jeanette T. Barzelay
>Jeanette T. Barzelay

PROOF OF SERVICE
Case No. CV 10-9198 JVS (RNBx)