JONATHAN A. SHAPIRO (257199)
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Tel:   (650) 858-6101
Fax:   (650) 858-6100
jonathan.shapiro@wilmerhale.com

ANDREA J. ROBINSON (PRO HAC VICE)
TIMOTHY J. PERLA (PRO HAC VICE)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel:   (617) 526-6000
Fax:   (617) 526-5000
andrea.robinson@wilmerhale.com
timothy.perla@wilmerhale.com

Attorneys for Defendant Life Insurance Company of the Southwest

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation, and DOES 1-50,<br><br>　　　　Defendant. | Case No.: 10-09198 JVS(RNBx)<br><br>**DECLARATION OF SETH MOSKOWITZ IN OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME**<br><br>Magistrate Judge Robert N. Block<br><br>Courtroom:  6D |

DECLARATION OF SETH MOSKOWITZ IN OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME, 10-09198 JVS(RNBx)

**DECLARATION OF SETH MOSKOWITZ**

I, Seth Moskowitz, declare as follows:

1. I am an attorney duly licensed to practice law in the Commonwealth of Massachusetts. I am an Associate at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant in the above-entitled action. I submit this Declaration in opposition to Plaintiffs' *Ex Parte* Application for an Order Shortening Time. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently thereto.

2. LSW has produced documents from 10 different custodians since January 1, 2012.

3. Attached hereto as Exhibit A is a true and correct copy of an excerpt from the transcript of a hearing in this matter on September 14, 2011.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 24th day of February, 2012, at Boston, Massachusetts.

By: /s/ Seth Moskowitz
Seth Moskowitz

DECLARATION OF SETH MOSKOWITZ IN OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME, 10-09198 JVS(RNBx)

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Wilmer Cutler Pickering Hale and Dorr LLP, 950 Page Mill Road, Palo Alto, CA 94304. On February 24, 2012 I served the within document(s):

DECLARATION OF SETH MOSKOWITZ IN OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION

I placed the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, CA addressed as set forth below.

I personally caused to be emailed the document(s) listed above to the person(s) at the address(es) set forth below.

[X] I electronically filed the document(s) listed above via the CM/ECF system.

Brian P. Brosnahan
Charles N. Freiberg
Jacob Foster
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2300
San Francisco, CA 94111
cfreiberg@kasowitz.com

Harvey R. Levine
LEVINE & MILLER
550 West C. Street, Suite 1810
San Diego, CA 92101-8596
lsmh@levinelaw.com

   */s/ Jonathan A. Shapiro*
   Jonathan A. Shapiro

- 2 -
LSW'S OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME, 10-09198 JVS(RNBx)