JONATHAN A. SHAPIRO (257199)
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Tel:   (650) 858-6101
Fax:   (650) 858-6100
jonathan.shapiro@wilmerhale.com

ANDREA J. ROBINSON (PRO HAC VICE)
TIMOTHY J. PERLA (PRO HAC VICE)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel:   (617) 526-6000
Fax:   (617) 526-5000
andrea.robinson@wilmerhale.com
timothy.perla@wilmerhale.com
Attorneys for Defendant Life Insurance Company of the Southwest

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation, and DOES 1-50,<br><br>Defendant. | Case No.: 10-09198 JVS(RNBx)<br><br>NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER AND TO COMPEL RESPONSES TO DEPOSITION QUESTIONS<br><br>Magistrate Judge Robert N. Block<br><br>Date:   March 20, 2012<br>Time:   9:30 a.m.<br>Courtroom:   6D<br><br>Discovery Cut-off Date:   Nov. 5, 2012<br>Pretrial Conference Date:   Jan. 14, 2013<br>Trial Date:   Jan. 22, 2013 |

NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER AND TO COMPEL RESPONSES TO DEPOSITION QUESTIONS, 10-09198 JVS(RNBx)

## NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER AND TO COMPEL RESPONSES TO DEPOSITION QUESTIONS

TO THE COURT, PLAINTIFFS, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on March 20, 2012, or as soon thereafter as the matter may be heard, in Courtroom 6D, located at 411 West Fourth Street, Santa Ana, California, 92701, Defendant Life Insurance Company of the Southwest ("LSW") will, and hereby does, move the Court for a protective order regarding certain deposition topics designated by the Plaintiffs under Fed. R. Civ. Proc. 30(b)(6) and for an order compelling responses by Plaintiff Joyce Walker to certain deposition questions as well as reasonable follow-up inquiries.

Specifically, and as set forth in greater detail in the accompanying Joint Stipulation:

1. LSW respectfully requests that the Court enter a protective order that: (i) LSW need not prepare a corporate designee to testify about Deposition Topics No. 6, 11, 23, 24, 26, 28, 29, 32, 33, 35, and 38, except insofar as is necessary to testify about other, properly designated topics; and that the (ii) the scope of Deposition Topics No. 12 and 36 be limited as set forth in the Proposed Order and Joint Stipulation of Points and Authorities attached to this Motion.  LSW has agreed to produce witnesses or an agreed-upon stipulation on 26 topics (and on a portion of another three topics).  But many others are entirely irrelevant to this case — indeed, Plaintiffs seek a deposition on several topics that this Court has already ruled are not relevant to the claims or defenses of any party in this litigation or reasonably calculated to lead to the discovery of admissible evidence.  LSW promptly objected to these topics, but for the most part Plaintiffs have indicated that they are unwilling to substantively limit or compromise any of their proposed topics.   Accordingly, LSW now seeks a protective order to prevent such questioning.

2. LSW respectfully requests that the Court enter an order requiring that plaintiff Joyce Walker be re-deposed, live and in-person. The subjects of Ms. Walker's deposition would be the

following subject areas: (i) Her role as a class representative; (ii) her pre-litigation complaint to the California Department of Insurance; and (iii) her income as an Emotional Freedom Technique ("EFT") practitioner, including, specifically and without limitation, the reporting or non-reporting of EFT income to tax authorities. In addition, LSW asks that Ms. Walker be ordered to answer certain specific questions (and reasonable follow-up inquiries thereto) that her lawyer instructed her not to answer at her deposition. Finally, LSW asks that Plaintiffs be ordered to pay LSW's reasonable expenses connected with reconvening the deposition, including attorneys' fees and travel costs.

This Motion is made following several conferences between counsel pursuant to Local Rule 7-3 and 37-1.

This Motion is supported by the accompanying Joint Stipulation of Points and Authorities, a Proposed Order, the Declaration of Jonathan Shapiro and supporting Exhibits, and such other evidence or argument as may be presented at or before the hearing.

Respectfully submitted,

WILMER CUTLER PICKERING HALE AND DORR LLP

By: */s/ Jonathan A. Shapiro*
Jonathan A. Shapiro (257199)
Andrea J. Robinson (*pro hac vice*)
Timothy J. Perla (*pro hac vice*)

Attorneys for Defendant Life Insurance Company of the Southwest

- 3 -
NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER AND TO COMPEL RESPONSES TO DEPOSITION QUESTIONS, 10-09198 JVS(RNBx)

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Wilmer Cutler Pickering Hale and Dorr LLP, 950 Page Mill Road, Palo Alto, CA 94304. On February 27, 2012 I served the within document(s):

NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER AND TO COMPEL PRODUCTION OF DOCUMENTS

☐ I placed the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, CA addressed as set forth below.

☐ I personally caused to be emailed the document(s) listed above to the person(s) at the address(es) set forth below.

☒ I electronically filed the document(s) listed above via the CM/ECF system.

Charles N. Freiberg
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2300
San Francisco, CA 94111
cfreiberg@kasowitz.com

Harvey R. Levine
LEVINE & MILLER
550 West C. Street, Suite 1810
San Diego, CA 92101-8596
lsmh@levinelaw.com

  */s/ Jonathan A. Shapiro*
Jonathan A. Shapiro

- 4 -
NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER AND TO COMPEL RESPONSES TO DEPOSITION QUESTIONS, 10-09198 JVS(RNBx)