# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  CV 10-9198-JVS (RNBx)                           Date: **February 29, 2012**

Title: **Joyce Walker, et al. v. Life Insurance Company of the Southwest**

**DOCKET ENTRY**

PRESENT:

HON. **ROBERT N. BLOCK**, UNITED STATES MAGISTRATE JUDGE

| Kerri Hays | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:
None present                                                                     None present

**PROCEEDINGS:  (IN CHAMBERS)**

**The Parties' Joint Application to File Under Seal the Parties' Joint Stipulation on LSW's Motion to Compel and Certain Exhibits Thereto, filed February 28, 2012**

The foregoing Joint Application is granted and the clerk is directed to file the following documents under seal:
   1. The unredacted version of the Joint Stipulation.
   2. Exhibits C, E, L, M, R, T, U, and V to the Barzelay Declaration.
   3. Exhibits A, B, C, and D to the Shapiro Declaration.

MINUTES FORM 11                                                      Initials of Deputy Clerk
CIVIL-GEN