# EXHIBIT A

| | | |
|---|---|---|
| 1 | STEVE W. BERMAN<br>(WA SBN 12536) | CARI K. DAWSON (GA SBN 213490)<br>LISA GILFORD (CA SBN 171641) |
| 2 | **HAGENS BERMAN SOBOL<br>    SHAPIRO LLP** | **ALSTON + BIRD LLP**<br>333 South Hope Street, 16th Floor |
| 3 | 1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101 | Los Angeles, CA 90071<br>Telephone: (213) 576-1000 |
| 4 | Telephone: (206) 268-9320<br>Facsimile: (206) 623-0594 | Facsimile: (213) 576-1100<br>Email: cari.dawson@alston.com |
| 5 | Email: steve@hbsslaw.com | Email: lisa.gilford@alston.com |
| 6 | MARC M. SELTZER<br>(CA SBN 054534) | DOUGLAS R. YOUNG (CA SBN 73248)<br>**FARELLA BRAUN + MARTEL LLP** |
| 7 | **SUSMAN GODFREY L.L.P.**<br>1901 Avenue of the Stars, Suite 950 | 235 Montgomery Street, 30th Floor<br>San Francisco, CA 94104 |
| 8 | Los Angeles, CA 90067<br>Telephone: (310) 789-3102 | Telephone: (415) 954-4400<br>Facsimile: (415) 954-4480 |
| 9 | Facsimile: (310) 789-3006<br>Email: mseltzer@susmangodfrey.com | Email: dyoung@fbm.com |
| 10 | | THOMAS J. NOLAN (CA SBN 66992)<br>STEPHEN C. ROBINSON |
| 11 | FRANK M. PITRE (CA SBN 100077)<br>**COTCHETT, PITRE** | (NY SBN 2150647)<br>**SKADDEN, ARPS, SLATE,** |
| 12 | **    & MCCARTHY**<br>840 Malcolm Road, Suite 200 | **    MEAGHER & FLOM LLP**<br>300 South Grand Avenue |
| 13 | Burlingame, CA 94010<br>Telephone: (650) 697-6000 | Los Angeles, CA 90071-3144<br>Telephone: (213) 687-5000 |
| 14 | Facsimile: (650) 697-0577<br>Email: fpitre@cpmlegal.com | Facsimile: (213) 687-5600<br>Email: thomas.nolan@skadden.com |
| 15 | *Co-Lead Plaintiffs' Counsel for* | Email: stephen.robinson@skadden.com |
| 16 | *Economic Loss Cases* | *Co-Lead Defense Counsel for Economic<br>Loss Cases* |
| 17 | ELIZABETH J. CABRASER<br>(CA SBN 083151) | VINCENT GALVIN, JR. (CA SBN 104448) |
| 18 | **LIEFF CABRASER HEIMANN<br>    & BERNSTEIN, LLP** | JOEL SMITH (SC SBN 5266)<br>**BOWMAN AND BROOKE** |
| 19 | 275 Battery Street, Suite 3000<br>San Francisco, CA 94111 | 1741 Technology Drive, Suite 200<br>San Jose, CA 95110 |
| 20 | Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008 | Telephone: (408) 279-5393<br>Facsimile: (408) 279-5845 |
| 21 | Email: ecabraser@lchb.com | Email:<br>   vincent.galvinjr@bowmanandbrooke.com |
| 22 | MARK P. ROBINSON, JR.<br>(CA SBN 54426) | Email: joel.smith@bowmanandbrooke.com |
| 23 | **ROBINSON, CALCAGNIE<br>    & ROBINSON INC.** | *Lead Defense Counsel for Personal<br>Injury/Wrongful Death Cases* |
| 24 | 19 Corporate Plaza<br>Newport Beach, CA 92660 | |
| 25 | Telephone: (949) 720-1288<br>Facsimile: (949) 720-1292 | |
| 26 | Email: beachlawyer51@hotmail.com | |
| 27 | *Co-Lead Plaintiffs' Counsel for<br>Personal Injury/Wrongful Death Cases* | |
| 28 | | |

