# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation, and DOES 1-50,<br><br>Defendant. | Case No.: 10-09198 JVS(RNBx)<br><br>[PROPOSED] ORDER RE: CONTACTS WITH CLASS MEMBERS |

### [PROPOSED] ORDER RE: CONTACTS WITH CLASS MEMBERS

WHEREAS, on September 27, 2011, the Court entered the Second Amended Protective Order [Dkt. No. 103], pertaining to confidential information produced by the parties;

WHEREAS, counsel for both parties wish to implement a procedure for contacting absent putative class members to protect against putative class members being inappropriately influenced or subjected to harassment;

Accordingly, IT IS HEREBY ORDERED that the terms and conditions of this Order shall govern contact with absent putative class members by Plaintiffs' counsel, Life Insurance Company of the Southwest ("LSW")'s counsel, and those acting on their behalf:

1. Contact Permitted By Both Sides: Plaintiffs' Counsel, LSW's Counsel, and those acting on their behalf shall be permitted to initiate informal oral communications with any putative class member who is not already represented by counsel, regardless of whether their

identities are discovered through LSW's records or otherwise, if the procedures set forth below are followed.

2. Script to Be Read to Putative Class Members: Prior to speaking with putative class members, Plaintiffs' Counsel, LSW's Counsel, and their representatives shall read a "script," attached as Exhibit A, that will inform the individual:

a. That litigation has been commenced against LSW regarding certain of its equity-indexed universal life policies;

b. That the caller is contacting the individual on behalf of [plaintiffs or LSW];

c. That the individual does not have any obligation to speak with the caller;

d. That the individual is free to end the conversation at any time;

e. That a toll-free number has been set up to allow class members to opt-out of receiving unsolicited communications concerning this litigation or to report harassment; and

f. [For putative class members whose contact information was gained through personal identifying information produced by LSW in this litigation:] that LSW was required to produce the individual's personal identifying information by Court order.

3. Toll-Free Line to Report Harassment: The parties shall set up a toll-free number administered by a neutral third party that putative class members can call to report harassment or to opt-out of receiving unsolicited contact concerning this litigation. The cost of administering the toll-free number shall be shared by the parties.

4. Disclosure of Putative Class Member Contact and Depositions: In the event that either side intends to rely upon testimony from a putative class member in support of their class certification briefing or at trial, the party shall notify the other side of their intent and identify such individual(s) no later than April 30, 2012. The other side will then be permitted to depose such individual(s).

5. **No Contact with Minors:** The parties shall not contact any person that they know or reasonably ought to know to be under the age of eighteen at the time that the contact occurs.

6. **No Contact with Policyholders Who Are Not Class Members:** Plaintiffs shall not contact any LSW policyholder who is not a member of the putative class. For greater certainty, this includes any individual who is an insured but who is not also a policy owner as well as any individual whose policy was issued before September 24, 2006.

7. **No Disruption of Business Operations:** This Order shall not prevent LSW or its agents from acting in the normal course of their business or in any way alter LSW's normal continuing business operations. Nor shall this Order in any way limit LSW or LSW's counsel's ability to communicate with authorized LSW agents or LSW employees and similar persons who are not exclusively customers of LSW.

8. **No Solicitation:** The parties shall not contact putative class members for the purpose of soliciting clients to represent in this litigation.

9. **Applicability of Other Orders:** The Second Amended Protective Order [Dkt. 103] is hereby amended to the extent necessary to allow putative class member contact as set forth herein.

IT IS SO ORDERED.

Dated: _____

                                                James V. Selna
                                                United States District Judge

# EXHIBIT A: Telephone Script

Litigation has been commenced against Life Insurance Company of the Southwest, in which plaintiffs allege that LSW SecurePlus Paragon and SecurePlus Provider policies contain inadequate disclosures. I am contacting you on behalf of [plaintiffs/LSW].

[For customers contacted as a result of personal identifying information found in LSW's records:]

> Before we speak further, I am required to advise you that, as part of this litigation, LSW has been required to provide plaintiffs' counsel with records kept by LSW that concern information you provided to LSW when you applied for your policy or when you purchased your policy. LSW did not provide any medical records or underwriting materials. All material provided by LSW was subject to a confidentiality order. However, LSW was required to provide these records to plaintiffs' counsel without removing certain identifying information about you, including your name, address, telephone number, and policy number.

I am also required to advise you that you do not have any obligation to speak with me and you have a right to end this conversation at any time.

Additionally, if you would like to ensure that you do not receive any further unsolicited contact related to this litigation, or if you would like to report harassing or abusive phone calls, a toll-free line has been set that will allow you to opt out of receiving unsolicited calls concerning this litigation. That number is: 1-800-xxxxxxx.

Are you willing to speak with me concerning your LSW policy?