JONATHAN A. SHAPIRO (257199)
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Tel:  (650) 858-6101
Fax:  (650) 858-6100
jonathan.shapiro@wilmerhale.com

ANDREA J. ROBINSON (PRO HAC VICE)
TIMOTHY J. PERLA (PRO HAC VICE)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel:  (617) 526-6000
Fax:  (617) 526-5000
andrea.robinson@wilmerhale.com
timothy.perla@wilmerhale.com
Attorneys for Defendant Life Insurance Company of the Southwest

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation, and DOES 1-50,<br><br>Defendant. | Case No.: 10-09198 JVS(RNBx)<br><br>DECLARATION OF JONATHAN A. SHAPIRO IN OPPOSITION TO PLAINTIFFS' EX PARTE CROSS-APPLICATION REGARDING CONTACTS WITH MEMBERS OF THE PROPOSED CLASS<br><br>Judge James V. Selna<br><br>Courtroom:  10C |

DECLARATION OF JONATHAN A. SHAPIRO IN OPPOSITION TO PLAINTIFF' EX PARTE CROSS-APPLICATION
RE: CONTACTS WITH CLASS MEMBERS, 10-09198 JVS(RNBx)

# DECLARATION OF JONATHAN A. SHAPIRO

I, Jonathan A. Shapiro, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and before this Court. I am a Partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant in the above-entitled action. I respectfully submit this Declaration in opposition to Plaintiffs' Ex Parte Cross-Application for Entry Of Order Regarding Contacts with Members of the Proposed Class. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of Plaintiffs' Ninth Set of Document Requests, served on LSW on February 24, 2012.

3. Attached hereto as Exhibit B is a true and correct copy of LSW's First Set of Interrogatories served on Plaintiffs on February 16, 2012.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 5th day of March, 2012, at Palo Alto, California.

By:    /s/ Jonathan A. Shapiro
       Jonathan Shapiro