KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
CHARLES N. FREIBERG (SBN 70890)
BRIAN P. BROSNAHAN (SBN 112894)
JACOB N. FOSTER (SBN 250785)
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

LEVINE & MILLER
HARVEY R. LEVINE (SBN 61879)
CRAIG A. MILLER (SBN 116030)
LEVINE & MILLER
550 West C Street, Suite 1810
San Diego, CA 92101-8596
Telephone: (619) 231-9449
Facsimile: (619) 231-8638

Attorneys for Plaintiffs
JOYCE WALKER, KIM BRUCE HOWLETT,
and MURIEL SPOONER, on behalf of themselves
and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation,<br><br>Defendant. | **CLASS ACTION**<br><br>CASE NO.: CV 10-9198 JVS (RNBx)<br><br>Formerly Case No.: 3:10-cv -04852 JSW from Northern District of California<br><br>**PLAINTIFFS JOYCE WALKER, KIM BRUCE HOWLETT, AND MURIEL SPOONER'S NINTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT LIFE INSURANCE COMPANY OF THE SOUTHWEST**<br><br>Judge:    Hon. James V. Selna<br>Courtroom:  10C |

**PLAINTIFFS JOYCE WALKER, KIM BRUCE HOWLETT, AND MURIEL SPOONER'S NINTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT LIFE INSURANCE COMPANY OF THE SOUTHWEST**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, plaintiffs Joyce Walker, Kim Bruce Howlett, and Muriel Spooner ("Plaintiffs") hereby request that defendant Life Insurance Company of the Southwest respond in writing in the manner and within the time required by Rule 34 and produce the documents and other tangible things described below for inspection and copying at the law offices of Kasowitz, Benson, Torres & Friedman LLP, 101 California Street, Suite 2300, San Francisco, California 94111, thirty (30) days from service hereof.

**DEFINITIONS**

1. "YOU," "YOUR," or "LSW" means, without limitation, defendant Life Insurance Company of the Southwest and also includes the predecessors, successors, parents, affiliates, divisions, area or regional offices, managing agents, directors, officers, employees, attorneys, or any representatives of defendant Life Insurance Company of the Southwest.

2. "DOCUMENT" includes, without limitation, documents, electronically stored information, and tangible things as described in Rule 34(a)(1)(A)-(B) of the Federal Rules of Civil Procedure.

3. "COMMUNICATION" means any contact, transmission, or exchange of information between two or more persons, orally, in writing, or electronically, including, without limitations, any conversation or discussion whether by chance or prearranged, formal or informal, face to face, by telephone, fax, electronic, or other media.

4. "LSW POLICYHOLDER" means any owner or former owner of indexed universal life insurance policies sold or marketed by LSW in California from 2004 to the present, including but not limited to the SecurePlus Provider policy and the SecurePlus Paragon policy.

5. "PLAINTIFFS' LETTER" means a letter sent by Brian Brosnahan to LSW POLICYHOLDERS. An example of PLAINTIFFS' LETTER is attached hereto as Exhibit A. PLAINTIFFS LETTER expressly includes, but is not limited to, any copy of Exhibit A sent to a different addressee and/or sent on a different date.

6. "LSW'S LETTER" means a letter sent by Ruth B. Smith or any other

representative acting on behalf of LSW to LSW POLICYHOLDERS regarding PLAINTIFFS' LETTER. An example of LSW'S LETTER is attached hereto as Exhibit B. LSW'S LETTER expressly includes, but is not limited to, any copy of Exhibit B sent to a different addressee and/or sent on a different date.

7. All of the terms defined above have the same meanings in the plural as they have in the singular.

## INSTRUCTIONS

1. To the extent that you refuse to produce any DOCUMENT requested by Plaintiffs on the ground that the DOCUMENT is protected from discovery by the work product doctrine, the attorney-client privilege, or any other privilege or doctrine, provide a log identifying the DOCUMENT (by stating its subject, title, date, author or signatory, and recipient or recipients) and stating the privilege or privileges claimed, in accordance with Rule 26(b)(5)(A) and any stipulations of the parties governing discovery.

2. If YOU do not have within your possession, custody or control any DOCUMENTS responsive to a particular Request, YOUR response to that Request should so state.

Ninth Set of Requests for Production of Documents
Case No. CV 10-9198 JVS (RNBx)

2