UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **CV 10-9198-JVS (RNBx)**                                    Date: **March 7, 2012**

Title:  **Joyce Walker, et al. v. Life Insurance Company of the Southwest**

**DOCKET ENTRY**

PRESENT:

**HON. <u>ROBERT N. BLOCK</u>, UNITED STATES MAGISTRATE JUDGE**

<u>Kerri Hays</u>                                   <u>    n/a    </u>
Deputy Clerk                               Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:
     None present                                        None present

**PROCEEDINGS:  (IN CHAMBERS)**

<u>**LSW's Motion to Compel Responses to Deposition Questions**</u>

     In its February 28, 2012 Minute Order, the Court advised that this portion of the discovery motion filed by LSW on February 27, 2012 would be taken under submission as of the date their Supplemental Memoranda were due, and then be decided on the papers without oral argument.  <u>See</u> Local Rule 7-15.
     Having now duly considered the parties' respective contentions in the Joint Stipulation and their Supplemental Memoranda, the Court rules as follows.  LSW's Motion to Compel Responses to Deposition Questions is denied because the Court finds that the information sought by the questions as to which LSW is seeking to compel further deposition testimony from Ms. Walker either was provided elsewhere in Ms. Walker's testimony or is not relevant to the claims or defenses of the parties (including with respect to class certification issues).


cc:     Judge Selna