

# Exhibit C

```
                                                              CERTIFIED
 1                    UNITED STATES DISTRICT COURT              COPY
 2
 3                    CENTRAL DISTRICT OF CALIFORNIA
 4                           WESTERN DIVISION
 5
 6
    JOYCE WALKER, ET AL.,           )
 7                                  )
                                    )
 8                                  )
          PLAINTIFFS,               )
 9                                  )
          VS.                       )  CASE NO. CV 10-9198-JVS(RNBX)
10                                  )  SANTA ANA, CALIFORNIA
                                    )  AUGUST 30, 2011
11  LIFE INSURANCE COMPANY          )
       OF THE SOUTHWEST,            )  (9:59 A.M. TO 11:49 A.M.)
12                                  )  (2:14 P.M. TO 2:17 P.M.)
                                    )  (4:44 P.M. TO 5:45 P.M.)
13        DEFENDANT.                )
                                    )
14
15                        DISCOVERY CONFERENCE
16              BEFORE THE HONORABLE ROBERT N. BLOCK
                   UNITED STATES MAGISTRATE JUDGE
17
18
    APPEARANCES:            SEE NEXT PAGE
19
    COURT REPORTER:         RECORDED; COURT SMART
20
    COURTROOM DEPUTY:       JOE ROPER
21
    TRANSCRIBER:            DOROTHY BABYKIN
22                          COURTHOUSE SERVICES
                            1218 VALEBROOK PLACE
23                          GLENDORA, CALIFORNIA   91740
                            (626) 963-0566
24
    PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING;
25  TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE.
```

```
                                                                81

 1            MR. SHAPIRO:  THAT MAKES SENSE, YOUR HONOR.  THANK
 2   YOU.
 3            MR. FOSTER:  THANK YOU.
 4            THE CLERK:  THIS COURT IS IN RECESS.
 5            (RECESS, 11:39 A.M. TO 2:14 P.M.)
 6            THE CLERK:  PLEASE REMAIN SEATED AND AGAIN COME TO
 7   ORDER.  THIS COURT IS ONCE AGAIN IN SESSION.  THE HONORABLE
 8   MAGISTRATE JUDGE ROBERT N. BLOCK PRESIDING.
 9            THE COURT:  ALL RIGHT.  BACK ON THE RECORD.
10            WHO WANTS TO TALK?
11            MR. SHAPIRO:  IF I MAY, YOUR HONOR, WE HAVE CONTINUED
12   OUR DISCUSSIONS ON THE SOFTWARE ISSUE, WHICH IS EMBRACED BY
13   PLAINTIFFS' REQUEST NUMBER 63.  THE PARTIES HAVE REACHED AN
14   AGREEMENT AS TO AN ALTERNATIVE DISCOVERY REQUEST -- FUNCTIONAL
15   EQUIVALENT OF AN INTERROGATORY WITH A COUPLE OF SUBPARTS.
16            AND IF IT'S OKAY WITH YOUR HONOR, WE'D LIKE TO BE
17   ABLE TO PUT THE -- THAT PROSE ON THE RECORD.
18            IN EXCHANGE THE PLAINTIFFS HAVE AGREED WITHOUT
19   PREJUDICE TO WITHDRAW REQUEST NUMBER 63.
20            THE COURT:  OKAY.  LET'S HEAR IT.
21            MR. FOSTER:  YOUR HONOR, AS MR. SHAPIRO HAS
22   INDICATED, THE PLAINTIFFS WILL WITHDRAW REQUEST NUMBER 63
23   WITHOUT PREJUDICE IN EXCHANGE FOR LSW'S PRODUCTION WITHIN TWO
24   WEEKS OF, FIRST, AN EXPLANATION OF THE DERIVATION OF THE
25   ACCUMULATED VALUES SET FORTH ON ONE ANNUAL STATEMENT FOR EACH
```

82

1  NAMED PLAINTIFF.  THE SPECIFIC ANNUAL STATEMENT TO BE SPECIFIED
2  BY PLAINTIFFS NO LATER THAN THE CLOSE OF BUSINESS TOMORROW,
3  INCLUDING DESCRIPTION OF ANY FORMULAS USED TO DERIVE SUCH
4  ACCUMULATED VALUES.
5      SECOND, AN EXPLANATION OF THE DERIVATION OF THE
6  SURRENDER VALUES CALCULATED FOR PLAINTIFF WALKER AND PLAINTIFF
7  SPOONER, INCLUDING DESCRIPTION OF ANY FORMULAS USED TO DERIVE
8  SUCH SURRENDER VALUES.
9      THIRD, AN EXPLANATION OF THE DERIVATION OF THE
10 ACCUMULATED VALUE AS OF TODAY'S DATE FOR PLAINTIFF HOWLETT,
11 INCLUDING DESCRIPTION OF ANY FORMULAS USED TO DERIVE SUCH
12 ACCUMULATED VALUES.
13     AND, FOURTH, ALL DATA INPUT FILES FROM WHICH VALUES
14 USED IN THE CALCULATIONS OF NUMBERS 1 THROUGH 3 ABOVE WERE
15 DRAWN, E.G., COST OF INSURANCE TABLES.
16     THE COURT:  SO, MR. SHAPIRO, HAS MR. FOSTER
17 ACCURATELY RECITED WHAT LSW HAS AGREED TO DO?
18     MR. SHAPIRO:  YES, THOSE ARE THE INTERROGATORIES.
19     THE COURT:  ALL RIGHT.  AND YOU'RE GOING TO DO THAT
20 WITHIN TWO WEEKS?
21     MR. SHAPIRO:  YES.
22     THE COURT:  THAT'S THE AGREEMENT.  ALL RIGHT.
23     THE COURT ORDERS LSW TO COMPLY WITH ITS AGREEMENT.
24     IF THE PARTIES -- YOU KNOW, IT'S BEEN RECITED ON THE
25 RECORD.  IT'S BEEN RECORDED.  IF THE PARTIES WANT SOMETHING