KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
CHARLES N. FREIBERG (SBN 70890)
BRIAN P. BROSNAHAN (SBN 112894)
JACOB N. FOSTER (SBN 250785)
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

LEVINE & MILLER
HARVEY R. LEVINE (SBN 61879)
CRAIG A. MILLER (SBN 116030)
LEVINE & MILLER
550 West C Street, Suite 1810
San Diego, CA 92101-8596
Telephone: (619) 231-9449
Facsimile: (619) 231-8638

Attorneys for Plaintiffs
JOYCE WALKER, KIM BRUCE HOWLETT,
and MURIEL SPOONER, on behalf of themselves
and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation,<br><br>　　　　　　　　　Defendant. | **CLASS ACTION**<br><br>CASE NO.: CV 10-9198 JVS (RNBx)<br><br>Formerly Case No.: 3:10-cv -04852 JSW from Northern District of CA<br><br>**NOTICE OF ERRATA**<br><br><br>Date: April 16, 2012<br>Time: 1:30 p.m.<br>Courtroom: 10C |

NOTICE OF ERRATA
Case No. CV 10-9198 JVS (RNBx)

# NOTICE OF ERRATA

Plaintiffs Joyce Walker, Muriel Lynn Spooner, and Kim Bruce Howlett (collectively, "Plaintiffs") submit this Notice of Errata to notify the Court and Defendant Life Insurance Company of the Southwest ("Defendant" or "LSW") that the document filed on March 12, 2012 as Document Number 161, Declaration of Brian P. Brosnahan in Support of Plaintiffs' Motion for Leave to File the Second Amended Complaint, unintentionally omitted a portion of Exhibit A and was filed in error.

Concurrent with this Notice of Errata, Plaintiffs will file an amended version of current Docket Entry Nos. 161-63, attaching the corrected version of current Document Number 161-63.

DATED: March 3, 2012    KASOWITZ BENSON TORRES & FRIEDMAN LLP


By: */s/* Brian P. Brosnahan
    Brian P. Brosnhan

Attorneys For Plaintiffs
JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated