AO 435 (Rev. 04/11) Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

*Please Read Instructions:*

FOR COURT USE ONLY
**DUE DATE:**

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|
| 4. MAILING ADDRESS | 5. CITY | 6. STATE / 7. ZIP CODE |

| 8. CASE NUMBER | 9. JUDGE | DATES OF PROCEEDINGS |  |
|---|---|---|---|
|  |  | 10. FROM | 11. TO |
| 12. CASE NAME |  | LOCATION OF PROCEEDINGS |  |
|  |  | 13. CITY | 14. STATE |

**15. ORDER FOR**
- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☐ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER *(Specify)*

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE |  | ☐ TESTIMONY (Specify Witness) |  |
| ☐ OPENING STATEMENT (Plaintiff) |  |  |  |
| ☐ OPENING STATEMENT (Defendant) |  |  |  |
| ☐ CLOSING ARGUMENT (Plaintiff) |  | ☐ PRE-TRIAL PROCEEDING (Spcy) |  |
| ☐ CLOSING ARGUMENT (Defendant) |  |  |  |
| ☐ OPINION OF COURT |  |  |  |
| ☐ JURY INSTRUCTIONS |  | ☐ OTHER (Specify) |  |
| ☐ SENTENCING |  |  |  |
| ☐ BAIL HEARING |  |  |  |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES |  |  |
| 14-Day | ☐ | ☐ | NO. OF COPIES |  |  |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES |  |  |
| DAILY | ☐ | ☐ | NO. OF COPIES |  |  |
| HOURLY | ☐ | ☐ | NO. OF COPIES |  |  |
| REALTIME | ☐ | ☐ |  |  |  |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL $ 0.00

| 18. SIGNATURE | PROCESSED BY |
|---|---|
| 19. DATE | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

|  | DATE | BY |  |  |
|---|---|---|---|---|
| ORDER RECEIVED |  |  |  |  |
| DEPOSIT PAID |  |  | DEPOSIT PAID |  |
| TRANSCRIPT ORDERED |  |  | TOTAL CHARGES | $ 0.00 |
| TRANSCRIPT RECEIVED |  |  | LESS DEPOSIT | $ 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT |  |  | TOTAL REFUNDED |  |
| PARTY RECEIVED TRANSCRIPT |  |  | TOTAL DUE | $ 0.00 |

**DISTRIBUTION:** COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY