AO 435 (Rev. 04/11)
*Please Read Instructions:*

Administrative Office of the United States Courts

# TRANSCRIPT ORDER

**FOR COURT USE ONLY**
DUE DATE:

| 1. NAME<br>Jeanette T. Barzelay | 2. PHONE NUMBER<br>(415) 421-6140 | 3. DATE<br>3/21/2012 | |
|---|---|---|---|
| 4. MAILING ADDRESS<br>101 California Street, Suite 2300 | 5. CITY<br>San Francisco | 6. STATE<br>CA | 7. ZIP CODE<br>94111 |
| 8. CASE NUMBER<br>CV 10-9198 JVS (RNBx) | 9. JUDGE<br>Robert T. Block | DATES OF PROCEEDINGS | |
| | | 10. FROM 3/20/2012 | 11. TO 3/20/2012 |
| 12. CASE NAME<br>Walker, et al. v. Life Insurance Company of the Southwest | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Santa Ana | 14. STATE CA |

**15. ORDER FOR**
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | Motion to Compel 3/20/12 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [x] | NO. OF COPIES 1 | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

18. SIGNATURE /s/ Jeanette Barzelay

PROCESSED BY

19. DATE 3/21/2012

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY
Babykin Courthouse Services

COURT ADDRESS

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

| | |
|---|---|
| DEPOSIT PAID | |
| TOTAL CHARGES | 0.00 |
| LESS DEPOSIT | 0.00 |
| TOTAL REFUNDED | |
| TOTAL DUE | 0.00 |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY