


# Application for Life Insurance

**Part 1 - Proposed Primary Insured (PPI) and Plan Information**

1. Name: Grace M▇
2. Home Address (include street, city, state and zip)
3. Place of Birth
4. D.O.B. ▇ 1999
5. Issue at Age: 6
6. Sex: ☐ M  ☒ F
7. Soc. Sec. #
8. Telephone #'s and best time to call — Home
9. Occupation (w/specific duties): minor
10. Driver's License # and state: minor
11. Employer and time employed: minor
12. Annual Income: $ minor
13. Plan Name: Provider
14. a. Death Benefit Option (UL only) ▇  b. Definition of Life Insurance Test (Applies to EIUL only. GPT must be selected if policy is not a MEC.)
15. Face Amount $
16. Additional Benefits and Amounts
17. Premium Information
   a. Premium Mode
   b. Planned Periodic Premium $
   c. Cash with Application $
18. Primary Beneficiary, Relationship, Address and S.S.#
19. Applicant/Owner, Relationship, Address and S.S.# (if other than PPI): Jeffrey M▇  Father

**Part 2 - General Information and Health Questions for Proposed Primary Insured**

20. Please list any life or disability insurance you currently have (include amount, company name and year of issue). If none, check this box:
21. Are you actively at work full time (30 hours per week) and able to perform all of your regular duties? ..... minor
22. Have you ever been declined or rated for life or disability insurance or offered a rated policy?
23. Do you plan to replace or change insurance or annuities if this insurance is issued?
24. Within the past 6 months have you applied for or do you have any applications pending for life or disability insurance?
25. Have you received or applied for disability compensation?
26. Do you participate in aviation activities other than as a fare paying passenger? (If 'Yes', complete form 8003)
27. Do you participate in sky diving, scuba diving, hang gliding, competitive motor racing, rodeos or any avocation generally considered dangerous? (If 'Yes', complete form 8003)
28. Do you intend to travel or reside outside of the U.S.A.? (If 'Yes,' complete form 8003)
29. Have there been any bankruptcy proceedings against you within the last seven years?
30. Have you had any moving traffic violations in the last 3 years or a suspended license or DUI in the last 5 years?
31. Have you ever been convicted of a felony or misdemeanor?
32. Have you used any tobacco or nicotine products within the last 12 months? (If 'Yes', indicate type and amount)
33. Name, Address and Phone No. of Personal Physician | Date last seen | Reason
34. Height? | Change in last year? | Reason?
35. Are you currently taking any medication? (If 'Yes', list type, dose and frequency in the Remarks section)
36. In the last ten years have you been diagnosed, treated, taken medication for, or know of having any indication of any:
    a. Heart Disease or Disorder or Chest Pains
    b. Blood or Circulatory Disorder (excluding HIV status)
    c. Alcohol or Drug Abuse
    d. Diabetes or High Blood Sugar
    e. Cancer, Polyps or Tumors
    f. Depression or Psychiatric Disorder
    g. Eye, Ear, Nose or Throat Disorder
    h. Hepatitis or Liver Disorder
    i. High Blood Pressure or Elevated Cholesterol
    j. Lung Disease or Asthma
    k. Epilepsy, Stroke, Alzheimer's or Brain Disorder
    l. Arthritis, Joint, Back or Bone Disorder
    m. Gastro-Intestinal or Digestive Disorder
    n. Kidney, Prostate or Urinary Disorder
    o. Any other Disease or Disorder not specified
    p. Any family history of heart disease, cancer, diabetes, Huntington's disease, or polycystic kidney disease?
    q. Have you had X-rays, EKGs or other diagnostic tests (excluding tests for HIV)?

8121CA(0305)

Life Insurance Company of The Southwest
Administrative Office: One National Life Drive • Montpelier, VT 05604 • Tel: 800 732-8939
Home Office: 1300 West Mockingbird Lane • Dallas, TX 75247-4921

Page 1
Cat. No. 46483

Confidential