JONATHAN A. SHAPIRO (257199)
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Tel:   (650) 858-6101
Fax:  (650) 858-6100
jonathan.shapiro@wilmerhale.com

ANDREA J. ROBINSON (PRO HAC VICE)
TIMOTHY J. PERLA (PRO HAC VICE)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel:   (617) 526-6000
Fax:  (617) 526-5000
andrea.robinson@wilmerhale.com
timothy.perla@wilmerhale.com
Attorneys for Defendant Life Insurance Company of the Southwest

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>     vs.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation, and DOES 1-50,<br><br>          Defendant. | Case No.: 10-09198 JVS(RNBx)<br><br>DECLARATION OF JOEL FLEMING IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT<br><br>Judge James V. Selna<br><br>Courtroom:  10C |

DECLARATION OF JOEL FLEMING IN OPPOSITION TO PLAINTIFF' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT, 10-09198 JVS(RNBx)

# DECLARATION OF JOEL FLEMING

I, Joel Fleming, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and before this Court. I am an associate at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant Life Insurance Company of the Southwest ("LSW") in the above-entitled action. I respectfully submit this Declaration in opposition to Plaintiffs' Motion for Leave to File a Second Amended Complaint. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a February 13, 2012 letter sent by LSW to Plaintiffs.

3. Attached hereto as Exhibit 2 is a June 8, 2011 letter sent by Plaintiffs to LSW.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 26th day of March, 2012, at Palo Alto, California.

By:           <u>/s/ Joel Fleming</u>
                Joel Fleming