UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   CV 10-9198 JVS (RNBx)                            Date   March 30, 2012

Title   Joyce Walker, et al. v. Life Insurance Company of the Southwest

Present: The Honorable     James V. Selna

| Dwayne Roberts | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Brian P. Brosnahan | Jonathan Shapiro |
| | Joel Fleming |

**Proceedings:**   **1) Defendant's Ex Parte Application for Entry of Order Re: Contacts With Putative Class Members (Fld 3-5-12, #146, 174)**
**2) Plaintiffs' Cross Ex Parte Application for Order Re: Contacts With Members of the Proposed Class (Fld 3-6-12, #156)**

    Cause called and counsel make their appearances.  Counsel make their arguments.  Counsel to meet and confer and submit a single proposed order regarding contacts with member class, and a proposed form of notice by the end of the day on April 2, 2012.  Matters taken under advisement at this time.

 

                                                                 :   17

Initials of Preparer     dr