1  KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
   CHARLES N. FREIBERG (SBN 70890)
2  BRIAN P. BROSNAHAN (SBN 112894)
   JACOB N. FOSTER (SBN 250785)
3  101 California Street, Suite 2300
   San Francisco, California 94111
4  Telephone: (415) 421-6140
   Facsimile: (415) 398-5030
5
   LEVINE & MILLER
6  HARVEY R. LEVINE (SBN 61879)
   CRAIG A. MILLER (SBN 116030)
7  LEVINE & MILLER
   550 West C Street, Suite 1810
8  San Diego, CA 92101-8596
   Telephone: (619) 231-9449
9  Facsimile: (619) 231-8638

10 Attorneys for Plaintiffs
   JOYCE WALKER, KIM BRUCE HOWLETT,
11 and MURIEL SPOONER, on behalf of themselves
   and all others similarly situated
12

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation,<br><br>Defendant. | **CLASS ACTION**<br><br>CASE NO.: CV 10-9198 JVS (RNBx)<br><br>Formerly Case No.: 3:10-cv -04852 JSW<br>from Northern District of California<br><br>**PLAINTIFFS' OBJECTION TO EVIDENCE RELIED ON IN LSW'S OPPOSITION TO PLAINTIFFS MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>District Judge James V. Selna<br><br>Date: April 16, 2012<br>Time: 1:30 p.m.<br>Courtroom: 10C<br><br>Discovery Cutoff: November 5, 2012<br>Pretrial Conference: January 14, 2013<br>Trial Date: January 22, 2013 |

PLAINTIFFS' OBJECTION TO EVIDENCE
Case No. CV 10-9198 JVS (RNBx)

Plaintiffs Joyce Walker, Kim Bruce Howlett, and Muriel Spooner ("Plaintiffs") hereby object to the following evidence presented by opposing party Life Insurance Company of the Southwest ("LSW") in connection with the motion for leave to file a second amended complaint:

(1)   Exhibit 1 to the Declaration of Joel Fleming in Opposition to Plaintiff [sic] Motion for Leave to File Second Amended Complaint, at p. 4. This evidence is objected to on the ground that it is inadmissible hearsay. *See*, e.g., Fed. R. Ev. 802.

Plaintiffs will respectfully request the Court at the hearing on the motion to sustain the above objection and to strike the evidence referred to above, as well as all references to the evidence contained in LSW's opposition brief.

DATED:  April 2, 2012           KASOWITZ BENSON TORRES & FRIEDMAN LLP


By:   s/Brian P. Brosnahan
      Brian P. Brosnahan

PLAINTIFFS' OBJECTION TO EVIDENCE
Case No. CV 10-9198 JVS (RNBx)