KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
CHARLES N. FREIBERG (SBN 70890)
BRIAN P. BROSNAHAN (SBN 112894)
JACOB N. FOSTER (SBN 250785)
101 California Street, Suite 2300
San Francisco, CA  94111

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WALKER, ET AL.<br><br>PLAINTIFF(S)<br>v.<br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation<br>DEFENDANT(S). | CASE NUMBER:<br>CV-10-9198 JVS (RNBx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 10-07 or any successor General Order and Local Rule 5-4, the following document(s) or item(s) will be manually filed. **List Documents:**
Exhibits G, J and K to Barzelay Declaration; Plaintiffs' Motion for Review of March 20, 2012 Discovery Order; Defendant LSW's Application to Seal and Proposed Order

**Document Description:**

☐ Administrative Record
☑ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
☑ Other

**Reason:**

☑ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated _____
☐ Manual Filing required ( *reason* ):

| | |
|---|---|
| April 3, 2012 | /s/ Brian P. Brosnahan |
| Date | Attorney Name |
| | Plaintiffs |
| | Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (12/11)                    NOTICE OF MANUAL FILING