KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
CHARLES N. FREIBERG (SBN 70890)
BRIAN P. BROSNAHAN (SBN 112894)
JACOB N. FOSTER (SBN 250785)
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

LEVINE & MILLER
HARVEY R. LEVINE (SBN 61879)
CRAIG A. MILLER (SBN 116030)
LEVINE & MILLER
550 West C Street, Suite 1810
San Diego, CA 92101-8596
Telephone: (619) 231-9449
Facsimile: (619) 231-8638

Attorneys for Plaintiffs
JOYCE WALKER, KIM BRUCE HOWLETT,
and MURIEL SPOONER, on behalf of themselves
and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation,<br><br>Defendant. | **CLASS ACTION**<br><br>CASE NO.: CV 10-9198 JVS (RNBx)<br><br>Formerly Case No.: 3:10-cv-04852 JSW<br>from Northern District of California<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I, **Aaron Nathan** declare that I am employed by Kasowitz, Benson, Torres & Friedman LLP, located in the City and County of San Francisco, at the business address of 101 California Street, Suite 2300, San Francisco, California 94111. I am over the age of eighteen years and am not a party to this matter.

On April 3, 2012, I served the following document(s):

- PLAINTIFFS JOYCE WALKER'S, KIM BRUCE HOWLETT'S, AND MURIEL SPOONER'S MOTION FOR REVIEW OF MAGISTRATE JUDGE BLOCK'S MARCH 20, 2012 ORDER DENYING PLAINTIFFS' MOTION TO COMPEL IN PART AND GRANTING DEFENDANT LIFE INSURANCE COMPANY OF THE SOUTHWEST'S MOTION FOR PROTECTIVE ORDER IN PART (UNREDACTED)

- EXHIBITS G, J AND K TO THE DECLARATION OF JEANETTE T. BARZELAY IN SUPPORT

- DEFENDANT LIFE INSURANCE COMPANY OF THE SOUTHWEST'S APPLICATION TO SEAL AND PROPOSED ORDER

on the following:

| | |
|---|---|
| Timothy J. Perla | Jonathan A. Shapiro |
| Wilmer Cutler Pickering Hale and Dorr LLP | Wilmer Cutler Pickering Hale and Dorr LLP |
| 60 State St | 950 Page Mill Rd |
| Boston, MA 02109 | Palo Alto CA  93304 |
| Email:  timothy.perla@wilmerhale.com | jonathan.shapiro@wilmerhale.com |
| Email:  james.lux@wilmerhale.com | |
| Email: andrea.robinson@wilmerhale.com | |

☐ **By Email**   (Fed. R. Civ. P. 5(b)(2)(E))

☒   **By Mail**. I placed the above-documents in sealed envelope(s), with postage thereon fully prepaid, for collection and mailing at San Francisco, California, following ordinary business practices. I am readily familiar with the practices of Kasowitz, Benson, Torres and Friedman for processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited

---

Proof of Service
Case No. CV 10-9198 JVS (RNBx)

1  in the United States Postal Service the same day as it is placed for processing.

2  I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of April, 2012, in San Francisco, California.

*[signature]*

Aaron Nathan

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

Proof of Service

Case No. CV 10-9198 JVS (RNBx)