KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
CHARLES N. FREIBERG (SBN 70890)
BRIAN P. BROSNAHAN (SBN 112894)
JACOB N. FOSTER (SBN 250785)
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

LEVINE & MILLER
HARVEY R. LEVINE (SBN 61879)
CRAIG A. MILLER (SBN 116030)
LEVINE & MILLER
550 West C Street, Suite 1810
San Diego, CA 92101-8596
Telephone: (619) 231-9449
Facsimile: (619) 231-8638

Attorneys for Plaintiffs
JOYCE WALKER, KIM BRUCE HOWLETT,
and MURIEL SPOONER, on behalf of themselves
and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation,<br><br>Defendant. | **CLASS ACTION**<br><br>CASE NO.: CV 10-9198 JVS (RNBx)<br><br>Formerly Case No.: 3:10-cv -04852 JSW from Northern District of California<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR REVIEW OF MAGISTRATE JUDGE BLOCK'S MARCH 20, 2012 ORDER DENYING PLAINTIFFS' MOTION TO COMPEL IN PART AND GRANTING DEFENDANT LIFE INSURANCE COMPANY OF THE SOUTHWEST'S MOTION FOR PROTECTIVE ORDER IN PART**<br><br>Judge: Hon. James V. Selna<br>Courtroom: 10C<br>Date: May 7, 2012<br>Time: 1:30 p.m. |

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR REVIEW OF MARCH 20, 2012 DISCOVERY ORDER
Case No. CV 10-9198 JVS (RNBx)

# PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR REVIEW OF MAGISTRATE JUDGE BLOCK'S MARCH 20, 2012 DISCOVERY ORDER

TO THE COURT, DEFENDANT, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on May 7, 2012, or on such other date as the matter may be heard, in Courtroom 10C, located at 411 West Fourth Street, Santa Ana, California, 92701, Plaintiffs Joyce Walker, Muriel Lynn Spooner, and Kim Bruce Howlett (collectively, "Plaintiffs") will, and hereby do, move the Court for an order reversing the Magistrate Judge's March 20, 2012 discovery order and compelling the further production of documents and deposition testimony by defendant Life Insurance Company of the Southwest ("Defendant" or "LSW").

Specifically, Plaintiffs respectfully request that the Court enter an order reversing the Magistrate Judge's March 20, 2012 discovery order with respect to Document Request Nos. 74-80, 95-96, 98-100, and 111-112 and Deposition Topic Nos. 6, 11, 28-29, 32-33, 36, and 38, and compelling LSW (1) to produce documents responsive to Document Request Nos. 74-80, 95-96, 98-100, and 111-112; and (2) to provide deposition testimony responsive to Deposition Topic Nos. 6, 11, 28-29, 32-33, 36, and 38.  This motion is made on the grounds that the Magistrate Judge's March 20, 2012 discovery order was clearly erroneous and contrary to law because the above-described document requests and deposition topics are relevant to Plaintiffs' claims and/or LSW's defenses.

///
///
///
///
///
///
///

This Motion is made pursuant to Federal Rule of Civil Procedure 72(a) and Local Rules 72-2.1. This Motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Jeanette T. Barzelay and supporting Exhibits, and on such other evidence or argument as may be presented at or before the hearing.

DATED: April 3, 2012          KASOWITZ BENSON TORRES & FRIEDMAN LLP


By: */s/* Brian P. Brosnahan
    Brian P. Brosnahan

Attorneys For Plaintiffs
JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

PLAINTIFFS' NOTICE OF MOTION AND AND MOTION FOR REVIEW OF MARCH 20, 2012 DISCOVERY ORDER
Case No. CV 10-9198 JVS (RNBx)
2