KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>    v.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation,<br><br>                    Defendant. | CASE NO.:  CV 10-9198 JVS (RNBx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR REVIEW OF MARCH 20, 2012 DISCOVERY ORDER** |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR REVIEW OF MARCH 20, 2012 DISCOVERY ORDER

The Court hereby GRANTS Plaintiffs Joyce Walker's, Kim Bruce Howlett's, and Muriel Spooner's ("Plaintiffs") Motion for Review of the Magistrate Judge's March 20, 2012 Discovery Order (the "Motion").  Accordingly, the Court:

(1)    Reverses the Magistrate Judge's March 20, 2012 discovery order with respect to Document Request Nos. 74-80, 95-96, 98-100, and 111-112 and Deposition Topic Nos. 6, 11, 28-29, 32-33, 36, and 38.

(2)    Orders Defendant Life Insurance Company of the Southwest ("Defendant" or "LSW") to produce, by no later than four weeks from the date of the hearing of this Motion, all documents responsive to Document Request Nos. 74-80, 95-96, 98-100, and 111-112;

(3)    Orders Defendant to provide a corporate designee to testify as to Deposition Topic Nos. 6, 11, 28-29, 32-33, 36, and 38.  LSW shall identify, by no

later than two weeks from the hearing of this motion, the corporate designees who will testify as to the above topics in dispute.  LSW, in conjunction with Plaintiffs, shall immediately begin scheduling the depositions of its corporate designees.

IT IS SO ORDERED.

Dated: _____

_____
Honorable James V. Selna
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR REVIEW OF MARCH 12, 2012 DISCOVERY ORDER
Case No. CV 10-9198 JVS (RNBx)

2

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111