KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
CHARLES N. FREIBERG (SBN 70890)
BRIAN P. BROSNAHAN (SBN 112894)
JACOB N. FOSTER (SBN 250785)
101 California Street, Suite 2300
San Francisco, California  94111
Telephone:  (415) 421-6140
Facsimile:  (415) 398-5030

LEVINE & MILLER
HARVEY R. LEVINE (SBN 61879)
CRAIG A. MILLER (SBN 116030)
LEVINE & MILLER
550 West C Street, Suite 1810
San Diego, CA 92101-8596
Telephone:  (619) 231-9449
Facsimile:  (619) 231-8638

Attorneys for Plaintiffs
JOYCE WALKER, KIM BRUCE HOWLETT,
and MURIEL SPOONER, on behalf of themselves
and all others similarly situated

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>                           Plaintiffs,<br><br>       v.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation,<br><br>                           Defendant. | **CLASS ACTION**<br><br>**CASE NO.:  CV 10-9198 JVS (RNBx)**<br><br>Formerly Case No.:  3:10-cv -04852 JSW from Northern District of CA<br><br>**PROOF OF SERVICE** |

*KASOWITZ, BENSON, TORRES & FRIEDMAN LLP*
*101 California Street, Suite 2300*
*SAN FRANCISCO, CALIFORNIA 94111*

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is Kasowitz, Benson, Torres & Friedman LLP, 101 California Street, Suite 2300, San Francisco, California 94111.  On April 3, 2012, I served the within document(s):

- **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR REVIEW OF MAGISTRATE JUDGE BLOCK'S MARCH 20, 2012 ORDER DENYING PLAINTIFFS' MOTION TO COMPEL IN PART AND GRANTING DEFENDANT LIFE INSURANCE COMPANY OF THE SOUTHWEST'S MOTION FOR PROTECTIVE ORDER IN PART**

- **PLAINTIFFS JOYCE WALKER'S, KIM BRUCE HOWLETT'S, AND MURIEL SPOONER'S MOTION FOR REVIEW OF MAGISTRATE JUDGE BLOCK'S MARCH 20, 2012 ORDER DENYING PLAINTIFFS' MOTION TO COMPEL IN PART AND GRANTING DEFENDANT LIFE INSURANCE COMPANY OF THE SOUTHWEST'S MOTION FOR PROTECTIVE ORDER IN PART**

- **DECLARATION OF JEANETTE T. BARZELAY IN SUPPORT AND EXHIBITS THERETO**

- **[PROPOSED] ORDER**

I electronically filed the document(s) listed above via the CM/ECF system.

Jonathan A. Shapiro
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA   94304

*/s/* Jeanette T. Barzelay
Jeanette T. Barzelay