1  JONATHAN A. SHAPIRO (257199)
   WILMER CUTLER PICKERING HALE
2  AND DORR LLP
   950 Page Mill Road
3  Palo Alto, CA 94304
   Tel:  (650) 858-6101
4  Fax:  (650) 858-6100
   jonathan.shapiro@wilmerhale.com
5
   ANDREA J. ROBINSON (PRO HAC VICE)
6  TIMOTHY J. PERLA (PRO HAC VICE)
   WILMER CUTLER PICKERING HALE
7  AND DORR LLP
   60 State Street
8  Boston, MA 02109
   Tel:  (617) 526-6000
9  Fax:  (617) 526-5000
   andrea.robinson@wilmerhale.com
10 timothy.perla@wilmerhale.com
   Attorneys for Defendant Life Insurance
11 Company of the Southwest

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation, and DOES 1-50<br><br>Defendant. | **CLASS ACTION**<br><br>CASE NO.:  CV 10-9198 JVS (RNBx)<br><br>Formerly Case No.: 3:10-cv -04852 JSW from Northern District of California<br><br>**JOINT STIPULATION REQUESTING CONTINUATION OF HEARING ON PLAINTIFFS' MOTION FOR REVIEW OF MARCH 20, 2012 DISCOVERY ORDER TO MAY 8, 2012**<br><br>Judge James V. Selna<br>Courtroom: 10C<br><br>Discovery Cutoff:  November 5, 2012<br>Pretrial Conference:  January 14, 2013<br>Trial Date:  January 22, 2013 |

WHEREAS on April 3, 2012, Plaintiffs filed a Motion for Review of the Magistrate Judge's March 20, 2012 Discovery Order and set that Motion to be heard on Monday, May 7, 2012;

WHEREAS lead counsel for Life Insurance Company of the Southwest would have a scheduling conflict on May 7, 2012, if the Court requires oral argument on Plaintiffs' Motion;

WHEREAS Plaintiffs desire that their Motion for Review be heard before Monday, May 14, 2012, the date on which their motion for class certification is due;

IT IS THEREFORE JOINTLY AND RESPECTFULLY REQUESTED, by and between Plaintiffs Joyce Walker, Kim Bruce Howlett, and Muriel Spooner, and defendant Life Insurance Company of the Southwest, through their respective attorneys of record, that the hearing on Plaintiffs' Motion for Review of the March 20, 2012 Discovery Order, which was noticed for Monday, May 7, 2012, be specially set for Tuesday, May 8, 2012 at a time to be determined by the Court.

Dated: April 5, 2012                    Respectfully requested,

                                        WILMER CUTLER PICKERING HALE
                                        AND DORR LLP


                                        By:  /s/ Jonathan Shapiro
                                             Jonathan A. Shapiro
                                        Attorneys for Defendant
                                        LIFE INSURANCE COMPANY OF THE
                                        SOUTHWEST

                                        KASOWITZ, BENSON, TORRES &
                                        FRIEDMAN LLP


                                        By:  /s/ Brian P. Brosnahan
                                             Brian P. Brosnahan
                                             Charles N. Freiberg
                                             Jacob N. Foster

-1-                                     Application to Continue Hearing

1
2   Attorneys for Plaintiffs
3   JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28