# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Wilmer Cutler Pickering Hale and Dorr LLP, 950 Page Mill Road, Palo Alto, CA 94304. On April 5, 2012 I served the within document(s):

JOINT STIPULATION REQUESTING CONTINUATION OF HEARING ON PLAINTIFFS' MOTION FOR REVIEW OF MARCH 20, 2012 DISCOVERY ORDER TO MAY 8, 2012

☐ I placed the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, CA addressed as set forth below.

☐ I personally caused to be emailed the document(s) listed above to the person(s) at the address(es) set forth below.

☒ I electronically filed the document(s) listed above via the CM/ECF system.

Brian Brosnahan
Charles N. Freiberg
Jacob Foster
Jeanette Barzelay
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2300
San Francisco, CA 94111
cfreiberg@kasowitz.com

Harvey R. Levine
LEVINE & MILLER
550 West C. Street, Suite 1810
San Diego, CA 92101-8596
lsmh@levinelaw.com

*/s/ Joel Fleming*
Joel Fleming

JOINT STIPULATION REQUESTING CONTINUATION OF HEARING ON PLAINTIFF'S MOTION FOR REVIEW OF MARCH 20, 2012 DISCOVERY ORDER TO MAY 8, 2012, 10-09198 JVS(RNBx)