

1  JONATHAN A. SHAPIRO (257199)
   JOEL FLEMING (281264)
2  WILMER CUTLER PICKERING HALE
   AND DORR LLP
3  950 Page Mill Road
   Palo Alto, CA 94304
4  Tel:   (650) 858-6101
   Fax:   (650) 858-6100
5  jonathan.shapiro@wilmerhale.com

6  ANDREA J. ROBINSON (PRO HAC VICE)
   TIMOTHY J. PERLA (PRO HAC VICE)
7  WILMER CUTLER PICKERING HALE
   AND DORR LLP
8  60 State Street
   Boston, MA 02109
9  Tel:   (617) 526-6000
   Fax:   (617) 526-5000
10 andrea.robinson@wilmerhale.com
   timothy.perla@wilmerhale.com
11 Attorneys for Defendant Life Insurance
   Company of the Southwest

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FILED
CLERK, U.S. DISTRICT COURT

APR - 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

JOYCE WALKER, KIM BRUCE
HOWLETT, and MURIEL SPOONER, on
behalf of themselves and all others
similarly situated,

        Plaintiffs,

    vs.

LIFE INSURANCE COMPANY OF THE
SOUTHWEST, a Texas corporation, and
DOES 1-50

        Defendant.

**CLASS ACTION**

CASE NO.: CV 10-9198 JVS (RNBx)

Formerly Case No.: 3:10-cv -04852 JSW
from Northern District of California

~~[PROPOSED]~~ **ORDER ON LIFE
INSURANCE COMPANY OF THE
SOUTHWEST'S APPLICATION TO
SEAL JOINT STIPULATION OF
POINTS AND AUTHORITY ON
LSW'S MOTION FOR PROTECTIVE
ORDER AND TO COMPEL
RESPONSES TO DEPOSITION
QUESTIONS**

Magistrate Judge Robert N. Block

1    **[PROPOSED] ORDER**

2        Having considered Life Insurance Company of the Southwest's Application

3    to Seal the Joint Stipulation of Points and Authority on LSW's Motion For

4    Protective Order and to Compel Responses to Deposition Questions, and good

5    cause having been shown, the Court hereby ORDERS that Docket entries 131 and

6    all attachments thereto (131-1 through 131-6) be removed from the public docket

7    and sealed.

8

9        IT IS SO ORDERED.

10

11   Dated: ___4|4|12_____            _____

12                                          **ROBERT N. BLOCK**
                                           HON. ROBERT N. BLOCK

13                                          United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER