1  JONATHAN A. SHAPIRO (257199)
   JOEL FLEMING (281264)
2  WILMER CUTLER PICKERING HALE
   AND DORR LLP
3  950 Page Mill Road
   Palo Alto, CA 94304
4  Tel:  (650) 858-6101
   Fax:  (650) 858-6100
5  jonathan.shapiro@wilmerhale.com

6  ANDREA J. ROBINSON (PRO HAC VICE)
   TIMOTHY J. PERLA (PRO HAC VICE)
7  WILMER CUTLER PICKERING HALE
   AND DORR LLP
8  60 State Street
   Boston, MA 02109
9  Tel:  (617) 526-6000
   Fax:  (617) 526-5000
10 andrea.robinson@wilmerhale.com
   timothy.perla@wilmerhale.com
11 Attorneys for Defendant Life Insurance
   Company of the Southwest

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation, and DOES 1-50<br><br>Defendant. | **CLASS ACTION**<br><br>CASE NO.:  CV 10-9198 JVS (RNBx)<br><br>Formerly Case No.:  3:10-cv -04852 JSW from Northern District of California<br><br>**ORDER ON PARTIES' JOINT STIPULATION REQUESTING CONTINUATION OF HEARING ON PLAINTIFFS' MOTION FOR REVIEW OF MARCH 20, 2012 DISCOVERY ORDER TO MAY 8, 2012**<br><br>District Judge James V. Selna |

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Motion Hearing on Plaintiffs' Motion for Review of March 20, 2012 Discovery Order is set for May 8, 2012 at 8:00 a.m.

Dated: April 09, 2012  _____
**HONORABLE JAMES V. SELNA**
**UNITED STATES DISTRICT JUDGE**