**ORIGINAL**

1  JONATHAN A. SHAPIRO (257199)
   WILMER CUTLER PICKERING HALE
2  AND DORR LLP
   950 Page Mill Road
3  Palo Alto, CA 94304
   Tel:  (650) 858-6101
4  Fax:  (650) 858-6100
   jonathan.shapiro@wilmerhale.com
5
   ANDREA J. ROBINSON (PRO HAC VICE)
6  TIMOTHY J. PERLA (PRO HAC VICE)
   WILMER CUTLER PICKERING HALE
7  AND DORR LLP
   60 State Street
8  Boston, MA 02109
   Tel:  (617) 526-6000
9  Fax:  (617) 526-5000
   andrea.robinson@wilmerhale.com
10 timothy.perla@wilmerhale.com
   Attorneys for Defendant Life Insurance
11 Company of the Southwest

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation, and DOES 1-50 <br><br> Defendant. | **CLASS ACTION** <br><br> CASE NO.: CV 10-9198 JVS (RNBx) <br><br> Formerly Case No.: 3:10-cv-04852 JSW from Northern District of California <br><br> **APPLICATION TO FILE UNDER SEAL PLAINTIFFS' MOTION FOR REVIEW OF MARCH 20, 2012 DISCOVERY ORDER AND CERTAIN EXHIBITS THERETO** <br><br> Judge:     Hon. James V. Selna <br> Courtroom: 10C <br> Date:      May 7, 2012 <br> Time:      1:30 p.m. |

PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 79-5.1 and the Court's Second Amended Protective Order in this action, Dkt. 103 at ¶ 10 (Sept. 27, 2011), Defendant Life Insurance Company of the Southwest ("LSW") submits this application to the Court for an Order sealing (1) Plaintiffs' Motion for Review of the Magistrate Judge's March 20, 2012 Discovery Order; and (2) Exhibits G, J, and K attached to the Declaration of Jeanette T. Barzelay in Support of Plaintiffs' Motion for Review.

Under Civil Local Rule 79-5.1, a party can request that documents be filed under seal by submitting a written application along with the documents sought to be filed under seal. The Court's Second Amended Protective Order (the "Protective Order") requires that an application to seal be filed whenever any papers are filed containing information and/or documents designated as "CONFIDENTIAL" or "CONFIDENTIAL INFORMATION – PROTECTIVE ORDER." Dkt. 103 at ¶10.

## I. **LSW's Application**

LSW applies to file the above-listed materials under seal on the grounds that they contain confidential information protected by the Protective Order. Magistrate Judge Block previously granted LSW's application to seal these materials when submitted with the parties' Joint Stipulation on Plaintiffs' Motion to Compel. *See* Civil Minutes, Dkt. 136. The specific grounds that apply to each document are set forth below:

(i) Plaintiffs' Motion for Review of the March 20, 2012 Discovery Order contains direct quotations from Exhibits J and K listed below, marked "CONFIDENTIAL," and describes the content of those CONFIDENTIAL Exhibits.

(ii) Barzelay Dec., Ex. G is an unredacted copy of excerpts from the parties' Joint Stipulation on Plaintiffs' Motion to Compel. This document was previously filed under seal (*see* Dkt. 136) and contains direct quotations from or describes the content of Exhibits marked "CONFIDENTIAL," including Exhibits J and K.

    (iii) Barzelay Dec., Ex. J contains excerpts from the deposition of Elizabeth MacGowan. This document was previously filed under seal before the Magistrate Judge. *See* Dkt. 136 (granting LSW's application to seal Exhibit 31 to the Barzelay Declaration). In the testimony excerpted therein, Ms. MacGowan testified to, among other things, LSW's strategy regarding competitive positioning. This is confidential, non-public commercial information that, if disclosed to the general public or competitors of LSW, could reasonably and in good faith be expected to result in prejudice or harm.

    (iv) Barzelay Dec., Ex. K contains excerpts from the deposition of Matthew DeSantos. This document was previously filed under seal before the Magistrate Judge. *See* Dkt. 136 (granting LSW's application to seal Exhibit 32 to the Barzelay Declaration). In the testimony excerpted herein, Mr. DeSantos testified to, among other things, LSW's marketing strategies and competitive positioning. This is confidential, non-public commercial information that, if disclosed to the general public or competitors of LSW, could reasonably and in good faith be expected to result in prejudice or harm.

    For the foregoing reasons, LSW respectfully requests that the Court grant LSW's application to the Court for an Order sealing (1) Plaintiffs' Motion for Review of the Magistrate Judge's March 20, 2012 Discovery Order; and (2) Exhibits G, J, and K attached to the Declaration of Jeanette T. Barzelay in Support of Plaintiffs' Motion for Review.

Dated: April 3, 2012

Respectfully submitted,

WILMER CUTLER PICKERING HALE AND DORR LLP

By:   /s/ Jonathan Shapiro
       Jonathan A. Shapiro

Attorneys for Defendant
LIFE INSURANCE COMPANY OF THE SOUTHWEST