JONATHAN A. SHAPIRO (257199)
WILMER CUTLER PICKERING HALE
AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Tel:   (650) 858-6101
Fax:  (650) 858-6100
jonathan.shapiro@wilmerhale.com

ANDREA J. ROBINSON (PRO HAC VICE)
TIMOTHY J. PERLA (PRO HAC VICE)
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA 02109
Tel:   (617) 526-6000
Fax:  (617) 526-5000
andrea.robinson@wilmerhale.com
timothy.perla@wilmerhale.com
Attorneys for Defendant Life Insurance
Company of the Southwest

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR - 4 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation, and DOES 1-50<br><br>Defendant. | **CLASS ACTION**<br><br>CASE NO.: CV 10-9198 JVS (RNBx)<br><br>Formerly Case No.: 3:10-cv-04852 JSW from Northern District of California<br><br>[~~PROPOSED~~] ORDER ON LIFE INSURANCE COMPANY OF THE SOUTHWEST'S APPLICATION TO FILE UNDER SEAL PLAINTIFFS' MOTION FOR REVIEW OF MARCH 20, 2012 DISCOVERY ORDER AND CERTAIN EXHIBITS THERETO<br><br>Judge James V. Selna |

By Fax

[PROPOSED] ORDER

Having considered Life Insurance Company of the Southwest's Application to File Under Seal Plaintiffs' Motion for Review of March 20, 2012 Discovery Order and Certain Exhibits Thereto, and good cause having been shown, the application is hereby GRANTED.

APPLICANT TO FILE REDACTED PUBLIC VERSION WITHIN 7 DAYS ^ Motion /s/

IT IS SO ORDERED.

Dated: 4.3.12

HON. JAMES V. SELNA
United States District Judge

~~IF DENIED:~~

~~The underlying documents and the sealing application shall be returned to Jonathan A. Shapiro, Wilmer Cutler Pickering Hale and Dorr LLP, 950 Page Mill Rd., Palo Alto, California 94303 without filing.~~

~~Dated:~~

~~HON. JAMES V. SELNA~~
~~United States District Judge~~