JONATHAN A. SHAPIRO (257199)
JOEL FLEMING (281264)
WILMER CUTLER PICKERING HALE
AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Tel:   (650) 858-6101
Fax:   (650) 858-6100
jonathan.shapiro@wilmerhale.com

ANDREA J. ROBINSON (PRO HAC VICE)
TIMOTHY J. PERLA (PRO HAC VICE)
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA 02109
Tel:   (617) 526-6000
Fax:   (617) 526-5000
andrea.robinson@wilmerhale.com
timothy.perla@wilmerhale.com
Attorneys for Defendant Life Insurance
Company of the Southwest

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation, and DOES 1-50<br><br>Defendant. | **CLASS ACTION**<br><br>CASE NO.:  CV 10-9198 JVS (RNBx)<br><br>Formerly Case No.:  3:10-cv-04852 JSW from Northern District of California<br><br>**ORDER ON PARTIES' JOINT STIPULATION REQUESTING CONTINUATION OF HEARING ON PLAINTIFFS' MOTION FOR REVIEW OF MARCH 20, 2012 DISCOVERY ORDER TO MAY 8, 2012**<br><br>District Judge James V. Selna |

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Motion Hearing on Plaintiffs' Motion for Review of March 20, 2012 Discovery Order is set for May 8, 2012 at 8:00 a.m.

Dated:___April 6, 2012___  _____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE