KASOWITZ, BENSON, TORRES & FREIDMAN LLP
CHARLES N. FREIBERG (SBN 70890)
BRIAN P. BROSNAHAN (SBN 112894)
JACOB N. FOSTER (SBN 250785)
101 California Street, Suite 2300
San Francisco, California 94111 (415-421-6140)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT and MURIEL SPOONER<br>PLAINTIFF(S)<br>v.<br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation,<br>DEFENDANT(S). | CASE NUMBER:<br>CV-10-9198 JVS (RNBx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 10-07 or any successor General Order and Local Rule 5-4, the following document(s) or item(s) will be manually filed. **List Documents:**
Exhibits A to H to Supplemental Declaration of Jeanette T. Barzelay in Support of Plaintiffs' Motion for Review of Magistrate Judge Block's March 20, 2012 Discovery Order

**Document Description:**
- ☐ Administrative Record
- ☑ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☐ Other

**Reason:**
- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☑ Per Court order dated September 27, 2011
- ☐ Manual Filing required ( *reason* ):

April 24, 2012
Date

Brian P. Brosnahan
Attorney Name

Plaintiffs
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (12/11)                    NOTICE OF MANUAL FILING