KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
CHARLES N. FREIBERG (SBN 70890)
BRIAN P. BROSNAHAN (SBN 112894)
JACOB N. FOSTER (SBN 250785)
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

LEVINE & MILLER
HARVEY R. LEVINE (SBN 61879)
CRAIG A. MILLER (SBN 116030)
LEVINE & MILLER
550 West C Street, Suite 1810
San Diego, CA 92101-8596
Telephone: (619) 231-9449
Facsimile: (619) 231-8638

Attorneys for Plaintiffs
JOYCE WALKER, KIM BRUCE HOWLETT,
and MURIEL SPOONER, on behalf of themselves
and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation,<br><br>Defendant. | **CLASS ACTION**<br><br>CASE NO.: CV 10-9198 JVS (RNBx)<br><br>Formerly Case No.: 3:10-cv -04852 JSW from Northern District of CA<br><br>**JOINT STIPULATION REGARDING THE CLASS CERTIFICATION BRIEFING SCHEDULE AND PAGE LIMITATIONS** |

Pursuant to Local Rule 7-1, Plaintiffs Joyce Walker, Kim Bruce Howlett, and Muriel Spooner ("Plaintiffs") and Defendant Life Insurance Company of the Southwest ("LSW") (collectively, the "parties"), by and between their undersigned counsel, submit the following stipulation:

WHEREAS, pursuant to the Amended Pretrial Scheduling Order, entered by the Court on November 9, 2011, Plaintiffs' motion for class certification (the "Class Motion") is due to be filed on or before May 14, 2012;

WHEREAS, the Amended Pretrial Scheduling Order contemplates that "the parties [may] stipulate and the Court [may] approve[] an alternative [hearing] date and briefing schedule in advance of the class certification motion deadline";

WHEREAS, the parties wish to extend the briefing schedule on Plaintiffs' Class Motion to permit sufficient time to prepare briefs in opposition and in reply thereto;

WHEREAS, the parties also wish to lengthen the presumptive page limitation of 25 pages to permit sufficient space in which to present a thorough analysis of the issues pertaining to Plaintiffs' Class Motion;

WHEREAS, the parties met and conferred regarding the class certification briefing schedule and page limitations;

WHEREAS, good cause exists to extend the briefing schedule on Plaintiffs' Motion and to lengthen the presumptive page limitation;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties:

1. LSW's brief in opposition to Plaintiffs' Class Motion shall be filed on or before July 13, 2012, and Plaintiffs' reply brief in support of their Class Motion shall be filed on or before August 24, 2012.

2. Plaintiffs' memorandum of law in support of their Class Motion, and LSW's memorandum of law in opposition to Plaintiffs' Class Motion, shall not exceed 60 pages in length, excluding indices and exhibits. Plaintiffs' reply

1 memorandum of law in support of their Class Motion shall not exceed 40 pages in

2 length, excluding indices and exhibits.

3     3. Subject to the Court's approval and availability, the hearing on

4 Plaintiffs' Class Motion shall be set for Monday, September 10, 2012 at 1:30 p.m.

DATED: April 30, 2012      KASOWITZ BENSON TORRES & FRIEDMAN LLP

By: */s/* Brian P. Brosnahan
      Brian P. Brosnahan

Attorneys For Plaintiffs
JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated

WILMER CUTLER PICKERING HALE AND DORR LLP

By: */s/* Jonathan A. Shapiro
      Jonathan A. Shapiro

Attorneys For Defendant
LIFE INSURANCE COMPANY OF THE SOUTHWEST