1  KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
   CHARLES N. FREIBERG (SBN 70890)
2  BRIAN P. BROSNAHAN (SBN 112894)
   JACOB N. FOSTER (SBN 250785)
3  101 California Street, Suite 2300
   San Francisco, California 94111
4  Telephone: (415) 421-6140
   Facsimile: (415) 398-5030
5

6  LEVINE & MILLER
   HARVEY R. LEVINE (SBN 61879)
7  CRAIG A. MILLER (SBN 116030)
   LEVINE & MILLER
8  550 West C Street, Suite 1810
   San Diego, CA 92101-8596
9  Telephone: (619) 231-9449
   Facsimile: (619) 231-8638
10

11 Attorneys for Plaintiffs
   JOYCE WALKER, KIM BRUCE HOWLETT,
12 and MURIEL SPOONER, on behalf of themselves
   and all others similarly situated
13

14                **UNITED STATES DISTRICT COURT**

15                **CENTRAL DISTRICT OF CALIFORNIA**

16

| 17 | JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated, | **CLASS ACTION** |
|---|---|---|
| | | CASE NO.: CV 10-9198 JVS (RNBx) |
| | Plaintiffs, | Formerly Case No.: 3:10-cv -04852 JSW from Northern District of CA |
| | v. | **[PROPOSED] ORDER** |
| | LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation, | |
| | Defendant. | |

[PROPOSED] ORDER
Case No. CV 10-9198 JVS (RNBx)

Having reviewed the parties' Joint Stipulation Regarding the Class Certification Briefing Schedule and Page Limitations, and good cause appearing therefore, the Court issues the following Order:

1. Life Insurance Company of the Southwest's ("LSW") brief in opposition to Plaintiffs' Class Motion shall be filed on or before July 13, 2012, and Plaintiffs' reply brief in support of their Class Motion shall be filed on or before August 24, 2012.

2. Plaintiffs' memorandum of law in support of their Class Motion, and LSW's memorandum of law in opposition to Plaintiffs' Class Motion, shall not exceed 60 pages in length, excluding indices and exhibits. Plaintiffs' reply memorandum of law in support of their Class Motion shall not exceed 40 pages in length, excluding indices and exhibits.

3. The hearing on Plaintiffs' Class Motion shall be set for Monday, September 10, 2012 at 1:30 p.m.

IT IS SO ORDERED.

Dated: _____

                                                  Honorable James V. Selna
                                                  United States District Judge

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111