KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
CHARLES N. FREIBERG (SBN 70890)
BRIAN P. BROSNAHAN (SBN 112894)
JACOB N. FOSTER (SBN 250785)
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

LEVINE & MILLER
HARVEY R. LEVINE (SBN 61879)
CRAIG A. MILLER (SBN 116030)
LEVINE & MILLER
550 West C Street, Suite 1810
San Diego, CA 92101-8596
Telephone: (619) 231-9449
Facsimile: (619) 231-8638

Attorneys for Plaintiffs
JOYCE WALKER, KIM BRUCE HOWLETT,
and MURIEL SPOONER, on behalf of themselves
and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation,<br><br>Defendant. | **CLASS ACTION**<br><br>CASE NO.: CV 10-9198 JVS (RNBx)<br><br>Formerly Case No.: 3:10-cv -04852 JSW from Northern District of CA<br><br>**ORDER** |

ORDER
Case No. CV 10-9198 JVS (RNBx)

Having reviewed the parties' Joint Stipulation Regarding the Class Certification Briefing Schedule and Page Limitations, and good cause appearing therefore, the Court issues the following Order:

1. Life Insurance Company of the Southwest's ("LSW") brief in opposition to Plaintiffs' Class Motion shall be filed on or before July 13, 2012, and Plaintiffs' reply brief in support of their Class Motion shall be filed on or before August 24, 2012.

2. Plaintiffs' memorandum of law in support of their Class Motion, and LSW's memorandum of law in opposition to Plaintiffs' Class Motion, shall not exceed **thirty** pages in length, excluding indices and exhibits. Plaintiffs' reply memorandum of law in support of their Class Motion shall not exceed **twenty** pages in length, excluding indices and exhibits.

3. The hearing on Plaintiffs' Class Motion shall be set for Monday, September 10, 2012 at 1:30 p.m.

IT IS SO ORDERED.

Dated: May 04, 2012

_____
Honorable James V. Selna
United States District Judge

ORDER
Case No. CV 10-9198 JVS (RNBx)