KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
BRIAN P. BROSNAHAN (SBN 70890)
101 California Street, Suite 2300
San Francisco, CA 94111
Telephone: 415 421-6140

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT and MURIEL SPOONER<br><br>PLAINTIFF(S)<br>v.<br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation<br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 10-9198 JVS (RNBx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 10-07 or any successor General Order and Local Rule 5-4, the following document(s) or item(s) will be manually filed. **List Documents:**

Plaintiffs' Application to Seal; Proposed Order; Excerpted Pages from Exhibit M to Declaration of Brian P. Brosnahan, Exhibit A to Declaration of Dr. Patrick Lee Brockett and Exhibit B to Declaration of Joyce Walker filed in support of Plaintiffs' Motion for Class Certification

**Document Description:**

☐ Administrative Record
☑ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
☑ Other

**Reason:**

☑ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated _____
☐ Manual Filing required ( *reason* ):

May 22, 2012
Date

Brian P. Brosnahan
Attorney Name

Plaintiffs
Party Represented

Note: File one Notice in each case, each time you manually file document(s).