LODGED

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

2012 MAY 22 PM 2:35
CLERK US DISTRICT COURT
CENTRAL DIST OF CALIF.
SANTA ANA
BY ___

FILED
CLERK, U.S. DISTRICT COURT
MAY 24 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation, <br><br> Defendant. | CASE NO.: CV 10-9198 JVS (RNBx) <br><br> [PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION TO SEAL |



## [PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION TO SEAL

Having considered Plaintiffs Joyce Walker's, Kim Bruce Howlett's, and Muriel Spooner's Application to File Under Seal (1) pages BPB204-BPB208 contained within Exhibit M to the Brosnahan Declaration, Dkt. 227-1; (2) pages PLB200-PLB204 contained within Exhibit A to the Brockett Declaration, Dkt. 228-1; and (3) pages Bates numbered JW002896-JW002900 contained within Exhibit B to the Walker Declaration, Dkt. 230-2, filed in support of Plaintiffs' motion for class certification, and good cause having been shown, the application is hereby GRANTED in part. The entirety of Documents 227, 228 and 230 shall be sealed. Plaintiff shall file public redacted versions of these documents within 7 days.

IT IS SO ORDERED.

Dated: 5.23.12

_____
Honorable James V. Selna
United States District Judge

---

[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION TO SEAL
Case No. CV 10-9198 JVS (RNBx)

1

ORIGINAL

IF DENIED:

The underlying documents and the sealing application shall be returned to Brian P. Brosnahan, Kasowitz, Benson, Torres & Friedman LLP, 101 California Street, Suite 2300, San Francisco, CA 94111, without filing.

Dated: _____

_____
Honorable James V. Selna
United States District Judge

---

[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION TO SEAL
Case No. CV 10-9198 JVS (RNBx)

2