1  KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
   CHARLES N. FREIBERG (SBN 70890)
2  BRIAN P. BROSNAHAN (SBN 112894)
   JACOB N. FOSTER (SBN 250785)
3  101 California Street, Suite 2300
   San Francisco, California 94111
4  Telephone: (415) 421-6140
5  Facsimile: (415) 398-5030

6  LEVINE & MILLER
   HARVEY R. LEVINE (SBN 61879)
7  CRAIG A. MILLER (SBN 116030)
   LEVINE & MILLER
8  550 West C Street, Suite 1810
9  San Diego, CA 92101-8596
   Telephone: (619) 231-9449
10 Facsimile: (619) 231-8638

11 Attorneys for Plaintiffs
   JOYCE WALKER, KIM BRUCE HOWLETT,
12 and MURIEL SPOONER, on behalf of themselves
   and all others similarly situated
13

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation,<br><br>Defendant. | **CLASS ACTION**<br><br>CASE NO.: CV 10-9198 JVS (RNBx)<br><br>Formerly Case No.: 3:10-cv -04852 JSW from Northern District of CA<br><br>**JOINT STIPULATION TO MODIFY THE PRETRIAL SCHEDULING ORDER** |

JOINT STIPULATION TO MODIFY THE PRETRIAL SCHEDULING ORDER
Case No. CV 10-9198 JVS (RNBx)

1  WHEREAS, on November 9, 2011, pursuant to Plaintiffs' motion, the Court
2  issued an amended scheduling order that set certain dates pertaining to expert
3  witness discovery, including the September 10, 2012 deadline for opening expert
4  disclosures;
5  WHEREAS, on May 4, 2012, pursuant to stipulation, the Court issued an
6  Order regarding briefing schedule and page limitations for Plaintiffs' class
7  certification motion, which, *inter alia*, set oral argument for the motion on
8  September 10, 2012;
9  WHEREAS, the parties wish to further amend the amended scheduling order
10 in regards to dates pertaining to expert disclosure because the parties respective
11 experts may need to hear and benefit from the Court's decision on class
12 certification in making their merits-related disclosures;
13 WHEREAS, good cause exists for amendment of the amended scheduling
14 order because expert disclosures may be more focused and fruitful with the benefit
15 of the Court's decision;
16 WHEREAS, the parties do not seek other amendments to the amended
17 scheduling order besides the amendments to the expert discovery dates detailed
18 below;
19 IT IS HEREBY STIPULATED AND AGREED, by and between counsel for
20 the undersigned parties,
21 1.   Paragraph 3 of the Amended Scheduling Order is amended such that
22 all expert depositions shall commence no later than December 20, 2012 and the
23 deadline for all other depositions remains October 29, 2012;
24 2.   Paragraph 4 of the Amended Scheduling Order is amended such that
25 expert discovery will remain open until December 20, 2012, the parties shall
26 submit their expert disclosures no later than October 25, 2012, any rebuttal expert
27 disclosures no later than November 15, 2012, any reply expert disclosures no later
28 than December 6, 2012, and all expert depositions shall commence no later than

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

1  December 20, 2012.

4  Dated: June 20, 2012     KASOWITZ BENSON TORRES & FRIEDMAN LLP

6                           By:  /s/ Charles N. Freiberg
7                                Charles N. Freiberg
                                 Brian P. Brosnahan
8                                Jacob N. Foster

10                           Attorneys for Plaintiffs
                             JOYCE WALKER, KIM BRUCE HOWLETT, and
11                           MURIEL SPOONER, on behalf of themselves and all
12                           others similarly situated

13  Dated June 20, 2012      WILMER CUTLER PICKERING HALE AND
14                           DORR LLP

16                           By:  /s/ Jonathan A. Shapiro
                                  Jonathan A. Shapiro
17                                Andrea J. Robinson
18                                Timothy J. Perla

19                           Attorneys for Defendant
                             LIFE INSURANCE COMPANY OF THE
20                           SOUTHWEST

22  IT IS SO ORDERED.

24  Dated: _____, 2012

27                           _____
                             Honorable James V. Selna
28                           United States District Judge

---

JOINT STIPULATION TO MODIFY THE PRETRIAL SCHEDULING ORDER
Case No. CV 10-9198 JVS (RNBx)
2