JONATHAN A. SHAPIRO (257199)
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Tel:   (650) 858-6101
Fax:  (650) 858-6100
jonathan.shapiro@wilmerhale.com

ANDREA J. ROBINSON (PRO HAC VICE)
TIMOTHY J. PERLA (PRO HAC VICE)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel:   (617) 526-6000
Fax:  (617) 526-5000
andrea.robinson@wilmerhale.com
timothy.perla@wilmerhale.com
Attorneys for Defendant Life Insurance
Company of the Southwest

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation, and DOES 1-50,<br><br>Defendant. | Case No.: 10-09198 JVS(RNBx)<br><br>**NOTICE OF MOTION AND MOTION TO STRIKE ERRATA SHEETS, DEPOSITION EXHIBIT, AND DEPOSITION TESTIMONY**<br><br>Magistrate Judge Robert N. Block<br><br>Date:   August 21, 2012<br>Time:   9:30 a.m<br>Courtroom:  6D<br><br>Discovery Cut-off Date:   Nov. 5, 2012<br>Pretrial Conference Date:  Jan. 14, 2013<br>Trial Date:   Jan. 24, 2013 |

# NOTICE OF MOTION AND MOTION TO STRIKE ERRATA SHEETS, DEPOSITION EXHIBIT, AND DEPOSITION TESTIMONY

TO THE COURT, PLAINTIFFS, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on August 21, 2012, or as soon thereafter as the matter may be heard, in Courtroom 6D, located at 411 West Fourth Street, Santa Ana, California, 92701, Defendant Life Insurance Company of the Southwest ("LSW") will, and hereby does, move the Court for an order striking (1) Numbers 30 and 31 of the Errata Sheet Corrections to the Deposition of Kim Bruce Howlett; (2) Exhibit 12 to the Deposition of Kim Bruce Howlett; (3) page 259, line 8 through page 263, line 6 of the Deposition of Kim Bruce Howlett; and (4) page 263, line 9 through page 263, line 22 of the Deposition of Kim Bruce Howlett.

Under Federal Rule of Civil Procedure Rule 12(f), LSW moves to strike Numbers 30 and 31 of the Errata Sheet Corrections to the Deposition of Kim Bruce Howlett on the ground that those corrections change the substance of Mr. Howlett's response; Exhibit 12 to the Deposition of Kim Bruce Howlett on the ground that the altered exhibit was not produced in advance of the deposition; page 259, line 8 through page 263, line 6 of the Deposition of Kim Bruce Howlett on the ground that it constitutes examination and testimony on the altered exhibit that was not produced in advance of the deposition; and page 263, line 9 through page 263, line 22 of the Deposition of Kim Bruce Howlett on the ground that it constitutes examination and testimony on the altered exhibit that was not produced in advance of the deposition.

This Motion is made following several discussions between counsel pursuant to Local Rule 7-3 and 37-1.

This Motion is supported by the accompanying Joint Stipulation of Points and Authorities, a Proposed Order, the Declaration of Timothy Perla and supporting exhibits, and such other evidence or argument as may be presented at or before the hearing.

Respectfully submitted,

WILMER CUTLER PICKERING HALE AND DORR LLP

By: */s/ Jonathan A. Shapiro*
Jonathan A. Shapiro (257199)
Andrea J. Robinson (*pro hac vice*)
Timothy J. Perla (*pro hac vice*)

Attorneys for Defendant Life Insurance Company of the Southwest

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Wilmer Cutler Pickering Hale and Dorr LLP, 950 Page Mill Road, Palo Alto, CA 94304. On July 31, 2011 I served the within document(s):

NOTICE OF MOTION AND MOTION TO STRIKE ERRATA SHEETS, DEPOSITION EXHIBIT, AND DEPOSITION TESTIMONY

I placed the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, CA addressed as set forth below.

I personally caused to be emailed the document(s) listed above to the person(s) at the address(es) set forth below.

[X] I electronically filed the document(s) listed above via the CM/ECF system.

Charles N. Freiberg
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2300
San Francisco, CA 94111
cfreiberg@kasowitz.com

Harvey R. Levine
LEVINE & MILLER
550 West C. Street, Suite 1810
San Diego, CA 92101-8596
lsmh@levinelaw.com

  /s/ Jonathan A. Shapiro
Jonathan A. Shapiro