UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation, and DOES 1-50,<br><br>　　　　Defendant. | Case No.: 10-09198 JVS(RNBx)<br><br>**[PROPOSED] ORDER GRANTING LSW'S MOTION TO STRIKE ERRATA SHEETS, DEPOSITION EXHIBIT, AND DEPOSITION TESTIMONY** |

### [PROPOSED] ORDER GRANTING LSW'S MOTION TO STRIKE ERRATA SHEETS, DEPOSITION EXHIBIT, AND DEPOSITION TESTIMONY

The Court hereby GRANTS Life Insurance Company of the Southwest's ("LSW") Motion to Strike Errata Sheets, Deposition Exhibits, and Deposition Testimony. Specifically:

1. The Court hereby strikes Numbers 30 and 31 of the Errata Sheet Corrections to the Deposition of Kim Bruce Howlett;

2. The Court hereby strikes: (1) Exhibit 12 to the Deposition of Kim Bruce Howlett; (2) page 259, line 8 through page 263, line 6, of the Deposition of Kim Bruce Howlett; and (3) page 263, line 9 through page 267, line 22 of the Deposition of Kim Bruce Howlett.

IT IS SO ORDERED.

Dated: _____

　　　　　　　　　　　　　　　　Honorable Robert N. Block
　　　　　　　　　　　　　　　　United States Magistrate Judge