# EXHIBIT B

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
CHARLES N. FREIBERG (SBN 70890)
BRIAN P. BROSNAHAN (SBN 112894)
JACOB N. FOSTER (SBN 250785)
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

LEVINE & MILLER
HARVEY R. LEVINE (SBN 61879)
CRAIG A. MILLER (SBN 116030)
LEVINE & MILLER
550 West C Street, Suite 1810
San Diego, CA 92101-8596
Telephone: (619) 231-9449
Facsimile: (619) 231-8638

Attorneys for Plaintiffs
JOYCE WALKER, KIM BRUCE HOWLETT,
and MURIEL SPOONER, on behalf of themselves
and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation,<br><br>Defendant. | **CLASS ACTION**<br><br>CASE NO.: CV 10-9198 JVS (RNBx)<br><br>Formerly Case No.: 3:10-cv-04852 JSW from Northern District of CA<br><br>**PRETRIAL SCHEDULING ORDER** |

The Court, having reviewed the parties' accompanying Stipulation Regarding Dates for Case Management and Discovery, hereby ORDERS that:

1. Class and merits discovery shall not be bifurcated and shall proceed simultaneously. Fact discovery will remain open until July 4, 2012. Pursuant to the Trial Order, all interrogatories, requests for documents, and requests for admission shall be served no later than May 18, 2012, and all depositions shall commence no later than June 27, 2012.

2. Expert discovery will remain open until July 4, 2012. In accordance with Rule 26(a)(2), the parties shall submit their expert disclosures no later than May 9, 2012, any rebuttal expert disclosures no later than May 30, 2012, and any reply expert disclosures no later than June 20, 2012.

3. Plaintiffs may take 3 days of Rule 30(b)(6) depositions, which shall count as one deposition against the limit of 10 depositions permitted under Rule 30. Plaintiffs may request that the Court modify this order to permit additional time if needed to fairly examine the 30(b)(6) deponents.

4. The last date for hearing motions will be seven weeks before the trial date, or August 6, 2012. The Court orders that all motions shall be served and filed no later than July 2, 2012. The parties will meet and confer to agree on briefing schedules and will submit them to the Court for approval.

5. Pursuant to the Trial Order and in compliance with Local Rule 6, all motions *in limine* shall be filed and served no later than August 22, 2012, four weeks prior to the scheduled pretrial date of September 19, 2012.

6. Pursuant to and in compliance with Local Rule 16, the parties' Pretrial Conference Order shall be lodged no later than September 7, 2012.

7. Pursuant to and in compliance with Local Rule 16, all Memoranda of Contentions of Fact and Law, Exhibit Lists, and Witness Lists shall be submitted no later than August 29, 2012, three weeks prior to the scheduled pretrial date.

8. The parties will participate in a non-judicial dispute resolution

proceeding, Settlement Procedure Number 3 under Local Rule 16-15.4. The last date for completion of this Settlement Procedure shall be no later than the close of fact discovery.

9. Plaintiffs will file their motion for class certification on or before January 16, 2012. The parties will meet and confer to agree on a briefing schedule for that motion and will submit it to the Court for approval.

10. The parties may seek modification of this Order at any time and for good cause shown.

IT IS SO ORDERED.

Dated: May 17, 2011

———————————————
Honorable James V. Selna
United States District Judge

[PROPOSED] PRETRIAL SCHEDULING ORDER
Case No. CV 10-9198 JVS (RNBx)

2