1  Jonathan A. Shapiro (257199)
2  WILMER CUTLER PICKERING HALE AND DORR LLP
3  950 Page Mill Road
   Palo Alto, California 93304
4  Tel:   (650) 858-6101
   Fax:   (650) 858-6100
5  jonathan.shapiro@wilmerhale.com

6  Andrea J. Robinson (pro hac vice)
   Timothy J. Perla (pro hac vice)
7  WILMER CUTLER PICKERING HALE AND DORR LLP
   60 State Street
8  Boston, Massachusetts 02109
   Tel:   (617) 526-6000
9  Fax:   (617) 526-5000
   andrea.robinson@wilmerhale.com
10 timothy.perla@wilmerhale.com

11 Attorneys for Defendant Life Insurance
12 Company of the Southwest

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation, and DOES 1-50 <br><br> Defendant. | Case No.: CV 10-9198-JVS(RNBx) <br><br> **DECLARATION OF TIMOTHY PERLA IN SUPPORT OF MOTION TO STRIKE** |

DECLARATION OF TIMOTHY PERLA IN SUPPORT OF MOTION TO STRIKE, 10-09198-JVS(RNBx)

# DECLARATION OF TIMOTHY PERLA

I, Timothy Perla, declare as follows:

1.  I am an attorney duly licensed to practice law in the Commonwealth of Massachusetts. I am a Counsel at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant Life Insurance Company of the Southwest ("LSW") in the above-entitled action. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently thereto.

2.  Attached hereto as Exhibit A is a true and accurate copy of excerpts from the Testimony of Kim Bruce Howlett.

3.  Attached hereto as Exhibit B is a true and accurate copy of an errata sheet to the Deposition Transcript of Kim Bruce Howlett.

4.  Attached hereto as Exhibit C is a true and accurate copy of a letter from Charles Freiberg dated June 22, 2012.

5.  Attached hereto as Exhibit D is a true and accurate copy of Exhibit 11 introduced during the Deposition of Kim Bruce Howlett.

6.  Attached hereto as Exhibit E is a true and accurate copy of Exhibit 12 introduced during the Deposition of Kim Bruce Howlett.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 19th day of July, 2012, at Boston, Massachusetts.

By: */s/ Timothy Perla*
Timothy Perla

---

- 3 -
DECLARATION OF TIMOTHY PERLA IN SUPPORT OF MOTION TO STRIKE, 10-09198 JVS(RNBx)