# EXHIBIT D

Policy Charges and Expenses
Nasario Guiterrez

Presented by   David Weiner

| Benefit | Amount |
|---|---|
| SecurePlus Paragon | $184,180 |
| Accelerated Benefits Rider 1 | |
| Accelerated Benefits Rider 2 | |
| Accelerated Benefits Rider 3 | |
| Enhanced Policy Protection Period Rider | |
| Overloan Protection Rider | |

Age 53
Preferred NT
Male
State - CA

EXHIBIT
11
5-10-12

| Policy Year | Planned Premium | Premium Expense Charge | Cost Of Insurance | Other Deductions | Total Expense And Deductions | End Year Non-Guaranteed Cash Value* | Death Benefit End Yr* |
|---|---|---|---|---|---|---|---|
| 1 | $4,800 | $288 | $ 481 | $1,007 | $1,776 | $ 3,139 | $ 184,180 |
| 2 | 4,800 | 288 | 537 | 1,022 | 1,847 | 6,447 | 184,180 |
| 3 | 4,800 | 288 | 590 | 1,039 | 1,916 | 9,946 | 184,180 |
| 4 | 4,800 | 288 | 639 | 1,056 | 1,983 | 13,657 | 184,180 |
| 5 | 4,800 | 288 | 686 | 1,074 | 2,048 | 17,600 | 184,180 |
| 6 | 4,800 | 288 | 728 | 1,094 | 2,110 | 21,799 | 184,180 |
| 7 | 4,800 | 288 | 786 | 1,114 | 2,188 | 26,257 | 184,180 |
| 8 | 4,800 | 288 | 838 | 1,136 | 2,262 | 31,000 | 184,180 |
| 9 | 4,800 | 288 | 901 | 1,160 | 2,349 | 36,037 | 184,180 |
| 10 | 4,800 | 288 | 975 | 1,184 | 2,447 | 41,381 | 184,180 |
| 11 | 4,800 | 288 | 1,084 | 60 | 1,431 | 48,253 | 184,180 |
| 12 | 4,800 | 288 | 1,187 | 60 | 1,534 | 55,578 | 184,180 |
| 13 | 4,800 | 288 | 1,268 | 60 | 1,616 | 63,415 | 184,180 |
| 14 | 4,800 | 288 | 1,325 | 60 | 1,672 | 71,833 | 184,180 |
| 15 | 4,800 | 288 | 1,355 | 60 | 1,702 | 80,909 | 184,180 |
| 16 | 4,800 | 288 | 1,342 | 60 | 1,689 | 90,742 | 184,180 |
| 17 | 4,800 | 288 | 1,308 | 60 | 1,655 | 101,418 | 184,180 |
| 18 | 0 | 0 | 1,275 | 60 | 1,334 | 108,294 | 184,180 |
| 19 | 0 | 0 | 1,247 | 60 | 1,306 | 115,764 | 184,180 |
| 20 | 0 | 0 | 1,190 | 60 | 1,249 | 123,908 | 184,180 |
| 21 | 0 | 0 | 1,141 | 60 | 1,200 | 132,771 | 184,180 |
| 22 | 0 | 0 | 1,053 | 60 | 1,113 | 142,455 | 184,180 |
| 23 | 0 | 0 | 908 | 60 | 968 | 153,087 | 184,180 |
| 24 | 0 | 0 | 702 | 60 | 762 | 164,812 | 184,180 |
| 25 | 0 | 0 | 408 | 60 | 467 | 177,814 | 186,705 |
| 26 | 0 | 0 | 304 | 60 | 363 | 192,004 | 201,604 |

* Benefits and values are not guaranteed. The assumptions on which they are based are subject to change by the insurer. Actual results may be more or less favorable.

LIFE INSURANCE COMPANY OF THE SOUTHWEST, DALLAS, TX  75247-4921

May 26, 2010
TC37133(1007)

This illustration is not complete without all pages.
Copyright

Page 23 of 25
v10.1

Confidential

LSW 00094172