KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
CHARLES N. FREIBERG (SBN 70890)
BRIAN P. BROSNAHAN (SBN 112894)
JACOB N. FOSTER (SBN 250785)
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

LEVINE & MILLER
HARVEY R. LEVINE (SBN 61879)
CRAIG A. MILLER (SBN 116030)
LEVINE & MILLER
550 West C Street, Suite 1810
San Diego, CA 92101-8596
Telephone: (619) 231-9449
Facsimile: (619) 231-8638

Attorneys for Plaintiffs
JOYCE WALKER, KIM BRUCE HOWLETT,
and MURIEL SPOONER, on behalf of themselves
and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation, <br><br> Defendant. | **CLASS ACTION** <br><br> CASE NO.: CV 10-9198 JVS (RNBx) <br><br> Formerly Case No.: 3:10-cv -04852 JSW <br> from Northern District of California <br><br> **DECLARATION OF JEANETTE T. BARZELAY IN OPPOSITION TO LSW'S MOTION TO STRIKE** <br><br> Magistrate Judge Robert N. Block <br><br> Date: August 21, 2012 <br> Time: 9:30 a.m. <br> Courtroom: 6D <br><br> Discovery Cutoff: November 5, 2012 <br> Pretrial Conference: January 14, 2013 <br> Trial Date: January 24, 2013 |

1. I am an attorney authorized to practice in the courts of California and in the United States District Court for the Central District of California. I am an associate of Kasowitz, Benson, Torres & Friedman, LLP, counsel for Plaintiffs in these proceedings. I have personal knowledge of the facts stated herein and if required could and would testify under oath thereto.

2. Attached hereto as Exhibit A is a true and correct copy of Judge Selna's procedures and standing orders.

3. Attached hereto as Exhibit B are true and correct copies of excerpts from and an errata sheet to the deposition transcript of Donna Morgan, submitted to Plaintiffs by Defendant Life Insurance Company of the Southwest ("LSW").

4. Attached hereto as Exhibit C is a true and correct copy of an annual statement, dated September 26, 2008, showing the amount of charges Mr. Howlett paid in the first year of his policy. The charges displayed on Howlett Exhibit 11 (submitted as Exhibit D to the Declaration of Timothy Perla in support of LSW's Motion to Strike) in the first policy year ($1,776) are roughly 14 times lower than the charges applied to Mr. Howlett's policy during his first year owning the policy ($25,204). *See* Exhibit C attached hereto. The handwritten numbers on Exhibit 12 (submitted as Exhibit E to the Perla Declaration) reflect the fee amounts applied to Mr. Howlett's policy during the first policy year. *See* Exhibit C attached hereto.

5. Attached hereto as Exhibit D is a true and correct copy of Plaintiffs' Responses to LSW's Third Set of Interrogatories, dated June 14, 2012.

DATED: July 30, 2012

KASOWITZ BENSON TORRES & FRIEDMAN LLP


By: /s/ Jeanette T. Barzelay
     Jeanette T. Barzelay