# EXHIBIT A

# FAQs about Judges' Procedures and Schedules

Last Updated: 06/25/2012

| | | | |
|---|---|---|---|
| **Name:** <br> Hon. James V. Selna | **Title:** <br> Judge | **Court Room** <br> 10C | **Location:** <br> Santa Ana |

**Courtroom Deputy Clerk:** <br> Karla Tunis

**Telephone:** <br> 714-338-2848

### Click here to view Closed Motion Dates

The best way to contact the Judge's courtroom Deputy Clerk is via e-mail: Karla_Tunis@cacd.uscourts.gov.
IN RE: Toyota Motor Corp. Litigation e-mail: JVS_ToyotaMDL@cacd.uscourts.gov.

**Click here to view Tentative Rulings.**

JUDGE **JAMES V. SELNA**        Courtroom No.: **10C**
Court Clerk: **Karla Tunis**        Telephone No.: **714-338-2848**
Court Reporter: **Sharon Seffens**    Telephone No.: **714-543-0870**

1. Civil motions are heard on: **Mondays**, Time: **1:30 p.m.**

   Criminal motions are heard on: **Mondays**, Time: **9:00 a.m.**

   (If Monday is a holiday, next motion date is the following Monday.)

   It **is not** necessary to clear a motion date with the court clerk prior to filing the motion. Counsel MUST comply with the Federal and Local Rules regarding service when selecting a date for the hearing on their motion. If the Court does not believe that oral argument will be helpful, the Court will advise the parties no later than the Friday before the hearing.

2. The Court does not entertain telephone appearances for hearings except in exceptional circumstances.

3. All discovery motions are to be calendared before the magistrate judge.

4. Tentative rulings may be issued. If issued, they will be available by clicking on the "Tentative Rulings" link above after Noon on the business day before the hearing and/or approximately 1/2 hour prior to the hearing in the courtroom. If all parties submit on the tentative ruling, please advise the Courtroom Deputy, and no appearance will be required.

5. Mandatory Chambers Copies of all e-filed documents shall be delivered to the mandatory chambers copy box on the 10th Floor. It is imperative that the mandatory chambers copies be delivered by noon following the date of filing as required by General Order 10-07.IV.D. **and Local Rule 5-4.5.** Failure to deliver timely mandatory chambers copies may result in a delay in hearing a motion or ordering the matter off calendar.

The Court does not accept mandatory chambers copies of Sealed Documents.

6. Ex Parte applications are for extraordinary relief only. Ex parte applications are considered on the papers and are rarely set for hearings. The moving party shall serve the opposing party by FAX or hand service and shall notify the opposing party that any opposition must be filed not later than 24 hours after such FAX or hand service. If counsel do not intend to oppose the ex parte application, counsel must inform the courtroom deputy by telephone as soon as possible.

7. To request a continuance of any scheduled court proceeding, counsel must make such request at least five days prior to the hearing date with a statement of good cause included in the request.

8. Counsel are not to initiate telephone calls to Judge Selna's chambers, law clerk or secretary.

9. Inquiries regarding the status of a motion, stipulation or proposed order are not available by phone. Please follow Local Rule 11-4.5.

10. If there is a calendar conflict, counsel are to inform the courtroom deputy prior to the date of the conflict.

11. Counsel should contact the courtroom deputy concerning procedures for bringing electronic equipment or extraordinary exhibits into the courtroom.

12. For general information on how to order a transcript of any reported or digitally recorded proceeding, please contact 213-894-3015 or visit the court website (www.cacd.uscourts.gov) section referring to [Court Reporter/Recorder Transcripts](). If you require an estimate of cost for the preparation of a transcript, contact the court reporter/recorder for the desired proceeding.

    To determine the court reporter/recorder for a particular proceeding, go to the [Court Reporter Schedule]() web page and click on [View by Date](). Once you've determined the correct court reporter/recorder for the desired session, click on [Court Reporter Phone and Email List]() for contact information.

13. Questions regarding law clerk/extern positions should be directed to the secretary.

14. Trial preparation:

    a. Court hours: The Court will, generally, try short cases (less than 10 days) from 9:00 a.m. to 12:00 noon and 1:30 p.m. to 4:30 p.m. Longer cases will be tried from 8:00 a.m. to 2:00 p.m. with no lunch break. The final determination of trial hours will be made at the final pretrial conference.

    b. Exhibit preparation:

        [Under 10 Total Volumes of Exhibits]() - Counsel are to prepare exhibits for trial by placing them in three ring binders that are indexed by exhibit number with tabs or dividers on the right side and indicating on the spine of the binder the exhibit numbers contained and the volume number. The exhibits must be numbered in accordance with Fed. R. Civ. P. 16, 26 and the Local Rules. Counsel shall have the original set (with the exhibit tags affixed to the upper or lower right hand corner) and a bench copy on the exhibits, three (3) copies of the exhibit list and three (3) copies of the witness list to the Courtroom Deputy Clerk on the first day of trial.

        [10 or More Total Volumes of Exhibits]() - Counsel are to prepare one (1) full set of the

exhibits in three ring binders that are indexed by exhibit number with tabs or dividers on the right side and indicating on the spine of the binder the exhibit numbers contained and the volume number. Each exhibit shall have an exhibit tag placed in the upper or lower right hand corner of the first page of the exhibit. (These are the exhibits that will go to the jury during deliberations). Exhibits for the Judge & Witnesses: There should be a book for each witness that contains only the exhibits needed for that specific witness with dividers on the right side. This book should be presented to the witness when the witness is called. A copy of this book should be provided to the Judge at the time the witness is called. The Court requires counsel to submit the full set of exhibits, three (3) copies of the exhibit list and three (3) copies of the witness list to the Courtroom Deputy Clerk on the first day of trial.

   c. Jury instructions: Jury Instructions are due seven days prior to trial. A single packet, prepared as outlined in the Jury Trial Order found in the .pdf below, shall be submitted.

   d. Verdict forms: The plaintiff shall submit the verdict form prior to the close of the plaintiff's case in chief.

15. Counsel in civil cases are to obtain the services of an interpreter, if one is needed. Counsel may contact the Interpreter's Office for references.

16. The Court does not permit special appearances. Counsel of record shall appear at all court proceedings.

17. Judge Selna's AO-10, Financial Disclosure Report, may be reviewed at the Judicial Watch website. The reports for 2003 through 2010 are presently online .

**File for Download:**
File Type: Adobe Acrobat

 Court Trial Order Revised, 1-6-10.pdf  Jury Trial Order Revised, 4-18-12.pdf  Criminal Trial Order Revised, 7-18-11.pdf

 Initial Order Following Filing of Complaint Revised, 1-6-10.pdf

 OrderSettingSchedConfRVSD.pdf  Attchmnt to Sched Conf Ord Revised, 1-6-10.pdf  ERISA Add to Sched Conf Ord.pdf

 Rico Order.pdf  Resume.pdf

File Size: 65; 100; 10; 68; 34; 10; 22; 25; 37 KBytes