# EXHIBIT B

Page 1

```
VOLUME:   I
PAGES:    1-347
EXHIBITS: See Index
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

```
JOYCE WALKER, KIM BRUCE          X CLASS ACTION
HOWLETT, and MURIEL SPOONER,     X
on behalf of themselves and      X
all others similarly situated,   X CASE NO. CV 10-9198 JVS (RNBx)
         Plaintiffs,             X
                                 X Formerly Case No.: 3:10-cv-04852
         v.                      X JSW from Northern District of
                                 X California
LIFE INSURANCE COMPANY OF THE    X
SOUTHWEST, a Texas Corporation,  X
         Defendant.              X
```

VIDEOTAPED DEPOSITION OF DONNA MORGAN

Monday, November 7, 2011, 9:05 a.m.

WILMER CUTLER PICKERING HALE and DORR LLP

60 State Street

Boston, Massachusetts 02109


-- Ivy L. Natanson, RPR --


NextGen Reporting
85 Old Eagle School Road
Wayne, Pennsylvania 19087
215.944.5800
www.NextGenReporting.com

DONNA MORGAN                                               NOVEMBER 7, 2011

Page 2

```
1    APPEARANCES OF COUNSEL:

2
     For the Plaintiffs
3
     KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
4    (BY:   JACOB N. FOSTER, ESQUIRE)
     (BY:   BRIAN P. BROSNAHAN, ESQUIRE) (via webstream)
5    (BY:   CHARLES N. FRIEBERG, ESQUIRE)(via webstream)
        101 California Street
6       San Francisco, California 94111
        415.421.6140 (telephone)
7       415.398.5050 (facsimile)
        bbrosnahan@kasowitz.com
8       jfoster@kasowitz.com

9
     For the Defendant
10
     WILMER CUTLER PICKERING HALE and DORR LLP
11   (BY:   ANDREA J. ROBINSON, ESQUIRE)
     (BY:   TIMOTHY PERLA, ESQUIRE)
12      60 State Street
        Boston, Massachusetts 02109
13      617.526.6224 (telephone)
        617.526.5000 (facsimile)
14      andrea.robinson@wilmerhale.com
        timothy.perla@wilmerhale.com
15
16   NATIONAL LIFE GROUP
     (BY:   ROBERT S. BURKE, ESQUIRE)
17      One National Life Drive
        Montpelier, Vermont 05604
18      802.229.3252 (telephone)
        802.229.3743 (facsimile)
19      bburke@nationallife.com

20
     ALSO PRESENT:
21
     Kevin Harrington
22

23

24

25
```

| | | |
|---|---|---|
| 1 | | MS. ROBINSON: Objection. |
| 2 | A. | Yes. |
| 3 | Q. | Can you think of any situation where a communication to the public that goes to more than one person and mentions an LSW product would not be required to be submitted? |
| 7 | A. | Generally speaking, no. |
| 8 | Q. | What do you mean by "generally speaking"? Can you think of any situation where it would not be required to be submitted? |
| 11 | A. | It all depends on the content of the piece. |
| 12 | Q. | So can you give me an example of a piece that LSW would not require to be submitted? |
| 14 | | MS. ROBINSON: Objection. |
| 15 | A. | No, I cannot. |
| 16 | Q. | Can you think of any type of content that mentioned an LSW product and went to more than one member of the public that LSW would not require to be submitted? |
| 20 | A. | No, I cannot. |
| 21 | Q. | Okay. So to your knowledge, there's no material that would go to more than one member of the public and mention an LSW product that LSW would not require to be submitted? |
| 25 | | MS. ROBINSON: Objection. |

1   COMMONWEALTH OF MASSACHUSETTS

2   MIDDLESEX, ss.

3           I, Ivy L. Natanson, Registered Professional Reporter and Notary Public duly commissioned and
4   qualified in and for the Commonwealth of Massachusetts, do hereby certify that there came
5   before me on the 7th day of November 2011 the person hereinbefore named, who was by me duly sworn to
6   testify to the truth and nothing but the truth of their knowledge touching and concerning the matters
7   in controversy in this cause; that they were thereupon examined upon their oath, and their
8   examination reduced to typewriting under my direction and that the deposition is a true record
9   of the testimony given by the deponent.

10          I further certify that I am neither attorney nor counsel for, nor related to or employed
11  by, any of the parties to the action in which this deposition is taken, and further that I am not a
12  relative or employee of any attorney or counsel employed by the parties hereto or financially
13  interested in this action.

14          In Witness Whereof, I have hereunto set my hand and affixed my seal this 8th day of November
15  2011.

16

17

18              Notary Public
                My Commission Expires:
19              September 13, 2013

20

21

22

23

24

25

**Errata Sheet to Deposition of Donna Morgan**

| Page/Line | Change |
|---|---|
| Page 32, line 3 | Add "and is submitted to the Advertising Review Unit (ARU)" to end of sentence |
| Page 34, line 22 | Between "it, it" add "and if it was submitted to the ARU" |
| Page 40, line 2 | Change answer to "It depends" |
| Page 40, line 7 | Change answer to "Yes, if it goes to more than one person" |
| Page 43, line 7 | Add "if submitted to the ARU" to end of sentence |
| Page 43, line 16 | Between "products that" add "and it was going to more than one person" |
| Page 45, line 1 | Add "if submitted to the ARU and going to more than one person" to end of sentence |
| Page 45, line 3 | Add "if submitted to the ARU and going to more than one person" to end of sentence |
| Page 45, line 5 | Add "if submitted to the ARU and going to more than one person" to end of sentence |
| Page 58, line 1 | Change answer to "NASD Series 6, NASD Series 7" |
| Page 58, line 21 | Add "and/or other broker-dealers" to end of sentence |
| Page 64, line 14 | Add "if it is submitted to the ARU" to end of sentence |
| Page 64, line 16 | After "telemarket," add "and if they are submitted to the ARU" |
| Page 64, line 19 | Add "if it is submitted to the ARU" to end of sentence |
| Page 65, line 15 | Add "if it goes to more than one person and was submitted to the ARU" to end of sentence |

| | |
|---|---|
| Page 79, line 9 | Change answer to "I don't know." |
| Page 109, line 25 | Change "Joan" to "Jo" |
| Page 123, line 13 | Add "if it is submitted to the ARU" to end of sentence |
| Page 336, line 20 | Delete "my producers" |

Signed: _Dawna Mayan_

Date: 12/13/11