# EXHIBIT C



**SecurePlus Paragon**
Annual Statement
Indexed Flexible Premium Adjustable Benefit Life

Statement Date: 09/26/2008

**FICHE COPY**

Report Period: 09/26/2007 to 09/25/2008

#BWNCDPH

||||...||.|..||||..||.|....||.|.|....||.|.|.|..||..|.|..|.|

KIM BRUCE HOWLETT

███████████████

| Account Summary | |
|---|---|
| Beginning Accumulated Value: | $0.00 |
| Gross Premium: | $105,750.00 |
| Withdrawals, including Withdrawal Fees: | $0.00 |
| Monthly Deductions: | $25,204.26 |
| Interest Credited: | $562.34 |
| Ending Accumulated Value: | $81,108.08 |

| Policy Information | |
|---|---|
| Policy Number: | LS0149017 |
| Primary Insured: | Kim Bruce Howlett |
| Policy Effective Date: | September 26, 2007 |
| Issue Age: | 58 |
| Underwriting Class: | Male Standard Non-Tobacco |
| Death Benefit Option: | A (Level) |

**Summary of Insurance Benefits**

| | Beginning Values | Ending Values |
|---|---|---|
| Face Amount: | $0.00 | $1,602,311.00 |
| Death Benefit: | $0.00 | $1,602,311.00 |
| Accumulated Value: | $0.00 | $81,108.08 |
| Total Loan Balance: | $0.00 | $0.00 |
| Surrender Charge: | $0.00 | $54,622.78 |
| Cash Surrender Value: | $0.00 | $28,018.64 |

The following riders are attached to this policy:

Accelerated Benefit 1
Accelerated Benefit 2
Accelerated Benefit 3
Overloan Protection Rider

Please refer to your policy for more information.

Interest credits on indexed strategies are determined one year after funds are allocated to the indexed strategy. This policy's first allocation to an indexed strategy occurred on 10/21/2007. Interest credits on these funds will be reported to you in your next annual statement. If you wish to know the amount of your interest credit sooner, please contact your agent or call 1-800-732-8939. You can also sign up to periodically view your policy's value on line at www.nationallife.com.

ADMINISTRATIVE OFFICE: ONE NATIONAL LIFE DRIVE • MONTPELIER, VT 05604 • TEL: 800 732-8939
HOME OFFICE: 1300 WEST MOCKINGBIRD LANE • DALLAS, TX 75247-4921

8406(0606)
00LS0149017     009     3HN 60208*AU1J 20080926     FC 270000241 HOWLETT            KIM            BRUCE

Page 1
0

# FICHE COPY

Statement Date:   09/26/2008
Policy Number:    LS0149017
Insured:          Kim Bruce Howlett

| Loan Information | |
| --- | --- |
| Beginning Loan Balance: | $0.00 |
| New Loans Taken: | $0.00 |
| Loan Repayments: | $0.00 |
| Accrued Loan Interest: | $0.00 |
| Ending Loan Balance: | $0.00 |

| Strategy Allocation | |
| --- | --- |
| Indexed Strategy 1 | 50.0% |
| Indexed Strategy 2 | 50.0% |

The Variable Loan Interest Rate during this report period
was 6.30%. For the next report period it will be 6.30%.

ADMINISTRATIVE OFFICE: ONE NATIONAL LIFE DRIVE • MONTPELIER, VT 05604 • TEL: 800 732-8939
HOME OFFICE: 1300 WEST MOCKINGBIRD LANE • DALLAS, TX 75247-4921

8406(0606)                                                                                                                    Page 2
00LS0149017    009    3HN 50208*AU1J 20080926    FC 270000241 HOWLETT         KIM              BRUCE          0

Confidential

LSW 00001085

FICHE COPY

Statement Date: 09/26/2008
Policy Number: LS0149017
Insured: Kim Bruce Howlett

## Transaction Summary

Beginning Accumulated Value: $0.00

| Policy Month Ending | Premiums Received | Expense Charges | Rider Charges | Cost of Insurance | Withdrawals | Withdrawal Fees | Interest Credited | Ending Accumulated Value |
|---|---|---|---|---|---|---|---|---|
| 10/25/2007 | 105,750.00 | 7,437.06 | 0.00 | 480.21 | 0.00 | 0.00 | 89.01 | 97,921.74 |
| 11/25/2007 | 0.00 | 1,091.47 | 0.00 | 480.69 | 0.00 | 0.00 | 75.34 | 96,424.92 |
| 12/25/2007 | 0.00 | 1,090.87 | 0.00 | 481.17 | 0.00 | 0.00 | 66.90 | 94,919.78 |
| 01/25/2008 | 0.00 | 1,090.26 | 0.00 | 481.65 | 0.00 | 0.00 | 62.86 | 93,410.73 |
| 02/25/2008 | 0.00 | 1,089.66 | 0.00 | 482.13 | 0.00 | 0.00 | 56.61 | 91,895.55 |
| 03/25/2008 | 0.00 | 1,089.05 | 0.00 | 482.62 | 0.00 | 0.00 | 45.45 | 90,369.33 |
| 04/25/2008 | 0.00 | 1,088.44 | 0.00 | 483.10 | 0.00 | 0.00 | 43.98 | 88,841.77 |
| 05/25/2008 | 0.00 | 1,087.83 | 0.00 | 483.59 | 0.00 | 0.00 | 36.42 | 87,306.77 |
| 06/25/2008 | 0.00 | 1,087.22 | 0.00 | 484.08 | 0.00 | 0.00 | 31.26 | 85,766.73 |
| 07/25/2008 | 0.00 | 1,086.60 | 0.00 | 484.58 | 0.00 | 0.00 | 24.08 | 84,219.63 |
| 08/25/2008 | 0.00 | 1,085.98 | 0.00 | 485.07 | 0.00 | 0.00 | 18.44 | 82,667.02 |
| 09/25/2008 | 0.00 | 1,085.36 | 0.00 | 485.57 | 0.00 | 0.00 | 11.99 | 81,108.08 |
| **Total** | **$105,750.00** | **$19,409.80** | **$0.00** | **$5,794.46** | **$0.00** | **$0.00** | **$562.34** | |

