# EXHIBIT D

| | |
|---|---|
| 1 | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |
| 2 | CHARLES N. FREIBERG (SBN 70890)<br>BRIAN P. BROSNAHAN (SBN 112894) |
| 3 | JACOB N. FOSTER (SBN 250785) |
| 4 | 101 California Street, Suite 2300<br>San Francisco, California 94111 |
| 5 | Telephone: (415) 421-6140<br>Facsimile: (415) 398-5030 |
| 6 | |
| 7 | LEVINE & MILLER<br>HARVEY R. LEVINE (SBN 61879) |
| 8 | CRAIG A. MILLER (SBN 116030)<br>LEVINE & MILLER |
| 9 | 550 West C Street, Suite 1810<br>San Diego, CA 92101-8596 |
| 10 | Telephone: (619) 231-9449<br>Facsimile: (619) 231-8638 |
| 11 | |
| 12 | Attorneys for Plaintiffs<br>JOYCE WALKER, KIM BRUCE HOWLETT, |
| 13 | and MURIEL SPOONER, on behalf of themselves<br>and all others similarly situated |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation,<br><br>        Defendant. | CASE NO.: CV 10-9198 JVS (RNBx)<br><br>Formerly Case No.: 3:10-cv-04852 JSW from Northern District of California<br><br>**PLAINTIFFS JOYCE WALKER'S, KIM BRUCE HOWLETT'S, AND MURIEL SPOONER'S RESPONSES TO LIFE INSURANCE COMPANY OF THE SOUTHWEST'S THIRD SET OF INTERROGATORIES, NUMBER 9** |

| | |
|---|---|
| PROPOUNDING PARTY : | DEFENDANT LIFE INSURANCE COMPANY OF THE SOUTHWEST |
| RESPONDING PARTY : | PLAINTIFFS JOYCE WALKER, KIM BRUCE HOWLETT, AND MURIEL SPOONER |
| SET NUMBER : | THREE (3) |

**RESPONSES TO INTERROGATORIES**

**INTERROGATORY NO. 9:**

State the name(s) of the person(s) whose handwriting appears on HOWLETT EXHIBIT 12 and the date(s) on which the handwritten markings were made.

**RESPONSE TO INTERROGATORY NO. 9:**

Plaintiffs object to this interrogatory on the grounds that it seeks information that is irrelevant.

Subject to and without waiving the foregoing objection, Plaintiffs respond as follows:

The handwritten markings contained under the headings "Premium Expense Charge," "Cost of Insurance," "Other Deductions," and "Total Expense and Deductions," were made by Jo Anne Childress, a secretary employed by Kasowitz, Benson, Torres & Friedman LLP. Ms. Childress made the handwritten markings at the direction of Brian P. Brosnahan, Esq., because her handwriting is more legible than Mr. Brosnahan's. Ms. Childress copied handwritten markings that Mr. Brosnahan had made on a different copy of HOWLETT EXHIBIT 12. The handwritten markings in the form of "Ex. 12" contained above the Bates No. LSW 00094172 were made by Charles N. Freiberg, Esq. The handwritten markings contained on the exhibit sticker affixed to HOWLETT EXHIBIT 12 were made by the court reporter, Corey W. Anderson. All of the handwritten markings were made on the date of the deposition, May 10, 2012.

Dated: June 14, 2012

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP,

By: _____
CHARLES N. FREIBERG
BRIAN P. BROSNAHAN
JACOB N. FOSTER

Attorneys for Plaintiffs