Jonathan A. Shapiro (257199)
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 93304
Tel:  (650) 858-6101
Fax:  (650) 858-6100
jonathan.shapiro@wilmerhale.com

Andrea J. Robinson (pro hac vice)
Timothy J. Perla (pro hac vice)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel:  (617) 526-6000
Fax:  (617) 526-5000
andrea.robinson@wilmerhale.com
timothy.perla@wilmerhale.com

Attorneys for Defendant Life Insurance Company of the Southwest

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation, and DOES 1-50<br><br>Defendant. | Case No.: CV 10-9198-JVS(RNBx)<br><br>PROOF OF SERVICE<br><br>Judge:      Magistrate Judge Robert N. Block<br>Courtroom:  6D |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Wilmer Cutler Pickering Hale and Dorr LLP, 950 Page Mill Road, Palo Alto, California 94304. On July 31, 2012, I served the within document(s):

DECLARATION OF TIMOTHY PERLA

DECLARATION OF JEANETTE T. BARZELAY

☐ I placed the document(s) listed above in a sealed envelope with postage thereon fully prepaid, with Federal Express addressed as set forth below.

☐ I personally caused to be hand delivered the document(s) listed above to the person(s) at the address(es) set forth below.

☐ I emailed the document(s) listed above to the person(s) at the address(es) set forth below.

☒ I electronically filed the document(s) listed above via the CM/ECF system.

> Brian P. Brosnahan
> (bbrosnahan@kasowitz.com)
> Charles N. Freiberg j
> (cfreiberg@kasowitz.com)
> Jacob N. Foster
> (jfoster@kasowitz.com)
> KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
> 101 California Street, Suite 2300
> San Francisco, CA 94111
>
> Harvey R. Levine
> (lsmh@levinelaw.com)
> LEVINE & MILLER
> 550 West C. Street, Suite 1810
> San Diego, CA 92101-8596

*/s/ Jonathan A. Shapiro*
Jonathan A. Shapiro