KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
CHARLES N. FREIBERG (SBN 70890)
101 California Street, Suite 2300
San Francisco, CA  94111
Telephone: (415) 421-6140

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT and<br><br>PLAINTIFF(S)<br>v.<br>LIFE INSURANCE COMPANY OF THE<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 10-09198 JVS (RNBx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (**LIST DOCUMENTS**):

EXHIBIT B TO DECLARATION OF BRIAN P. BROSNAHAN IN OPPOSITION TO MOTION TO STRIKE; EXHIBIT F TO DECLARATION OF PATRICK L. BROCKETT IN OPPOSITION TO

**Document Description:**

☐ Administrative Record
☑ Exhibits
☐ Ex Parte Application for authorization of investigative, expert, or other services pursuant to the Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]
☐ Other

**Reason:**

☑ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated _____
☐ Manual Filing required ( *reason* ):

August 20, 2012
Date

s/Brian P. Brosnahan
Attorney Name

Plaintiffs
Party Represented

*Note:*   File one Notice of Manual Filing in each case, each time you manually file document(s).

G-92 (6/12)    NOTICE OF MANUAL FILING