KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
CHARLES N. FREIBERG (SBN 70890)
BRIAN P. BROSNAHAN (SBN 112894)
JACOB N. FOSTER (SBN 250785)
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

LEVINE & MILLER
HARVEY R. LEVINE (SBN 61879)
CRAIG A. MILLER (SBN 116030)
LEVINE & MILLER
550 West C Street, Suite 1810
San Diego, CA 92101-8596
Telephone: (619) 231-9449
Facsimile: (619) 231-8638

Attorneys for Plaintiffs
JOYCE WALKER, KIM BRUCE HOWLETT,
and MURIEL SPOONER, on behalf of themselves
and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation,<br><br>Defendant. | **CLASS ACTION**<br><br>CASE NO.: CV 10-9198 JVS (RNBx)<br><br>Formerly Case No.: 3:10-cv -04852 JSW from Northern District of California<br><br>**PROOF OF SERVICE FOR DOCUMENTS FILED MANUALLY**<br><br>Judge: Hon. James V. Selna<br>Date: September 10, 2012<br>Time: 1:30 p.m.<br>Courtroom: 10C |

## PROOF OF SERVICE

I, Jo Anne Childress, declare that I am employed by Kasowitz, Benson, Torres & Friedman LLP, located in the City and County of San Francisco, at the business address of 101 California Street, Suite 2300, San Francisco, California 94111. I am over the age of eighteen years and am not a party to this matter.

On August 20, 2012, I served the attached:

**EXHIBIT B TO THE DELARATION OF BRIAN P. BROSNAHAN IN OPPOSITION TO MOTION TO STRIKE**

**EXHIBIT F TO THE DELARATION OF PATRICK L. BROCKETT IN OPPOSITION TO MOTION TO STRIKE**

on the following:

| | |
|---|---|
| James T. Lux<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA  02109 | Jonathan A Shapiro<br>Wilmer Cutler Pickering Hale And Dorr LLP<br>950 Page Mill Rd<br>Palo Alto Ca  93304 |

☒ **By Federal Express**. I caused a courtesy copy of the documents to be sent to the persons at the email addresses listed above via Federal Express, overnight delivery

☐ **By Mail**. I placed the above-documents in sealed envelope(s), with postage thereon fully prepaid, for collection and mailing at San Francisco, California, following ordinary business practices. I am readily familiar with the practices of Kasowitz, Benson, Torres and Friedman for processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 20, 2012, at San Francisco, California.

*/s/ Jo Anne Childress*
Jo Anne Childress

---

Proof of Service

1

Case No. CV 10-9198 JVS (RNBx)