# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED
CLERK, U.S. DISTRICT COURT
AUG 20 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge __James V. Selna__
From: __n. intenano__, Deputy Clerk    Date Received: __8-20-12__
Case No.: __CV10-9198 JVS(RNBx)__   Case Title: __Walker et al v. Life Insurance Company__
Document Entitled: __Application to File Under Seal certain Exhibits submitted by plaintiff, Proposed Order, Exhibit F to Declaration, Exhibit B to Declaration__

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 11-3.1    Document not legible
- ☐ Local Rule 11-3.8    Lacking name, address, phone, facsimile numbers and email address
- ☐ Local Rule 11-4.1    No copy provided for judge
- ☐ Local Rule 19-1      Complaint/Petition includes more than ten (10) Does or fictitiously named parties
- ☐ Local Rule 15-1      Proposed amended pleading not under separate cover
- ☐ Local Rule 11-6      Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8      Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 7.1-1     No Certification of Interested Parties and/or no copies
- ☐ Local Rule 6.1       Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 56-1      Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2      Statement of genuine disputes of material fact lacking
- ☐ Local Rule 7-19.1    Notice to other parties of ex parte application lacking
- ☐ Local Rule 16-7      Pretrial conference order not signed by all counsel
- ☒ FRCvP Rule 5(d)      No proof of service attached to document(s)
- ☐ General Order 08-02  Case is designated for electronic filing
- ☐ Other: _____

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

---

## ORDER OF THE JUDGE/MAGISTRATE JUDGE
IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____    _____
Date                     U.S. District Judge / U.S. Magistrate Judge

☒ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court. __The Court directs the Clerks office to scan the face page of the documents only.__

__8.20.12__    _/s/_
Date           U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE    COPY 2 -JUDGE    COPY 3 -SIGNED & RETURNED TO FILER    COPY 4 -FILER RECEIPT

1  JONATHAN A. SHAPIRO (257199)
   JOEL A. FLEMING (281264)
2  WILMER CUTLER PICKERING HALE
   AND DORR LLP
3  950 Page Mill Road
   Palo Alto, CA 94304
4  Tel:  (650) 858-6101
   Fax:  (650) 858-6100
5  jonathan.shapiro@wilmerhale.com
   joel.fleming@wilmerhale.com
6
   ANDREA J. ROBINSON (PRO HAC VICE)
7  TIMOTHY J. PERLA (PRO HAC VICE)
   WILMER CUTLER PICKERING HALE
8  AND DORR LLP
   60 State Street
9  Boston, MA 02109
   Tel:  (617) 526-6000
10 Fax:  (617) 526-5000
   andrea.robinson@wilmerhale.com
11 timothy.perla@wilmerhale.com
   Attorneys for Defendant Life Insurance
12 Company of the Southwest

13
14
15

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| 17  JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated, | **CLASS ACTION** |
| 18 | CASE NO.:  CV 10-9198 JVS (RNBx) |
| 19 | Formerly Case No.: 3:10-cv-04852 JSW from Northern District of California |
| 20          Plaintiffs, | |
| 21          vs. | **APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS SUBMITTED BY PLAINTIFFS IN OPPOSITION TO LSW'S MOTION TO STRIKE THE DECLARATION OF DR. PATRICK LEE BROCKETT** |
| 22  LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation, and DOES 1-50 | |
| 23 | |
| 24          Defendant. | |
| 25 | Judge James V. Selna |
| 26 | Date:  September 10, 2012 |
| 27 | Time:  1:30 p.m. |
| 28 | Courtroom:  10C |

ORIGINAL

JONATHAN A. SHAPIRO (257199)
WILMER CUTLER PICKERING HALE
AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 858-6101
Fax: (650) 858-6100
jonathan.shapiro@wilmerhale.com

ANDREA J. ROBINSON (PRO HAC VICE)
TIMOTHY J. PERLA (PRO HAC VICE)
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
andrea.robinson@wilmerhale.com
timothy.perla@wilmerhale.com

Attorneys for Defendant Life Insurance
Company of the Southwest

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation, and DOES 1-50<br><br>Defendant. | **CLASS ACTION**<br><br>CASE NO.: CV 10-9198 JVS (RNBx)<br><br>Formerly Case No.: 3:10-cv -04852 JSW from Northern District of California<br><br>**[PROPOSED] ORDER ON LIFE INSURANCE COMPANY OF THE SOUTHWEST'S APPLICATION TO FILE UNDER SEAL CERTAIN EXHIBITS SUBMITTED BY PLAINTIFFS IN OPPOSITION TO LSW'S MOTION TO STRIKE THE DECLARATION OF DR. PATRICK LEE BROCKETT**<br><br>Judge James V. Selna |

**By Fax**

ORIGINAL

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
CHARLES N. FREIBERG (SBN 70890)
BRIAN P. BROSNAHAN (SBN 112894)
JACOB N. FOSTER (SBN 250785)
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

LEVINE & MILLER
HARVEY R. LEVINE (SBN 61879)
CRAIG A. MILLER (SBN 116030)
550 West C Street, Suite 1810
San Diego, CA 92101-8596
Telephone: (619) 231-9449
Facsimile: (619) 231-8638

Attorneys for Plaintiffs,
JOYCE WALKER, KIM BRUCE HOWLETT,
and MURIEL SPOONER, on behalf of themselves
and all others similarly situated

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation, and Does 1-50,<br><br>Defendant. | **CLASS ACTION**<br><br>Case No.: CV-10-9198-JVS (RNBx)<br><br>EXHIBIT F TO DECLARATION OF DR. PATRICK L. BROCKETT IN OPPOSITION TO MOTION TO STRIKE FILED UNDER SEAL<br><br>Judge James V. Selna<br><br>DATE: September 10, 2012<br>TIME: 1:30 P.M.<br>COURTROOM: 10C |

**By Fax**

ORIGINAL

EXHIBIT F TO DECLARATION OF DR. PATRICK L. BROCKETT

```
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
CHARLES N. FREIBERG (SBN 70890)
BRIAN P. BROSNAHAN (SBN 112894)
JACOB N. FOSTER (SBN 250785)
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

LEVINE & MILLER
HARVEY R. LEVINE (SBN 61879)
CRAIG A. MILLER (SBN 116030)
LEVINE & MILLER
550 West C Street, Suite 1810
San Diego, CA 92101-8596
Telephone: (619) 231-9449
Facsimile: (619) 231-8638

Attorneys for Plaintiffs
JOYCE WALKER, KIM BRUCE HOWLETT,
and MURIEL SPOONER, on behalf of themselves
and all others similarly situated
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation,<br><br>Defendant. | **CLASS ACTION**<br><br>CASE NO.: CV 10-9198 JVS (RNBx)<br><br>Formerly Case No.: 3:10-cv -04852 JSW<br>from Northern District of California<br><br>**EXHIBIT B TO DECLARATION OF BRIAN P. BROSNAHAN IN OPPOSITION TO MOTION TO STRIKE FILED UNDER SEAL**<br><br>Judge James V. Selna<br><br>Date: September 10, 2012<br>Time: 1:30 p.m.<br>Courtroom: 10C |

**By Fax**

ORIGINAL

EXHIBITS B TO DECLARATION OF BRIAN P. BROSNAHAN IN OPPOSITION TO MOTION TO STRIKE
FILED UNDER SEAL
Case No. CV 10-9198 JVS (RNBx)