Jonathan A. Shapiro (257199)
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  93304
Tel:  (650) 858-6101
Fax:  (650) 858-6100
jonathan.shapiro@wilmerhale.com

Andrea J. Robinson (pro hac vice)
Timothy J. Perla (pro hac vice)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Tel:  (617) 526-6000
Fax:  (617) 526-5000
andrea.robinson@wilmerhale.com
timothy.perla@wilmerhale.com

Attorneys for Defendant Life Insurance Company of the Southwest

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation, and DOES 1-50<br><br>Defendant. | Case No.: CV 10-9198-JVS(RNBx)<br><br>**DECLARATION OF JOEL FLEMING IN SUPPORT OF LSW'S REPLY IN SUPPORT OF MOTION TO STRIKE DECLARATION OF PATRICK BROCKETT** |

DECLARATION OF JOEL FLEMING IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO STRIKE, 10-09198-JVS(RNBx)

# DECLARATION OF JOEL FLEMING

I, Joel Fleming, declare as follows:

1. I am an attorney duly licensed to practice law in the state of California and before this Court. I am an Associate at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant Life Insurance Company of the Southwest ("LSW") in the above-entitled action. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and accurate copy of excerpts from the Deposition of Patrick Brockett.

3. Attached hereto as Exhibit B is a true and accurate copy of excerpts from the Deposition of Timothy Pfeifer.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 27th day of August, 2012, at Palo Alto, California.

> *By:  /s/ Joel Fleming*
> Joel Fleming

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Wilmer Cutler Pickering Hale and Dorr LLP, 950 Page Mill Road, Palo Alto, California 94304. On August 27, 2012, I served the within document(s):

REPLY DECLARATION OF JOEL FLEMING IN SUPPORT OF MOTION TO STRIKE DECLARATION OF PATRICK BROCKETT

I placed the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail addressed as set forth below.

I personally caused to be hand delivered the document(s) listed above to the person(s) at the address(es) set forth below.

I emailed the document(s) listed above to the person(s) at the address(es) set forth below.

☒ I electronically filed the document(s) listed above via the CM/ECF system.

>Brian P. Brosnahan
>(bbrosnahan@kasowitz.com)
>Charles N. Freiberg
>(cfreiberg@kasowitz.com)
>Jacob N. Foster
>(jfoster@kasowitz.com)
>KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
>101 California Street, Suite 2300
>San Francisco, CA 94111
>
>Harvey R. Levine
>(lsmh@levinelaw.com)
>LEVINE & MILLER
>550 West C. Street, Suite 1810
>San Diego, CA 92101-8596

>*/s/ Joel Fleming*
>Joel Fleming

- 3 -
DECLARATION OF JOEL FLEMING IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO STRIKE, 10-09198 JVS(RNBx)