JONATHAN A. SHAPIRO (257199)
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Tel:   (650) 858-6101
Fax:  (650) 858-6100
jonathan.shapiro@wilmerhale.com

ANDREA J. ROBINSON (PRO HAC VICE)
TIMOTHY J. PERLA (PRO HAC VICE)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel:   (617) 526-6000
Fax:  (617) 526-5000
andrea.robinson@wilmerhale.com
timothy.perla@wilmerhale.com
Attorneys for Defendant Life Insurance
Company of the Southwest

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation, and DOES 1-50,<br><br>　　　　Defendant. | Case No.: 10-09198 JVS(RNBx)<br><br>[PROPOSED] ORDER GRANTING LSW'S EX PARTE MOTION FOR AN ORDER STRIKING PLAINTIFFS' OBJECTIONS<br><br>Judge James Selna<br>Courtroom:  10C |

[PROPOSED] ORDER GRANTING LSW'S EX PARTE MOTION FOR AN ORDER STRIKING PLAINTIFFS'
OBJECTIONS, 10-09198 JVS(RNBx)

For good cause shown, it is hereby ordered that Plaintiffs' Objections (Docket Nos. 301, 302, 303, 304, 305, and 306) are hereby stricken.

Dated: _____        _____

                                                    Honorable James V. Selna

                                                    United States District Judge