# EXHIBIT B

**Jeanette T. Barzelay**

| | |
|---|---|
| **From:** | Brian Brosnahan |
| **Sent:** | Tuesday, August 28, 2012 12:41 PM |
| **To:** | 'Fleming, Joel' |
| **Cc:** | 'Shapiro, Jonathan'; 'Perla, Timothy'; 'Lux, James'; 'Robinson, Andrea'; Charles Freiberg; Jacob N. Foster; Jeanette T. Barzelay; Eugenia M. DiSabatino |
| **Subject:** | Your Ex Parte Application |

Joel,

Having consulted the pertinent rules and Judge Selna's General Order, we do not believe that the relief you describe can be obtained via an ex parte application. We would be happy to discuss a stipulation for an order shortening time so that you can file a motion to strike to be heard on September 10, 2012.

Please advise.
Brian

Brian P. Brosnahan
Kasowitz, Benson, Torres & Friedman LLP
101 California Street, Suite 2300
San Francisco, California 94111
Tel. (415) 655-4337
Fax (415) 358-4278
BBrosnahan@kasowitz.com

1