JONATHAN A. SHAPIRO (257199)
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Tel:   (650) 858-6101
Fax:   (650) 858-6100
jonathan.shapiro@wilmerhale.com

ANDREA J. ROBINSON (PRO HAC VICE)
TIMOTHY J. PERLA (PRO HAC VICE)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel:   (617) 526-6000
Fax:   (617) 526-5000
andrea.robinson@wilmerhale.com
timothy.perla@wilmerhale.com
Attorneys for Defendant Life Insurance
Company of the Southwest

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation, and DOES 1-50,<br><br>Defendant. | Case No.: 10-09198 JVS(RNBx)<br><br>NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF LSW'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION<br><br>Judge:      James Selna<br>Date:        September 10, 2012<br>Time:       1:30 PM<br>Courtroom: 10C |

# NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant Life Insurance Company of the Southwest ("LSW") respectfully submits and brings to the attention of the Court and counsel supplemental authority that was issued after LSW's Opposition to Plaintiffs' Motion for Class Certification was filed.

*Tucker v. Pacific Bell Mobile Services*, 145 Cal.Rptr.3d 340 (Cal. App. 2012) was decided on August 7, 2012, approximately three weeks after LSW's Opposition was filed. It is attached hereto as Exhibit A. This decision provides additional support for (1) LSW's contention that Plaintiffs' fraud and UCL claims are not suitable for class certification where there are individualized questions as to whether putative class members were exposed to the alleged omissions in the first instance; (*id.* at 357-62) and (2) LSW's contention that the measure of damages used by Plaintiffs' expert is not appropriate under the UCL (*id.* at 363).

DATED: September 6, 2012
Respectfully submitted,
WILMER CUTLER PICKERING HALE AND DORR LLP

By: */s/ Jonathan A. Shapiro*
Jonathan A. Shapiro (257199)
Andrea J. Robinson (*pro hac vice*)
Timothy J. Perla (*pro hac vice*)

Attorneys for Defendant Life Insurance Company of the Southwest

# PROOF OF SERVICE

I am a resident of the Commonwealth of Massachusetts, over the age of eighteen years, and not a party to the within action.  My business address is Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, MA 02109.  On September 6, 2012 I served the within document(s):

NOTICE OF SUPPLEMENTAL AUTHORITY

☐ I placed the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, CA addressed as set forth below.

☐ I personally caused to be emailed the document(s) listed above to the person(s) at the address(es) set forth below.

☒ I electronically filed the document(s) listed above via the CM/ECF system.

☐ I personally caused to be delivered by Facsimile the document(s) listed above to the person(s) at the facsimile number(s) set forth below.

Brian P. Brosnahan
Charles N. Freiberg
Jacob Foster
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2300
San Francisco, CA 94111
(415) 358-4278

Harvey R. Levine
LEVINE & MILLER
550 West C. Street, Suite 1810
San Diego, CA 92101-8596
(619) 231-8638

            */s/ Joel Fleming*
              Joel Fleming