KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
CHARLES N. FREIBERG (SBN 70890)
BRIAN P. BROSNAHAN (SBN 112894)
JACOB N. FOSTER (SBN 250785)
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

LEVINE & MILLER
HARVEY R. LEVINE (SBN 61879)
CRAIG A. MILLER (SBN 116030)
LEVINE & MILLER
550 West C Street, Suite 1810
San Diego, CA 92101-8596
Telephone: (619) 231-9449
Facsimile: (619) 231-8638

Attorneys for Plaintiffs
JOYCE WALKER, KIM BRUCE HOWLETT,
and MURIEL SPOONER, on behalf of themselves
and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation,<br><br>Defendant. | **CLASS ACTION**<br><br>CASE NO.: CV 10-9198 JVS (RNBx)<br><br>Formerly Case No.: 3:10-cv -04852 JSW<br>from Northern District of California<br><br>**PLAINTIFFS' OBJECTION TO LSW'S NOTICE OF SUPPLEMENTAL AUTHORITY OR, IN THE ALTERNATIVE, REQUEST FOR LEAVE TO FILE ATTACHED RESPONSE TO LSW'S NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Judge James V. Selna<br>Courtroom: 10C |

On September 6, 2012, Defendant Life Insurance Company of the Southwest ("LSW") filed a "Notice of Supplemental Authority," which discussed the case of *Tucker v. Pacific Bell Mobile Services*, 208 Cal. App. 4th 201 (2012) and argued that *Tucker* provides "additional support" for denial of class certification and for "LSW's contention that the measure of damages used by Plaintiffs' expert is not appropriate under the UCL." *See* Dkt. 325.

LSW's filing should be disregarded because LSW did not seek leave of Court to file its supplemental papers. *See In Re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation*, 838 F. Supp. 2d 967, 970 n. 1 (C.D. Cal. 2012) (Selna J.) (party that filed notice of recent authority engaged in an "unauthorized supplemental filing[]"). Indeed, when Plaintiffs requested leave to file a notice of supplemental authority in connection with a previous motion in this action, this Court denied the request for leave. *See* Dkt. 47, 48.

In the event that the Court does not disregard LSW's improper filing, Plaintiffs request leave to submit a brief response. The proposed response is attached hereto as Exhibit A.

Dated: September 10, 2012        KASOWITZ, BENSON, TORRES & FRIEDMAN LLP


By:   /s/ Brian P. Brosnahan

---

PLAINTIFFS' OBJECTION OR, IN THE ALTERNATIVE, REQUEST FOR LEAVE TO FILE RESPONSE
Case No. CV 10-9198 JVS (RNBx)

1