1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation,<br><br>Defendant. | **CLASS ACTION**<br><br>CASE NO.: CV 10-9198 JVS (RNBx)<br><br>Formerly Case No.: 3:10-cv -04852 JSW from Northern District of California<br><br>**[PROPOSED] ORDER SUSTAINING PLAINTIFFS' OBJECTION TO LSW'S NOTICE OF SUPPLEMENTAL AUTHORITY OR, IN THE ALTERNATIVE, GRANTING REQUEST FOR LEAVE TO FILE ATTACHED RESPONSE TO LSW'S NOTICE OF SUPPLEMENTAL AUTHORITY** |

1   This matter having come before this Court in the above captioned case, and
2   after having considered the papers submitted, IT IS HEREBY ORDERED:
3   Plaintiffs' objection to LSW's notice of supplemental authority is
4   SUSTAINED.
5   Or,
6   Plaintiffs are GRANTED leave to file their proposed response to LSW's
7   Notice of Supplemental Authority.
8
9   IT IS SO ORDERED.
10  DATED:_____
11
12                                          _____
                                            Hon. James V. Selna, U.S.D.J.
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28