KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
CHARLES N. FREIBERG (SBN 70890)
BRIAN P. BROSNAHAN (SBN 112894)
JACOB N. FOSTER (SBN 250785)
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

LEVINE & MILLER
HARVEY R. LEVINE (SBN 61879)
CRAIG A. MILLER (SBN 116030)
LEVINE & MILLER
550 West C Street, Suite 1810
San Diego, CA 92101-8596
Telephone: (619) 231-9449
Facsimile: (619) 231-8638

Attorneys for Plaintiffs
JOYCE WALKER, KIM BRUCE HOWLETT,
and MURIEL SPOONER, on behalf of themselves
and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation,<br><br>Defendant. | **CLASS ACTION**<br><br>CASE NO.: CV 10-9198 JVS (RNBx)<br><br>Formerly Case No.: 3:10-cv -04852 JSW from Northern District of CA<br><br>**JOINT STIPULATION TO CONTINUE THE DEADLINE FOR WRITTEN DISCOVERY, AND TO ABATE THE DATES SET FORTH IN THE SECOND AMENDED PRETRIAL SCHEDULING ORDER IF A RULE 23(F) PETITION IS FILED** |

JOINT STIPULATION TO CONTINUE WRITTEN DISCOVERY AND ABATE THE PRETRIAL SCHEDULE
Case No. CV 10-9198 JVS (RNBx)

Pursuant to Local Rule 7-1, Plaintiffs Joyce Walker, Kim Bruce Howlett, and Muriel Spooner ("Plaintiffs") and Defendant Life Insurance Company of the Southwest ("LSW") (collectively, the "parties"), by and between their undersigned counsel, submit the following stipulation:

WHEREAS, pursuant to the Second Amended Pretrial Scheduling Order, all written discovery must be served by Friday, September 21, 2012;

WHEREAS, the Court may take Plaintiffs' motion for class certification (and the parties' papers and arguments related thereto) under submission following the September 18, 2012 hearing, such that the Court may not enter a final ruling on Plaintiffs' motion for class certification until later in the week of September 18, 2012 or thereafter;

WHEREAS, the parties expect to propound additional written discovery following the Court's ruling on Plaintiffs' motion for class certification, which written discovery may rely on and be influenced by how the Court rules on Plaintiffs' motion for class certification;

WHEREAS, certain additional deadlines set forth in the Second Amended Pretrial Scheduling Order may need to be continued following the Court's ruling on Plaintiffs' motion for class certification to provide for sufficient time to prepare a class notice, obtain Court approval thereof, disseminate a class notice, and receive any opt-out requests and responses thereto;

WHEREAS, following the Court's ruling on Plaintiffs' motion for class certification, a petition with the Ninth Circuit to appeal the Court's ruling pursuant to Federal Rule of Civil Procedure 23(f) may be filed;

WHEREAS, it likely would take several months for the Ninth Circuit to issue a decision granting or denying any such Rule 23(f) petition;

WHEREAS, the parties met and conferred regarding the deadlines in the Second Amended Pretrial Scheduling Order, including the impact of any Rule 23(f) petition before the Ninth Circuit;

WHEREAS, good cause exists to continue the September 21, 2012 deadline for written discovery, and to modify the dates in the Second Amended Pretrial Scheduling Order in order to conserve the resources of the parties and the Court;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties:

1. The September 21, 2012 deadline for written discovery shall be continued until 21 days after the Court enters an order on Plaintiffs' motion for class certification, unless a Rule 23(f) petition is filed with the Ninth Circuit (in which case the deadline for written discovery shall be abated pending resolution of the petition) (*see infra*, ¶5).

2. If no Rule 23(f) petition is filed following the Court's ruling on Plaintiffs' motion for class certification and a class has been certified, the parties will promptly meet and confer regarding the dates in the Second Amended Pretrial Scheduling Order and will file a new proposed scheduling order or orders with the Court that will provide for sufficient time to prepare a class notice, obtain Court approval of a class notice, to disseminate that class notice, and to receive any opt-out requests and responses thereto.

3. If, following the Court's ruling on Plaintiffs' motion for class certification, a Rule 23(f) petition is filed with the Ninth Circuit to appeal the Court's ruling, all dates set forth in the Second Amended Pretrial Scheduling Order shall be abated.

4. If a Rule 23(f) petition is filed, the parties will proceed with previously propounded written discovery (excluding depositions) and any motions to compel related thereto.

5. All other discovery, including depositions and written discovery not previously propounded, will be deferred until the Ninth Circuit rules on any Rule 23(f) petition that is filed. All discovery may proceed if and at the time the Ninth Circuit denies any such petition. Within fourteen days of the Ninth Circuit's ruling

JOINT STIPULATION TO CONTINUE WRITTEN DISCOVERY AND ABATE THE PRETRIAL SCHEDULE
Case No. CV 10-9198 JVS (RNBx)
2

denying any such petition, the parties will file a new proposed scheduling order or orders with the Court.

  6. If the Court grants Plaintiffs' motion for class certification (in whole or in part), the parties will meet and confer regarding a mutually acceptable class notice while any Rule 23(f) petition is pending so that the class notice may be submitted, or any disputes related thereto resolved, promptly following the Ninth Circuit's ruling on the Rule 23(f) petition.

DATED: September 18, 2012  KASOWITZ BENSON TORRES & FRIEDMAN LLP

By: /s/ Charles N. Freiberg
   Charles N. Freiberg

Attorneys For Plaintiffs
JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated

WILMER CUTLER PICKERING HALE AND DORR LLP

By: /s/ Jonathan A. Shapiro
   Jonathan A. Shapiro

Attorneys For Defendant
LIFE INSURANCE COMPANY OF THE SOUTHWEST

JOINT STIPULATION TO CONTINUE WRITTEN DISCOVERY AND ABATE THE PRETRIAL SCHEDULE
Case No. CV 10-9198 JVS (RNBx)

3