<div style="text-align:center; color:red; font-weight:bold; font-size:2em;">DENIED</div>

BY ORDER OF THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation,<br><br>Defendant. | **CLASS ACTION**<br><br>CASE NO.: CV 10-9198 JVS (RNBx)<br><br>Formerly Case No.: 3:10-cv-04852 JSW from Northern District of CA<br><br>**[PROPOSED] ORDER TO CONTINUE THE DEADLINE FOR WRITTEN DISCOVERY, AND TO ABATE THE DATES SET FORTH IN THE SECOND AMENDED PRETRIAL SCHEDULING ORDER IF A RULE 23(F) PETITION IS FILED** |

Having reviewed the parties' Joint Stipulation to Continue the Deadline for Written Discovery, and to Abate the Dates Set Forth in the Second Amended Pretrial Scheduling Order if a Rule 23(f) Petition is Filed, and good cause appearing therefore, the Court issues the following Order:

1. The September 21, 2012 deadline for written discovery shall be continued until 21 days after the Court enters an order on Plaintiffs' motion for class certification, unless a Rule 23(f) petition is filed with the Ninth Circuit (in which case the deadline for written discovery shall be abated pending resolution of the petition) (*see infra*, ¶5).

2. If no Rule 23(f) petition is filed following the Court's ruling on Plaintiffs' motion for class certification and a class has been certified, the parties will promptly meet and confer regarding the dates in the Second Amended Pretrial Scheduling Order and will file a new proposed scheduling order or orders with the Court that will provide for sufficient time to prepare a class notice, obtain Court approval of a class notice, to disseminate that class notice, and to receive any opt-out requests and responses thereto.

3. If, following the Court's ruling on Plaintiffs' motion for class certification, a Rule 23(f) petition is filed with the Ninth Circuit to appeal the Court's ruling, all dates set forth in the Second Amended Pretrial Scheduling Order shall be abated.

4. If a Rule 23(f) petition is filed, the parties will proceed with previously propounded written discovery (excluding depositions) and any motions to compel related thereto.

5. All other discovery, including depositions and written discovery not previously propounded, will be deferred until the Ninth Circuit rules on any Rule 23(f) petition that is filed. All discovery may proceed if and at the time the Ninth Circuit denies any such petition. Within fourteen days of the Ninth Circuit's ruling denying any such petition, the parties will file a new proposed scheduling order or

1  orders with the Court.

2        6.    If the Court grants Plaintiffs' motion for class certification (in whole
3  or in part), the parties will meet and confer regarding a mutually acceptable class
4  notice while any Rule 23(f) petition is pending so that the class notice may be
5  submitted, or any disputes related thereto resolved, promptly following the Ninth
6  Circuit's ruling on the Rule 23(f) petition.

7

8  IT IS SO ORDERED.

9

10  Dated: September 19, 2012

**DENIED**
BY ORDER OF THE COURT

_____
Honorable James V. Selna
United States District Judge