JONATHAN A. SHAPIRO (257199)
JOEL FLEMING (281264)
WILMER CUTLER PICKERING HALE
AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Tel:   (650) 858-6101
Fax:   (650) 858-6100
jonathan.shapiro@wilmerhale.com

ANDREA J. ROBINSON (PRO HAC VICE)
TIMOTHY J. PERLA (PRO HAC VICE)
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA 02109
Tel:   (617) 526-6000
Fax:   (617) 526-5000
andrea.robinson@wilmerhale.com
timothy.perla@wilmerhale.com
Attorneys for Defendant Life Insurance
Company of the Southwest

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation, and DOES 1-50 <br><br> Defendant. | **CLASS ACTION** <br><br> CASE NO.: CV 10-9198 JVS (RNBx) <br><br> Formerly Case No.: 3:10-cv -04852 JSW from Northern District of California <br><br> **ORDER ON LIFE INSURANCE COMPANY OF THE SOUTHWEST'S APPLICATION TO FILE UNDER SEAL PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND CERTAIN DOCUMENTS AND EXHIBITS SUBMITTED IN SUPPORT THEREOF** <br><br> Judge James V. Selna |

# ORDER

Having considered Life Insurance Company of the Southwest's Application to File Under Seal (1) Plaintiffs' Motion for Class Certification; (2) exhibits C, E, F, I, S, and U to the Declaration of Brian P. Brosnahan; (3) the Declaration of Dr. Patrick L. Brockett and exhibits G, H, L, N, Q, and S thereto; and (4) the Declaration of Lesa Dinglasan and exhibits C, D, E, F, and H thereto, and good cause having been shown, the application is hereby GRANTED, **the documents will be filed under seal *nunc pro tunc* to May 14, 2012.** The Court directs counsel for plaintiff to send a PDF of each unredacted document listed above to JVS_Chambers@cacd.uscourts.gov in an effort to facilitate the prompt filing of these documents.

**Redacted public version of Motion and supporting Memorandum of Points and Authorities to be filed within seven days, if not already submitted.**

IT IS SO ORDERED.

Dated: September 18, 2012

_____
HON. JAMES V. SELNA
United States District Judge

IF DENIED:

The underlying documents and the sealing application shall be returned to Jonathan A. Shapiro, Wilmer Cutler Pickering Hale and Dorr LLP, 950 Page Mill Rd., Palo Alto, California 94303 without filing.

Dated: _____

_____
HON. JAMES V. SELNA
United States District Judge

[PROPOSED] ORDER