*AMENDED 9/25/12 as to supplemental briefing only*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 10-9198 JVS (RNBx) | Date | September 18, 2012 |
| Title | Joyce Walker, et al. v. Life Insurance Company of the Southwest | | |

Present: The Honorable    James V. Selna

| Karla Tunis | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Brian P. Brosnahan / Charles Freiberg<br>Jacob Foster / Jeanette Barzelay | Jonathan Shapiro / Andrea Robinson<br>Timothy Perla |

**Proceedings:** *AMENDED 9/25/12 as to supplemental briefing only*

     Plaintiff's Motion to Certify Class (fld 5-14-12)

     Cause called and counsel make their appearances. The Court's tentative ruling is issued. Counsel make their arguments. ***Plaintiff shall file the supplemental submission discussed on the record not later than September 25, 2012 and defendants shall have until October 2, 2012 to respond.*** The above referenced motion shall stand submitted upon the filing of the defendants supplemental brief.

| | 01 | : | 40 |
|---|---|---|---|
| Initials of Preparer | kjt | | |