**EXHIBIT 3: [PROPOSED] SUPPLEMENTAL DECLARATION OF JOEL FLEMING**

| | |
|---|---|
| 1 | Jonathan A. Shapiro (257199) |
| 2 | WILMER CUTLER PICKERING HALE AND DORR LLP |
|   | 950 Page Mill Road |
| 3 | Palo Alto, California  93304 |
|   | Tel:    (650) 858-6101 |
| 4 | Fax:    (650) 858-6100 |
|   | jonathan.shapiro@wilmerhale.com |
| 5 | |
| 6 | Andrea J. Robinson (pro hac vice) |
|   | Timothy J. Perla (pro hac vice) |
| 7 | WILMER CUTLER PICKERING HALE AND DORR LLP |
|   | 60 State Street |
| 8 | Boston, Massachusetts  02109 |
|   | Tel:    (617) 526-6000 |
| 9 | Fax:    (617) 526-5000 |
|   | andrea.robinson@wilmerhale.com |
| 10 | timothy.perla@wilmerhale.com |
| 11 | |
|   | Attorneys for Defendant Life Insurance |
| 12 | Company of the Southwest |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated, | Case No.: CV 10-9198-JVS(RNBx) |
| Plaintiffs, | **[PROPOSED] SUPPLEMENTAL DECLARATION OF JOEL FLEMING IN SUPPORT OF LSW'S SUBSTITUTED SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| vs. | |
| LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation, and DOES 1-50 | |
| Defendant. | |

SUPPLEMENTAL DECLARATION OF JOEL FLEMING, 10-09198-JVS(RNBx)

ActiveUS 101522875v.1

# DECLARATION OF JOEL FLEMING

I, Joel Fleming, declare as follows:

1. I am an attorney duly licensed to practice law in the state of California and before this Court. I am an Associate at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant Life Insurance Company of the Southwest ("LSW") in the above-entitled action. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and accurate copy of excerpts from the Deposition of Joyce Walker.

3. Attached hereto as Exhibit B is a true and accurate copy of excerpts from the Deposition of Kim Bruce Howlett.

4. Attached hereto as Exhibit C is a true and accurate copy of excerpts from the Deposition of Muriel Spooner.

5. Attached hereto as Exhibit D is a true and accurate copy of the signature page for an illustration prepared for Joyce Walker (nee Schmidtbauer).

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 2nd day of October, 2012, at Boston, Massachusetts.

By:  */s/ Joel Fleming*
Joel Fleming

# PROOF OF SERVICE

I am a resident of the Commonwealth of Massachusetts, over the age of eighteen years, and not a party to the within action. My business address is Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts 02109. On October 2, 2012, I served the within document(s):

[PROPOSED] SUPPLEMENTAL DECLARATION OF JOEL FLEMING AND EXHIBITS THERETO

☐ I placed the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail addressed as set forth below.

☐ I personally caused to be hand delivered the document(s) listed above to the person(s) at the address(es) set forth below.

☐ I emailed the document(s) listed above to the person(s) at the address(es) set forth below.

☒ I electronically filed the document(s) listed above via the CM/ECF system.

Brian P. Brosnahan
(bbrosnahan@kasowitz.com)
Charles N. Freiberg
(cfreiberg@kasowitz.com)
Jacob N. Foster
(jfoster@kasowitz.com)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2300
San Francisco, CA 94111

Harvey R. Levine
(lsmh@levinelaw.com)
LEVINE & MILLER
550 West C. Street, Suite 1810
San Diego, CA 92101-8596

*/s/ Joel Fleming*
Joel Fleming

---

- 3 -
SUPPLEMENTAL DECLARATION OF JOEL FLEMING, 10-09198 JVS(RNBx)

ActiveUS 101522875v.1