UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  CV 10-9198 JVS (RNBx)                                   Date  October 4, 2012

Title  Joyce Walker, et al. v. Life Insurance Company of the Southwest

Present: The Honorable  James V. Selna

| Nancy Boehme | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**  (In Chambers) Order Substituting Responsive Post-Hearing Brief

    The Court has reviewed LSW's recent filing (Docket No. 346), which seeks to substitute a post-hearing supplemental brief that responds to Plaintiffs' post-hearing supplemental brief (Docket No. 339) for an earlier-filed brief (Docket No. 340) . Although the Court's initial Minute Order from the hearing on the Motion for Class Certification was less than clear as to LSW's filing deadline and suggested that the parties were required to file simultaneous supplemental briefs, an amended Minute Order clarified that LSW was to be permitted to file a responsive brief. (Compare Docket No. 338 with Docket No. 341.) The Court grants LSW's request, substituting Docket No. 346 for Docket No. 340, which is stricken from the record.

    IT IS SO ORDERED.

                                                                                                                                                                              :  00

Initials of Preparer  nkb