```
 1  JONATHAN A. SHAPIRO (257199)
    WILMER CUTLER PICKERING HALE AND DORR LLP
 2  950 Page Mill Road
 3  Palo Alto, CA 94304
    Tel:   (650) 858-6101
 4  Fax:   (650) 858-6100
 5  jonathan.shapiro@wilmerhale.com

 6  ANDREA J. ROBINSON (PRO HAC VICE)
    TIMOTHY J. PERLA (PRO HAC VICE)
 7  WILMER CUTLER PICKERING HALE AND DORR LLP
 8  60 State Street
    Boston, MA 02109
 9  Tel:   (617) 526-6000
    Fax:   (617) 526-5000
10  andrea.robinson@wilmerhale.com
11  timothy.perla@wilmerhale.com

12  Attorneys for Defendant Life Insurance
    Company of the Southwest
13
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation,<br><br>　　　　　　　Defendant. | CASE NO.: CV 10-9198 JVS (RNBx)<br><br>**NOTICE OF ERRATA**<br><br>Judge:　　　Hon. James V. Selna<br>Date:　　　Sept. 18, 2012<br>Time:　　　1:30p.m.<br>Courtroom:　10C |

# NOTICE OF ERRATA

Defendant Life Insurance Company of the Southwest ("LSW") submits this Notice of Errata to notify the Court and Plaintiffs Joyce Walker, Muriel Lynn Spooner, and Kim Bruce Howlett (collectively, "Plaintiffs") that the documents filed on October 2, 2012 as Document Numbers 346-1 and 346-2 (LSW's Supplemental Memorandum and the Supplemental Declaration of Timothy Perla) contained an inadvertent error. In one instance in the Declaration and once in the Memorandum, LSW inadvertently referred to illustrations when it meant to refer to policy files.

This correction does not alter the point— *i.e.*, examining illustration signature dates rather than print dates significantly reduces the number of files that indicate illustration use prior to or on the application date.

The corrections are as follows:

**1. Supplemental Memorandum**

    **a. As Filed (Dkt. 346-1 at 7)**

The sample contains 122 illustrations for which print date precedes or matches application date (*i.e.*, what Plaintiffs deemed to be sales illustrations). Of those, 30 bear a signature date after application date. *See* Perla Dec. at 5.

    **b. Corrected**

The Sample contains 122 <u>files containing</u> illustrations for which the print date precedes or matches application date (*i.e.*, what Plaintiffs deemed to be sales illustrations). Of those, <u>there are</u> 30 <u>files for which the first illustration</u> signature date <u>falls</u> after application date. *See* Perla Dec. at 5.

**2. Supplemental Declaration of Timothy Perla (Dkt. 346-2)**

    **a. As Filed (Dkt. 346-2 ¶ 5)**

The Sample contains 122 illustrations for which the print date precedes or matches application date (less than 31% of the time). Of those, 30 bear a signature date after application date.

    **b. Corrected**

1 The Sample contains 122 <u>files containing</u> illustrations for which the print date precedes or matches application date (less than 31% of the time).  Of those, <u>there are</u> 30 <u>files for which the first illustration</u> signature date <u>falls</u> after application date.

\* \* \*

Attached to this Notice of Errata as Exhibits 1 and 2, respectively, are corrected versions of current Document Numbers 346-1 and 346-2.

DATED:  October 11, 2012            Respectfully submitted,

                                                WILMER CUTLER PICKERING HALE AND DORR LLP

By: */s/ Jonathan A. Shapiro*
    Jonathan A. Shapiro
    Andrea J. Robinson
    Timothy J. Perla

Attorneys For Defendant
Life Insurance Company of the Southwest

# PROOF OF SERVICE

I am a resident of the Commonwealth of Massachusetts, over the age of eighteen years, and not a party to the within action.  My business address is Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts 02109.  On October 11, 2012, I served the within document(s):

NOTICE OF ERRATA

I placed the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail addressed as set forth below.

I personally caused to be hand delivered the document(s) listed above to the person(s) at the address(es) set forth below.

I emailed the document(s) listed above to the person(s) at the address(es) set forth below.

[X]   I electronically filed the document(s) listed above via the CM/ECF system.

> Brian P. Brosnahan
> (bbrosnahan@kasowitz.com)
> Charles N. Freiberg j
> (cfreiberg@kasowitz.com)
> Jacob N. Foster
> (jfoster@kasowitz.com)
> KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
> 101 California Street, Suite 2300
> San Francisco, CA 94111
>
> Harvey R. Levine
> (lsmh@levinelaw.com)
> LEVINE & MILLER
> 550 West C. Street, Suite 1810
> San Diego, CA 92101-8596

*/s/ Joel A. Fleming*
Joel A. Fleming