UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-9198 JVS (RNBx) | Date | October 19, 2012 |
|---|---|---|---|

Title    Joyce Walker, et al. v. Life Insurance Company of the Southwest

| Present: The Honorable | James V. Selna | |
|---|---|---|
| Nancy Boehme | | Not Reported |
| Deputy Clerk | | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    (In Chambers) Order Re Plaintiffs' Motion


On October 5, 2012, Plaintiffs sought leave to file a brief in response to LSW's substituted supplemental brief. (Docket Nos. 348 & 346.) Plaintiffs neither filed a properly noticed Motion nor did Plaintiffs avail themselves of the Court's Local Rules regarding applications for ex parte relief. Nevertheless, as Plaintiffs implicitly point out, the Court did not penalize LSW for similar conduct, and thus Plaintiffs state that they "have styled their motion in the same manner as [did] LSW." (See Notice of Motion (Docket No. 348).)

LSW may file its opposition, if any, no later than October 23, 2012. The Court will set the matter for further hearing only in the unlikely event it finds that such further hearing may be helpful to the Court's resolution of the class certification motion.

    **IT IS SO ORDERED.**


| | : | 00 |
|---|---|---|
| Initials of Preparer | nkb | |