KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
CHARLES N. FREIBERG (SBN 70890)
BRIAN P. BROSNAHAN (SBN 112894)
JACOB N. FOSTER (SBN 250785)
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

LEVINE & MILLER
HARVEY R. LEVINE (SBN 61879)
CRAIG A. MILLER (SBN 116030)
LEVINE & MILLER
550 West C Street, Suite 1810
San Diego, CA 92101-8596
Telephone: (619) 231-9449
Facsimile: (619) 231-8638

Attorneys for Plaintiffs
JOYCE WALKER, KIM BRUCE HOWLETT,
and MURIEL SPOONER, on behalf of themselves
and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation,<br><br>Defendant. | **CLASS ACTION**<br><br>CASE NO.: CV 10-9198 JVS (RNBx)<br><br>Formerly Case No.: 3:10-cv -04852 JSW<br>from Northern District of California<br><br>**NOTICE OF LODGING OF PROPOSED MODIFIED THIRD AMENDED PRETRIAL SCHEDULING ORDER**<br><br>Judge James V. Selna |

# NOTICE OF LODGING

TO THE COURT, DEFENDANT, AND ALL COUNSEL OF RECORD:

Pursuant to Local Rule 5-4.4.1, Plaintiffs Joyce Walker, Kim Bruce Howlett, and Muriel Spooner ("Plaintiffs") hereby lodge a Proposed Modified Third Amended Pretrial Scheduling Order, which is submitted jointly by Plaintiffs and Defendant Life Insurance Company of the Southwest in accordance with the Court's interim Third Amended Pretrial Scheduling Order (Dkt. 337), filed on September 24, 2012.

Dated: November 20, 2012  KASOWITZ, BENSON, TORRES & FRIEDMAN LLP


By: /s/ Brian P. Brosnahan
    Brian P. Brosnahan