KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
CHARLES N. FREIBERG (SBN 70890)
BRIAN P. BROSNAHAN (SBN 112894)
JACOB N. FOSTER (SBN 250785)
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

LAW OFFICES OF CRAIG A. MILLER
CRAIG A. MILLER (SBN 116030)
225 Broadway, Suite 1310
San Diego, CA 92101
Telephone: (619) 231-9449
Facsimile: (619) 231-8638

Attorneys for Plaintiffs
JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2300
San Francisco, California 94111

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation,

Defendant.

**CLASS ACTION**

CASE NO.: CV 10-9198 JVS (RNBx)

Formerly Case No.: 3:10-cv -04852 JSW from Northern District of California

**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL AND FOR AN ORDER REGARDING DEPOSITIONS**

Magistrate Judge Robert N. Block

Date: January 2, 2013
Time: 9:30 a.m.
Courtroom: 6D

Discovery Cutoff: January 21, 2013
Pretrial Conference: April 29, 2013
Trial Date: May 14, 2013

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL**

TO THE COURT, DEFENDANT, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on January 2, 2013, or on such other date as the matter may be heard, in Courtroom 6D, located at 411 West Fourth Street, Santa Ana, California, 92701, Plaintiffs Joyce Walker, Muriel Lynn Spooner, and Kim Bruce Howlett (collectively, "Plaintiffs") will, and hereby do, move the Court for an order compelling the further production of documents and deposition testimony by defendant Life Insurance Company of the Southwest ("Defendant" or "LSW"), and for an order regarding depositions.

Specifically, Plaintiffs respectfully request that the Court enter an order (1) compelling LSW to produce documents responsive to Document Request No. 125; (2) compelling LSW to produce documents created after May 5, 2012 and ordering that LSW has violated the Court's prior order setting the "end date" for production of documents as 60 days prior to the close of non-expert fact discovery (*see* Dkt. 99); (3) compelling LSW to provide deposition testimony responsive to Deposition Topic Nos. 5 and 33; and (4) entering Plaintiffs' proposed order concerning deposition conduct. This motion is made on the grounds that (1) the above-described documents and deposition topics are relevant to Plaintiffs' claims and/or LSW's defenses, and LSW has failed to demonstrate that production of these documents or deposition testimony would be unduly burdensome; (2) the Court previously ruled that the "end date" for production would be 60 days prior to the discovery cutoff date; and (3) the conduct by LSW's counsel during depositions in this matter warrants additional guidance from the Court concerning appropriate deposition conduct.

This Motion is made following several conferences between counsel pursuant to Local Rules 7-3 and 37-1. This Motion is based upon this Notice of Motion, the accompanying Joint Stipulation of Points and Authorities, the Declaration of

Jeanette T. Barzelay and supporting Exhibits, and on such other evidence or argument as may be presented at or before the hearing.

DATED: December 12, 2012

KASOWITZ BENSON TORRES & FRIEDMAN LLP

By: /s/ Brian P. Brosnahan
Brian P. Brosnahan

Attorneys For Plaintiffs
JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111