1  KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
   CHARLES N. FREIBERG (SBN 70890)
2  BRIAN P. BROSNAHAN (SBN 112894)
   JACOB N. FOSTER (SBN 250785)
3  101 California Street, Suite 2300
   San Francisco, California 94111
4  Telephone: (415) 421-6140
5  Facsimile: (415) 398-5030

6  LEVINE & MILLER
   HARVEY R. LEVINE (SBN 61879)
7  CRAIG A. MILLER (SBN 116030)
   LEVINE & MILLER
8  550 West C Street, Suite 1810
9  San Diego, CA 92101-8596
   Telephone: (619) 231-9449
10 Facsimile: (619) 231-8638

11 Attorneys for Plaintiffs
   JOYCE WALKER, KIM BRUCE HOWLETT,
12 and MURIEL SPOONER, on behalf of themselves
13 and all others similarly situated

14              **UNITED STATES DISTRICT COURT**

15              **CENTRAL DISTRICT OF CALIFORNIA**

16

17 | JOYCE WALKER, KIM BRUCE | **CLASS ACTION** |
   | HOWLETT, and MURIEL |  |
18 | SPOONER, on behalf of themselves | CASE NO.: CV 10-9198 JVS (RNBx) |
19 | and all others similarly situated, | Formerly Case No.: 3:10-cv -04852 |
   |  | JSW from Northern District of CA |
20 | Plaintiffs, | **SECOND AMENDED PRETRIAL** |
21 | v. | **SCHEDULING ORDER AND** |
   |  | **ORDER GRANTING JOINT** |
22 | LIFE INSURANCE COMPANY OF | **STIPULATION TO MODIFY THE** |
23 | THE SOUTHWEST, a Texas | **PRETRIAL SCHEDULING ORDER** |
   | corporation, |  |
24 |  |  |
   | Defendant. |  |
25

26
27
28 [PROPOSED] SECOND AMENDED PRETRIAL SCHEDULING ORDER AND ORDER GRANTING JOINT STIPULATION TO MODIFY THE PRETRIAL SCHEDULING ORDER
Case No. CV 10-9198 JVS (RNBx)

1  The Court, having reviewed Plaintiffs Joyce Walker's, Muriel Lynn
2  Spooner's, and Kim Bruce Howlett's ("Plaintiffs") and Defendant Life Insurance
3  Company of the Southwest's Joint Stipulation to Modify the Pretrial Scheduling
4  Order (the "Joint Stipulation") and the parties' papers filed in connection
5  therewith, hereby GRANTS the Joint Stipulation and ORDERS that Paragraph
6  Nos. 3 and 4 are amended as set forth below:
7  　　1.　　The trial date is set for January 24, 2013 at 8:30 a.m. The pretrial
8  conference will take place on January 14, 2013 at 11:00 a.m.
9  　　2.　　Class and merits discovery shall not be bifurcated and shall proceed
10  simultaneously. Fact discovery will remain open until November 5, 2012.
11  　　3.　　Pursuant to the Trial Order, all interrogatories, requests for
12  documents, and requests for admission shall be served no later than September 21,
13  2012, and all depositions (other than expert depositions) shall commence no later
14  than October 29, 2012.
15  　　4.　　Expert discovery will remain open until December 20, 2012. In
16  accordance with Rule 26(a)(2), the parties shall submit their expert disclosures no
17  later than October 25, 2012, any rebuttal expert disclosures no later than November
18  15, 2012, and any reply expert disclosures no later than December 6, 2012. All
19  expert depositions shall commence no later than December 20, 2012.
20  　　5.　　Plaintiffs may take 3 days of Rule 30(b)(6) depositions, which shall
21  count as one deposition against the limit of 10 depositions permitted under Rule
22  30. Plaintiffs may request that the Court modify this order to permit additional
23  time if needed to fairly examine the 30(b)(6) deponents.
24  　　6.　　The last date for hearing motions will be seven weeks before the trial
25  date, or December 6, 2012. The Court orders that all motions shall be served and
26  filed no later than November 2, 2012. The parties will meet and confer to agree on
27  briefing schedules and will submit them to the Court for approval.
28  ///

[PROPOSED] SECOND AMENDED PRETRIAL SCHEDULING ORDER AND ORDER GRANTING JOINT STIPULATION TO MODIFY THE PRETRIAL SCHEDULING ORDER
Case No. CV 10-9198 JVS (RNBx)

1

7. Pursuant to the Trial Order and in compliance with Local Rule 6, all motions *in limine* shall be filed and served no later than December 17, 2012, four weeks prior to the scheduled pretrial date of January 14, 2013.

8. Pursuant to and in compliance with Local Rule 16, the parties' Pretrial Conference Order shall be lodged no later than January 4, 2013.

9. Pursuant to and in compliance with Local Rule 16, all Memoranda of Contentions of Fact and Law, Exhibit Lists, and Witness Lists shall be submitted no later than December 21, 2012, three and a half weeks prior to the scheduled pretrial date.

10. The parties will participate in a non-judicial dispute resolution proceeding, Settlement Procedure Number 3 under Local Rule 16-15.4. The last date for completion of this Settlement Procedure shall be no later than the close of fact discovery.

11. Plaintiffs will file their motion for class certification on or before May 14, 2012. The parties will meet and confer to agree on a briefing schedule for that motion and will submit it to the Court for approval.

12. The parties may seek modification of this Order at any time and for good cause shown.

IT IS SO ORDERED.

Dated: June 22, 2012

_____
Honorable James V. Selna
United States District Judge

[PROPOSED] SECOND AMENDED PRETRIAL SCHEDULING ORDER AND ORDER GRANTING JOINT STIPULATION TO MODIFY THE PRETRIAL SCHEDULING ORDER
Case No. CV 10-9198 JVS (RNBx)

2