KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
CHARLES N. FREIBERG (SBN 70890)
BRIAN P. BROSNAHAN (SBN 112894)
JACOB N. FOSTER (SBN 250785)
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

LEVINE & MILLER
HARVEY R. LEVINE (SBN 61879)
CRAIG A. MILLER (SBN 116030)
LEVINE & MILLER
550 West C Street, Suite 1810
San Diego, CA 92101-8596
Telephone: (619) 231-9449
Facsimile: (619) 231-8638

Attorneys for Plaintiffs
JOYCE WALKER, KIM BRUCE HOWLETT,
and MURIEL SPOONER, on behalf of themselves
and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation,<br><br>　　　　　　Defendant. | **CLASS ACTION**<br><br>CASE NO.: CV 10-9198 JVS (RNBx)<br><br>Formerly Case No.: 3:10-cv -04852 JSW from Northern District of CA<br><br>**MODIFIED THIRD AMENDED PRETRIAL SCHEDULING ORDER**<br><br><u>NOTE DATE CHANGES</u> |

[PROPOSED] MODIFIED THIRD AMENDED PRETRIAL SCHEDULING ORDER
Case No. CV 10-9198 JVS (RNBx)

The Court hereby approves and enters the following Modified Third Amended Pretrial Scheduling Order jointly filed by Plaintiffs Joyce Walker, Muriel Lynn Spooner, and Kim Bruce Howlett ("Plaintiffs") and Defendant Life Insurance Company of the Southwest's ("LSW") in accordance with the terms of the interim Third Amended Pretrial Scheduling Order (Dkt. 337), in which the Court ordered that the parties, within seven days of the Court's ruling on Plaintiffs' motion for class certification, submit a proposed order specifying dates that comport with the schedule set forth therein. The Court ORDERS that:

1. All of the dates in the Second Amended Pretrial Scheduling Order shall be modified as set forth below. This amended schedule generally preserves the time periods between the scheduling events as set forth in the Second Amended Pretrial Scheduling Order, but extends the scheduled date by the number of days that elapsed from the September 18, 2012 hearing until the date the Court ruled on Plaintiffs' motion for class certification, plus 21 days. The Court entered its order on Plaintiffs' motion for class certification on November 13, 2012, 56 days after the September 18, 2012 hearing. Accordingly, except where otherwise indicated, the scheduling events below have been extended by 77 days from the dates previously set forth in the Second Amended Pretrial Scheduling Order. The scheduling of the trial date below is provisional only, and may need to be reset depending on the Court's calendar.

2. The deadline for written discovery shall be modified to 21 days after the Court rules on Plaintiffs' motion for class certification, or November 13, 2012. Accordingly, all interrogatories, requests for documents, and requests for admission, previously required to be served no later than September 21, 2012, shall be served no later than December 4, 2012.

3. The trial date, previously set for January 24, 2013, shall be <u>May 14, 2013</u>. The pretrial conference, previously set for January 14, 2013, will take place on <u>April 29, 2013</u>.

1     4.     The deadline for non-expert fact discovery, previously to remain open until November 5, 2012, shall be extended by 77 days to January 21, 2013. Pursuant to the Trial Order, all depositions, previously to commence no later than October 29, 2012, shall commence no later than 5 working days before the close of non-expert fact discovery, on January 14, 2013.

    5.     Expert discovery, previously to remain open until December 20, 2012, will remain open until March 7, 2013, five weeks before the amended trial date. In accordance with the Second Amended Pretrial Scheduling Order, the parties shall submit their expert disclosures no later than January 10, 2013 (eight weeks (56 days) prior to the amended close of expert discovery), any rebuttal expert disclosures no later than January 31, 2013 (five weeks (35 days) prior to the amended close of expert discovery), and any reply expert disclosures no later than February 21, 2013 (two weeks (14 days) prior to the amended close of expert discovery). All expert depositions shall commence no later than March 7, 2013, the date for the amended close of expert discovery.

    6.     The last date for hearing motions will be <u>February 25, 2013</u>. The Court orders that all motions, previously to be served and filed no later than November 2, 2012, shall be served and filed no later than <u>January 28, 2013</u>, four weeks (28 days) before the last date for hearing motions. The parties will meet and confer to agree on briefing schedules and will submit them to the Court for approval.

    7.     Pursuant to the Trial Order and in compliance with Local Rule 6, all motions *in limine*, previously to be filed and served no later than December 17, 2012, shall be filed and served no later than <u>April 1, 2013</u>, four weeks (28 days) prior to the amended pretrial conference date.

    8.     Pursuant to and in compliance with Local Rule 16, the parties' Pretrial Conference Order, previously to be lodged no later than January 4, 2013, shall be lodged no later than <u>April 22, 2013</u>. Pursuant to and in compliance with Local

[PROPOSED] MODIFIED THIRD AMENDED PRETRIAL SCHEDULING ORDER
Case No. CV 10-9198 JVS (RNBx)

2

Rule 16, all Memoranda of Contentions of Fact and Law, Exhibit Lists, and Witness Lists, previously to be submitted no later than December 21, 2012, shall be submitted no later than <u>April 8, 2013</u>, three weeks (21 days) prior to the amended pretrial conference date.

9. The parties will participate in a non-judicial dispute resolution proceeding, Settlement Procedure Number 3 under Local Rule 16-15.4. The last date for completion of this Settlement Procedure shall be no later than January 21, 2013.

10. <u>The timing and procedures for proposed jury instructions, special verdicts and voir dire questions are set forth at Docket No. 61, pp. 5-6.</u>

11. The parties may seek modification of this Order at any time and for good cause shown.

IT IS SO ORDERED.

Dated: November 29, 2012

_____
Honorable James V. Selna
United States District Judge

[PROPOSED] MODIFIED THIRD AMENDED PRETRIAL SCHEDULING ORDER
Case No. CV 10-9198 JVS (RNBx)
3