KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
CHARLES N. FREIBERG (SBN 70890)
BRIAN P. BROSNAHAN (SBN 112894)
JACOB N. FOSTER (SBN 250785)
101 California Street, Suite 2300
San Francisco, California  94111
Telephone:  (415) 421-6140
Facsimile:  (415) 398-5030

LAW OFFICES OF CRAIG A. MILLER
CRAIG A. MILLER (SBN 116030)
225 Broadway, Suite 1310
San Diego, CA 92101
Telephone:  (619) 231-9449
Facsimile:  (619) 231-8638

Attorneys for Plaintiffs
JOYCE WALKER, KIM BRUCE HOWLETT,
and MURIEL SPOONER, on behalf of themselves
and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation,<br><br>Defendant. | **CLASS ACTION**<br><br>CASE NO.:  CV 10-9198 JVS (RNBx)<br><br>Formerly Case No.:  3:10-cv -04852 JSW<br>from Northern District of California<br><br>**DECLARATION OF JEANETTE T. BARZELAY IN SUPPORT OF JOINT STIPULATION ON PLAINTIFFS' MOTION TO COMPEL AND FOR AN ORDER REGARDING DEPOSITIONS**<br><br>Magistrate Judge Robert N. Block<br><br>Date:  January 2, 2013<br>Time:  9:30 a.m.<br>Courtroom:  6D<br><br>Discovery Cutoff:  January 21, 2013<br>Pretrial Conference:  April 29, 2013<br>Trial Date:  May 14, 2013 |

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

1.      I am an attorney authorized to practice in the courts of California and in the United States District Court for the Central District of California.  I am an associate of Kasowitz, Benson, Torres & Friedman, LLP, counsel for Plaintiffs in these proceedings.  I have personal knowledge of the facts stated herein and if required could and would testify under oath thereto.

2.      Attached hereto as Exhibit A is a true and correct copy of Plaintiffs Joyce Walker's, Kim Bruce Howlett's, and Muriel Spooner's ("Plaintiffs") Notice of Deposition of Defendant Life Insurance Company of the Southwest ("LSW"), dated December 2, 2011.

3.      Attached hereto as Exhibit B is a true and correct copy of LSW's Responses to Plaintiffs' Notice of Deposition of LSW, dated January 6, 2012.

4.      Attached hereto as Exhibit C is a true and correct copy of Plaintiffs' Eighth Set of Requests for Production of Documents to LSW, dated February 6, 2012.

5.      Attached hereto as Exhibit D is a true and correct copy of a document bearing Bates number LSW-E00067995, referenced in Document Request No. 125.

6.      Attached hereto as Exhibit E is a true and correct copy of LSW's responses and objections to Plaintiffs' Eighth Set of Document Requests, dated March 7, 2012.

7.      Attached hereto as Exhibit F is a true and correct copy of meet and confer correspondence from counsel for Plaintiffs to counsel for LSW regarding Plaintiffs' eighth set of document requests and LSW's responses and objections thereto, dated March 9, 2012.

8.      Attached hereto as Exhibit G is a true and correct copy of meet and confer correspondence from counsel for LSW to counsel for Plaintiffs regarding Plaintiffs' eighth of document requests and LSW's responses and objections thereto, dated March 22, 2012.

---

BARZELAY DEC. ISO MOTION TO COMPEL AND FOR ORDER REGARDING DEPOSITIONS
Case No. CV 10-9198 JVS (RNBx)

1

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

9.      Attached hereto as Exhibit H is a true and correct copy of meet and confer correspondence from counsel for Plaintiffs to counsel for LSW regarding Plaintiffs' eighth set of document requests and LSW's responses and objections thereto, dated March 23, 2012.

10.     Attached hereto as Exhibit I is a true and correct copy of meet and confer correspondence from counsel for Plaintiffs to counsel for LSW regarding Plaintiffs' eighth set of document requests and LSW's responses and objections thereto, dated March 29, 2012.

11.     Attached hereto as Exhibit J is a true and correct copy of an email chain between counsel for Plaintiffs and counsel for LSW discussing outstanding discovery requests, including Document Request No. 125, dated July 16, 2012.

