Jonathan A. Shapiro (257199)
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 93304
Tel: (650) 858-6101
Fax: (650) 858-6100
jonathan.shapiro@wilmerhale.com

Andrea J. Robinson (pro hac vice)
Timothy J. Perla (pro hac vice)
Joel Fleming (281264)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
andrea.robinson@wilmerhale.com
timothy.perla@wilmerhale.com

Attorneys for Defendant Life Insurance Company of the Southwest

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation, and DOES 1-50<br><br>Defendant. | Case No.: CV 10-9198-JVS(RNBx)<br><br>**DECLARATION OF JOEL FLEMING IN SUPPORT OF LSW'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL AND FOR AN ORDER REGARDING DEPOSITIONS** |

DECLARATION OF JOEL FLEMING, 10-09198-JVS(RNBx)

ActiveUS 104017655v.1

# DECLARATION OF JOEL FLEMING

I, Joel Fleming, declare as follows:

1. I am an attorney duly licensed to practice law in the Commonwealth of Massachusetts, the state of California and before this Court. I am an Associate at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant Life Insurance Company of the Southwest ("LSW") in the above-entitled action. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and accurate copy of an April 26, 2012 letter sent by counsel for LSW to counsel for Plaintiffs.

3. Attached hereto as Exhibit B is a true and accurate copy of excerpts of the transcript of the deposition of Susan Rusnock.

4. Attached hereto as Exhibit C is a true and accurate copy of a June 7, 2012 letter sent by counsel for LSW to counsel for Plaintiffs.

5. Attached hereto as Exhibit D is a true and accurate copy of excerpts of the transcript of the deposition of Victoria McDonald.

6. Attached hereto as Exhibit E is a true and accurate copy of excerpts of the transcript of the deposition of Stephanie Burmester.

7. Attached hereto as Exhibit F is a true and accurate copy of excerpts of the transcript of the deposition of Joyce Walker.

ActiveUS 104017655v.1

8. Attached hereto as Exhibit G is a true and accurate copy of excerpts of the transcript of the second day of deposition of Kim Bruce Howlett.

9. Attached hereto as Exhibit H is a true and accurate copy of excerpts of the transcript of the first day of deposition of Kim Bruce Howlett.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 11th day of December, 2012, at Boston, Massachusetts.

*By:   /s/ Joel Fleming*
Joel Fleming