# In The Matter Of:

*Joyce Walker, et al. v.*

*Life Insurance Company of the Southwest, et al.*

Susan Rusnock

April 11, 2007

**NEXTGEN REPORTING**
Making Litigation Easier.   NextGenReporting.com
PHILADELPHIA | 215.944.5800   NEW YORK CITY | 646.470.3376   PHOENIX | 623.224.2760   SILICON VALLEY | 650.799.8020

*Original File 5-2-12 RUSNOCK_NEW FORMAT.TXT*
*Min-U-Script® with Word Index*

1

VOLUME: I
PAGES: 1-138
EXHIBITS: See Index

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas Corporation,<br>Defendant. | CLASS ACTION<br><br>CASE NO. CV 10-9198 JVS (RNBx)<br><br>Formerly Case NO: 3:10-cv-04852 JSW from Northern District of California |

VIDEOTAPED DEPOSITION OF SUSAN RUSNOCK

Wednesday, May 2, 2012, 1:36 p.m.

WILMER CUTLER PICKERING HALE and DORR LLP

60 State Street

Boston, Massachusetts 02109

- - Lisa Marie Phipps, RPR - -

NextGen Reporting
85 Old Eagle School Road
Wayne, Pennsylvania 19087
215.944.5800
www.NextGenReporting.com

```
                                                                    2

 1      APPEARANCES OF COUNSEL:

 2      For the Plaintiffs
        KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
 3      (BY:  JACOB N. FOSTER, ESQUIRE)
        (BY: BRIAN P. BROSNHAN, ESQUIRE)
 4          101 California Street
            San Francisco, California 94111
 5          415.421.6140 (telephone)
            415.398.5050 (facsimile)
 6          bbrosnahan@kasowitz.com
            jfoster@kasowitz.com
 7


 8      For the Defendant

 9      WILMER CUTLER PICKERING HALE and DORR LLP
        (BY:  TIMOTHY PERLA, ESQUIRE)
10      (BY:  CAITLIN MONAHAN, ESQUIRE)
            60 State Street
11          Boston, Massachusetts 02109
            617.526.6224 (telephone)
12          617.526.5000 (facsimile)
            timothy.perla@wilmerhale.com
13          caitlin.monahan@wilmerhale.com

14
        NATIONAL LIFE GROUP
15      (BY:  ROBERT S. BURKE, ESQUIRE)
            One National Life Drive
16          Montpelier, Vermont 05604
            802.229.3252 (telephone)
17          802.229.3743 (facsimile)
            bburke@nationallife.com
18


19
        ALSO PRESENT:
20
        Kevin Harrington
21

22

23

24

25
```

Susan Rusnock - April 11, 2007

11

```
 1        excluding LSW's financial relationship with
 2        such parties, commission structure, and
 3        compensation?
 4   A.   Yes.
 5   Q.   And are there any other topics you are here to
 6        testify on today?
 7   A.   No.
 8             MR. PERLA:  Counsel, I just want to
 9        make it clear for the record that you correctly
10        identified the topics for which she is here in
11        their entirety; but in accordance with my
12        correspondence to Mr. Brosnahan, she is also
13        available for questioning on Topics 1 through 5
14        and I may provide you with a copy of that
15        letter if you need it.
16             MR. FOSTER:  I'll take a copy.  And
17        that's for the purposes of nonrequired
18        disclosures given policyholders; is that
19        correct?
20             MR. PERLA:  That is correct, just
21        stated another way for the purposes other than
22        for which Miss McDonald was here.
23             MR. FOSTER:  Okay.  Understood.
24   Q.   What did you do to prepare for this
25        deposition?
```