```
 1                 UNITED STATES DISTRICT COURT
                  CENTRAL DISTRICT OF CALIFORNIA
 2                     SOUTHERN DIVISION
 3

     _____
 4                                  )
     JOYCE WALKER, KIM BRUCE        )
 5   HOWLETT, and MURIEL SPOONER,   )
     on behalf of themselves and    )
 6   all others similarly situated, )
                                    )
 7            Plaintiffs,           )
                                    )
 8      vs.                         ) No. CV 10-9198-JVS (RNBx)
                                    )
 9   LIFE INSURANCE COMPANY OF      )
     THE SOUTHWEST, a Texas         )
10   corporation, and DOES 1-50,    )
                                    )
11            Defendants.           )
                                    )
12   _____)
13
14
15              DEPOSITION OF JOYCE WALKER
16              San Francisco, California
17              Friday, January 27, 2012
18                      Volume I
19
20
21   Reported by:
     GINA GLANTZ
22   CSR No. 9795, RPR, RMR
23   JOB No. 131931
24
25   PAGES 1 - 244
```

Page 1

```
 1                 UNITED STATES DISTRICT COURT
                  CENTRAL DISTRICT OF CALIFORNIA
 2                      SOUTHERN DIVISION
 3

     _____
 4                                    )
     JOYCE Walker, KIM BRUCE           )
 5   HOWLETT, and MURIEL SPOONER,      )
     on behalf of themselves and       )
 6   all others similarly situated,    )
                                       )
 7            Plaintiffs,              )
                                       )
 8      vs.                            ) No. CV 10-9198-JVS (RNBx)
                                       )
 9   LIFE INSURANCE COMPANY OF         )
     THE SOUTHWEST, a Texas            )
10   corporation, and DOES 1-50,      )
                                       )
11            Defendants.              )
                                       )
12   _____)
13
14
15       Deposition of JOYCE WALKER, Volume I, taken on
16   behalf of Defendant Life Insurance Company of the
17   Southwest, at 101 California Street, Suite 2300, San
18   Francisco, California, beginning at 9:07 a.m. and ending
19   at 7:10 p.m., on Friday, January 27, 2012, before GINA
20   GLANTZ, Certified Shorthand Reporter No. 9795.
21
22
23
24
25
                                                      Page 2
```

```
 1   APPEARANCES:
 2
 3   For Plaintiffs:
 4       KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
 5       BY:  CHARLES N. FREIBERG
 6       BY:  JEANETTE T. BARZELAY
 7       BY:  BRIAN P. BROSNAHAN
 8       Attorneys at Law
 9       101 California Street, Suite 2300
10       San Francisco, California 94111
11       (415) 421-6140
12       cfreiberg@kasowitz.com
13       jbarzelay@kasowitz.com
14       bbrosnahan@kasowitz.com
15
16   For Defendant Life Insurance Company of the Southwest:
17       WILMER CUTLER PICKERING HALE AND DORR LLP
18       BY:  JONATHAN A. SHAPIRO
19       BY:  JOEL FLEMING
20       Attorneys at Law
21       950 Page Mill Road
22       Palo Alto, California 94304
23       (650) 858-6000
24       jonathan.shapiro@wilmerhale.com
25       joel.fleming@wilmerhale.com
```

Page 3

```
 1   APPEARANCES (Continued):
 2   For Defendant Life Insurance Company of the Southwest:
 3       WILMER CUTLER PICKERING HALE AND DORR LLP
 4       BY:  JAMES T. LUX
 5       Attorney at Law
 6       60 State Street
 7       Boston, Massachusetts 02109
 8       (617) 526-6000
 9       james.lux@wilmerhale.com
10
11   Also Present:
12       ROBERT S. BURKE, National Life Group
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1     Q    Mr. Burgess answered that question also in item
 2  number 2, this time in the e-mail that he sent to you
 3  later that day; correct?
 4     A    Yes.
 5     Q    Did Mr. Burgess say that he certainly would name
 6  Preservation Financial and their actions in the complaint?
 7     A    Yes.
 8     Q    Looking at the last line of that sentence, did
 9  Mr. Burgess tell you that "there are times that the
10  insurer will ask the agent to put some money in, but I
11  simply want to get your money back"?
12     A    Yes, he simply wanted me to -- he wanted to get my
13  money back, yes.
14     Q    Did Mr. Burgess tell you, quote, "I don't care
15  where it comes from," period, close quote?
16     A    Yes.
17     Q    At the time you filed the complaint with the State
18  of California, did you personally care where the money
19  comes from?
20     A    Well, the insurer was LSW, so it does make sense
21  that that's where it would be coming from.
22     Q    Okay.  Fair enough, Mrs. Walker -- strike that --
23  fair enough, Ms. Walker.
24          Please listen carefully to the question.  At the
25  time you filed the complaint with the California
```

Page 126

```
 1   Department of Insurance, did you personally care where the
 2   money comes from?
 3          MR. FREIBERG:  Okay, I'll object to the question
 4   on the grounds that it's asked and answered.  I'll also
 5   object to the tone of the question.  Any more questions
 6   with that kind of a tone and we'll end the deposition.
 7   I'll instruct the witness not to answer the question.  She
 8   previously answered the question.
 9          (Instruction not to answer.)
10          MR. SHAPIRO:  She did not answer the question.
11          MR. FREIBERG:  I've instructed her not to answer.
12   And, once again, the tone that you're using to ask the
13   question is completely improper.  A judge wouldn't allow
14   you to use that tone, and you asked her the same question
15   twice.  She's answered the question.
16          MR. SHAPIRO:  I'm being very polite and my tone is
17   very polite and --
18          MR. FREIBERG:  And you've asked the question and
19   she answered it.
20          MR. SHAPIRO:  If the court reporter would read
21   back the question.
22     Q    Please listen carefully to the question and then,
23   as we discussed at the beginning, if you understand the
24   question, I'd like you to answer it.
25          (Record Read.)
```

Page 127