1
JOINT [PROPOSED] ORDER RE: CONTACT WITH PUTATIVE CLASS MEMBERS
LEGAL02/33100370v1

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL CASES | Case No.: 8:10ML2151 JVS (FMOx)<br><br>JOINT ORDER RE: CONTACT WITH PUTATIVE CLASS MEMBERS |

WHEREAS, on January 19, 2011, the Court entered the First Amended Stipulated Protective Order [Dkt. No. 627], which incorporated certain provisions of the Stipulated Interim Protective Order re: Personally Identifiable Information ("PII Order") [Dkt. No. 276] pertaining to contact with individuals identified in PII produced by Toyota;

WHEREAS, the PII Order previously entered by the Court contemplated the entry of a further Order dealing with communications with absent putative class members;

WHERAS, counsel for both parties wish to implement a procedure for contacting absent putative class members to protect against putative class members being inappropriately influenced or subjected to harassment;

Accordingly, IT IS HEREBY ORDERED that the terms and conditions of this Order shall govern contact with absent putative class members by Plaintiffs' counsel, Toyota's counsel, and those acting on their behalf:

1. **Contact Permitted By Both Sides:** Plaintiffs' Counsel, Toyota's Counsel, and those acting on their behalf shall be permitted to initiate informal oral communications with any putative class member who is not already represented by counsel, regardless of whether their identities are discovered through Toyota's records or otherwise, and regardless of whether they claim to have experienced UA, if the

JOINT [PROPOSED] ORDER RE: CONTACT WITH PUTATIVE CLASS MEMBERS
LEGAL02/33100370v1

procedures set forth below are followed.

2. **Script to Be Read to Putative Class Members**: Prior to speaking with putative class members, Plaintiffs' Counsel, Toyota's Counsel, and their representatives shall read a "script," attached as <u>Exhibit A</u>, that will inform the individual:

    a. That litigation has been commenced against Toyota regarding UA;

    b. That the caller is contacting the individual on behalf of [plaintiffs or Toyota];

    c. That the individual does not have any obligation to speak with the caller;

    d. That the individual is free to end the conversation at any time;

    e. That a toll-free number has been set up to allow class members to opt-out of receiving unsolicited communications concerning this litigation or to report harassment; and

    f. [For putative class members whose contact information was gained through PII produced by Toyota in this litigation:] that Toyota was required to produce the individual's PII by Court order.

3. **Toll-Free Line to Report Harassment**: The parties shall set up a toll-free number administered by a neutral third party that putative class members can call to report harassment or to opt-out of receiving unsolicited contact concerning this litigation. The cost of administering the toll-free number shall be shared by the parties.

4. **Disclosure of Putative Class Member Contact and Depositions**: In the event that either side intends to rely upon testimony from a putative class member in support of their class certification briefing or at trial, the party shall notify the other side of their intent and identify such individual(s) no later than May 15, 2012. The other side will then be permitted to depose such individual(s).

5. **No Disruption of Business Operations**: This Order shall not prevent Toyota or its dealers from acting in the normal course of their business or in any way alter Toyota's normal continuing business operations. Nor shall this Order in any way limit Toyota or Toyota's counsel's ability to communicate with authorized Toyota dealers or Toyota employees and similar persons who are not exclusively customers of Toyota.

6. **No Solicitation**: The parties shall not contact putative class members for the purpose of soliciting clients to represent in this litigation.

7. **Applicability of Other Orders**: The First Amended Stipulated Protective Order [Dkt. 627] and the Stipulated Interim Protective Order re: Personally Identifiable Information [Dkt. 276] are hereby amended to the extent necessary to allow putative class member contact as set forth herein.