Interest credits on indexed strategies are determined one year after funds are allocated to the indexed strategy. This policy's first allocation to an indexed strategy occurred on 10/21/2007. Interest credits on these funds will be reported to you in your next annual statement. If you wish to know the amount of your interest credit sooner, please contact your agent or call 1-800-732-8939. You can also sign up to periodically view your policy's value on line at www.nationallife.com.

OOLS0149017   009   3HN 60208*AU1J 20080926   FC 270000241 HOWLETT   KIM   BRUCE   0

Confidential

LSW 00001086

FICHE COPY

Statement Date: 09/26/2008
Policy Number: LS0149017
Insured: Kim Bruce Howlett

## Strategy Allocation Summary

| Date | Fixed Term Strategy | Interest Rate | Indexed Strategy 1-(Point to Point) | Participation Rate | Cap | Indexed Strategy 2-(Point to Point) | Participation Rate | Cap |
|---|---|---|---|---|---|---|---|---|
| 10/21/2007 | 0.00 | 5.00 | 39,128.93 | 100.00 | 16.00 | 39,128.93 | 140.00 | 11.50 |

| Date | Indexed Strategy 3-(Point to Point) | Participation Rate | Indexed Strategy 4-(Point to Average) | Participation Rate | Standard and Poor's 500 Index Value |
|---|---|---|---|---|---|
| 10/21/2007 | 0.00 | 75.00 | 0.00 | 140.00 | 1,500.63 |

## Forecast Information

The following one-year projection of values is mandated by state insurance regulations. The assumptions used in the projection comply with state requirements and are shown below. The projection demonstrates results under one possible set of assumptions and is not a prediction of future policy values.

Assumptions used in forecast
• Minimum Guaranteed Interest of 2.50%
• Guaranteed Maximum Charges
• Payment of Planned Periodic Premiums
• No loan principal repayments
• Loan Interest paid in cash when due
• No Acceleration of Proceeds

Projection Date: September 25, 2009
Projected Death Benefit: $1,602,311.00
Projected Accumulated Value: $165,311.56
Projected Cash Surrender Value: $97,101.18

IMPORTANT POLICY OWNER NOTICE: You should consider requesting more detailed information about your policy to understand how it may perform in the future. You should not consider replacement of your policy or make changes in your coverage without requesting a current illustration. You may annually request, without charge, such an illustration by contacting the Home Office or your agent. If you do not receive a current illustration of your policy within 30 days from your request, you should contact your state insurance department.

OOLS0149017   009   3HN 60208*AUIJ 20080926   FC 270000241 HOWLETT   KIM   BRUCE   0

Confidential

## FICHE COPY

Statement Date:    09/26/2008
Policy Number:     LS0149017
Insured:           Kim Bruce Howlett

___

## Glossary Of Terms

| | |
|---|---|
| **Beginning Accumulated Value:** | The value of all funds in your policy on the first day of the policy year prior to any financial transactions processed on that day except for any dividend credited. |
| **Premiums Received:** | The actual premium payments for your policy received during the month shown. |
| **Expense Charges:** | The dollar amount deducted from your premium payment or accumulated value to cover administrative costs. It includes the monthly administrative charges, the percent of premium expense charge and premium payment processing fee. |
| **Rider Charges:** | The charge for any riders included in your policy. |
| **Cost of Insurance:** | The current monthly cost of pure insurance protection for your policy including any Substandard Charges. |
| **Withdrawals:** | The amount of surrender value that was withdrawn from the policy at your request. Withdrawals reduce the accumulated value of your policy and the current death benefit. |
| **Interest Credited:** | The amount of interest credited to the accumulated value for the month shown. Current interest rates are declared monthly for new premium payments and are never less than the 2.50% guaranteed in this policy. |
| **Ending Accumulated Value:** | The value of all funds in this policy at the end of the month shown. It is equal to the preceding month's ending accumulated value plus premiums received and interest credited minus cost of insurance, rider charges, expense charges, withdrawals, and substandard charges. |



---

## For Service Contact: | Or Our Local Office:

Jacob K Cooper
Ste 500
8880 Rio San Diego Dr
San Diego CA 92108-1634
619 704-1500

Asset Marketing Systems Llc
Unit C
5757 Adobe Falls Rd
San Diego CA 92120-4671

**Policy Information Available on the Web**

Customers can access policy information from the National Life Group website at www.nationallife.com.

By registering at the website, you can log in for secure policy information, including: Policy Values, Coverage and Features, Daily Unit Values, Loan Balances, Change of Address, and Electronic Document Distribution.

If you need assistance or have questions, please contact Customer Services directly through the web.

---

ADMINISTRATIVE OFFICE: ONE NATIONAL LIFE DRIVE • MONTPELIER, VT 05604 • TEL: 800 732-8939
HOME OFFICE: 1300 WEST MOCKINGBIRD LANE • DALLAS, TX 75247-4921

8406(0606)                                                                                                      Page 5
00LS0149017    009    3HN 60208*AU1J 20080926    FC 270000241 HOWLETT         KIM         BRUCE        0

Confidential                                                                                          LSW 00001088