12.     Attached hereto as Exhibit K is a true and correct copy of meet and confer correspondence from counsel for Plaintiffs to counsel for LSW regarding outstanding discovery disputes, dated October 12, 2012.

13.     Attached hereto as Exhibit L is a true and correct copy of a cover email and its attached meet and confer correspondence from counsel for LSW to counsel for Plaintiffs regarding outstanding discovery disputes, sent by LSW on October 17, 2012.

14.     Attached hereto as Exhibit M is a true and correct copy of meet and confer correspondence from counsel for Plaintiffs to counsel for LSW regarding outstanding discovery disputes, dated October 25, 2012.

15.     Attached hereto as Exhibit N is a true and correct copy of meet and confer correspondence from counsel for LSW to counsel for Plaintiffs regarding outstanding discovery disputes, dated November 2, 2012.

16.     Attached hereto as Exhibit O is a true and correct copy of meet and confer correspondence from counsel for Plaintiffs to counsel for LSW regarding outstanding discovery disputes, dated November 6, 2012.

17.     Attached hereto as Exhibit P is a true and correct copy of meet and confer correspondence from counsel for Plaintiffs to counsel for LSW regarding deposition conduct, dated May 24, 2012.

18.     Attached hereto as Exhibit Q is a true and correct copy of meet and confer correspondence from counsel for LSW to counsel for Plaintiffs regarding deposition conduct, dated June 7, 2012.

19.     Attached hereto as Exhibit R is a true and correct copy of meet and confer correspondence from counsel for Plaintiffs to counsel for LSW regarding deposition conduct, dated June 14, 2012.

20.     Attached hereto as Exhibit S is a true and correct copy of an email chain between counsel for Plaintiffs and counsel for LSW, dated June 26, 2012.

21.     Attached hereto as Exhibit T is a true and correct copy of meet and confer correspondence from counsel for Plaintiffs to counsel for LSW regarding deposition conduct, dated July 6, 2012.

22.     Attached hereto as Exhibit U is a true and correct copy of meet and confer correspondence from counsel for Plaintiffs to counsel for LSW regarding deposition conduct, dated September 13, 2012.

23.     Attached hereto as Exhibit V is a true and correct copy of an email chain between counsel for Plaintiffs and counsel for LSW discussing Deposition Topic Nos. 5 and 33, dated October 22, 2012.

24.     Attached hereto as Exhibit W is a true and correct copy of an email chain between counsel for Plaintiffs and counsel for LSW, dated November 6, 2012.

25.     Attached hereto as Exhibit X is a true and correct copy of meet and confer correspondence from counsel for Plaintiffs to counsel for LSW regarding deposition conduct, dated November 14, 2012.

26.     Attached hereto as Exhibit Y is a true and correct copy of the transcript of the deposition of Timothy Pfeifer, dated August 14, 2012.

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

1    27.    Attached hereto as Exhibit Z is a true and correct copy of selected

2  pages from the index to the transcript of the deposition of Dr. Patrick L. Brockett,

3  dated July 3, 2012.

4    28.    Attached hereto as Exhibit AA is a true and correct copy of selected

5  pages from the transcript of the deposition of Victoria McDonald, dated May 2,

6  2012.

7    29.    Attached hereto as Exhibit BB is a true and correct copy of selected

8  pages from the transcript of the deposition of Stephanie Burmester, dated May 1,

9  2012.

10    I declare under penalty of perjury that the foregoing is true and correct.

11  Executed this 12th day of December, 2012 at San Francisco, California.

12

13  DATED:  December 12, 2012    KASOWITZ BENSON TORRES & FRIEDMAN LLP

14

15

16    By:    /s/ Jeanette T. Barzelay

17       Jeanette T. Barzelay

18

19

20

21

22

23

24

25

26

27

28

BARZELAY DEC. ISO MOTION TO COMPEL AND FOR ORDER REGARDING DEPOSITIONS
Case No. CV 10-9198 JVS (RNBx)

4