Dated: February 03, 2012

_____
James V. Selna
United States District Judge

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: January 31, 2012 | Respectfully submitted, |
| 3 | | |
| 4 | | By: _____/s/_____<br>Steve W. Berman |
| 5 | | STEVE W. BERMAN |
| 6 | | **HAGENS BERMAN SOBOL SHAPIRO LLP**<br>1918 Eighth Avenue, Suite 3300 |
| 7 | | Seattle, WA 98101<br>Telephone: (206) 268-9320 |
| 8 | | Facsimile: (206) 623-0594<br>Email: steve@hbsslaw.com |
| 9 | | MARC M. SELTZER |
| 10 | | **SUSMAN GODFREY L.L.P.**<br>1901 Avenue of the Stars, Suite 950 |
| 11 | | Los Angeles, CA 90067<br>Telephone: (310) 789-3102 |
| 12 | | Facsimile: (310) 789-3006<br>Email: mseltzer@susmangodfrey.com |
| 13 | | FRANK M. PITRE |
| 14 | | **COTCHETT, PITRE & MCCARTHY**<br>840 Malcolm Road, Suite 200 |
| 15 | | Burlingame, CA 94010<br>Telephone: (650) 697-6000 |
| 16 | | Facsimile: (650) 697-0577<br>Email: fpitre@cpmlegal.com |
| 17 | | *Co-Lead Plaintiffs' Counsel for Economic* |
| 18 | | *Loss Cases* |
| 19 | | ELIZABETH J. CABRASER<br>**LIEFF CABRASER HEIMANN** |
| 20 | | **& BERNSTEIN, LLP**<br>275 Battery Street, Suite 3000 |
| 21 | | San Francisco, CA 94111<br>Telephone: (415) 956-1000 |
| 22 | | Facsimile: (415) 956-1008<br>Email: ecabraser@lchb.com |
| 23 | | MARK P. ROBINSON, JR. |
| 24 | | **ROBINSON, CALCAGNIE & ROBINSON INC.**<br>19 Corporate Plaza |
| 25 | | Newport Beach, CA 92660<br>Telephone: (949) 720-1288 |
| 26 | | Facsimile: (949) 720-1292<br>Email: beachlawyer51@hotmail.com |
| 27 | | *Co-Lead Plaintiffs' Counsel for Personal* |
| 28 | | *Injury/Wrongful Death Cases* |

| | |
|---|---|
| 1 | Dated: January 31, 2012 |
| 2 | |

|   |
|---|
| By: _____/s/_____ |
| Cari K. Dawson |

CARI K. DAWSON
LISA GILFORD
**ALSTON + BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
Email: cari.dawson@alston.com
Email: lisa.gilford@alston.com

DOUGLAS R. YOUNG
**FARELLA BRAUN + MARTEL LLP**
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Email: dyoung@fbm.com

THOMAS J. NOLAN
STEPHEN C. ROBINSON
**SKADDEN, ARPS, SLATE,**
  **MEAGHER & FLOM LLP**
300 South Grand Avenue
Los Angeles, CA 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
Email: thomas.nolan@skadden.com
Email: stephen.robinson@skadden.com

*Co-Lead Defense Counsel for Economic Loss Cases*

VINCENT GALVIN, JR.
JOEL SMITH
**BOWMAN AND BROOKE**
1741 Technology Drive, Suite 200
San Jose, CA 95110
Telephone: (408) 279-5393
Facsimile: (408) 279-5845
Email: vincent.galvinjr@bowmanandbrooke.com
Email: joel.smith@bowmanandbrooke.com

*Lead Defense Counsel for Personal Injury/Wrongful Death Cases*

## **EXHIBIT A: Telephone Script**

Litigation has been commenced against Toyota, in which plaintiffs allege that Toyota and Lexus vehicles may be subject to unintended acceleration. I am contacting you on behalf of [plaintiffs/Toyota].

*[For customers contacted as a result of PII found in Toyota's records:] Before we speak further, I am required to advise you that, as part of this litigation, Toyota has been required to provide plaintiffs' counsel with records kept by Toyota that concern information or complaints you provided to Toyota when you contacted Toyota's customer call center about your vehicle or when you brought your vehicle to an authorized Toyota or Lexus dealership for service. Before providing these records to plaintiffs' counsel, Toyota removed identifying information to the extent permitted by the Court. However, Toyota was required to provide these records to plaintiffs' counsel without removing certain identifying information about you, including your name, address, telephone number, and vehicle identification number.*

I am also required to advise you that you do not have any obligation to speak with me and you have a right to end this conversation at any time.

Additionally, if you would like to ensure that you do not receive any further unsolicited contact related to this litigation, or if you would like to report harassing or abusive phone calls, a toll-free line has been set that will allow you to opt out of receiving unsolicited calls concerning this litigation. That number is: 1-800-xxx-xxxx.

Are you willing to speak with me concerning your Toyota/Lexus vehicle?