UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

--oOo--

JOYCE WALKER, KIM BRUCE
HOWLETT, and MURIEL SPOONER,
on behalf of themselves and all others
similarly situated,

      Plaintiffs,

    vs.                Case No. CV-10-9198-JVS

LIFE INSURANCE COMPANY OF
THE SOUTHWEST, a Texas
corporation, and DOES 1-50,

      Defendants.
~~~~~~~~~~~~~~~~~~~~~~~~~~

DEPOSITION OF

KIM BRUCE HOWLETT

Thursday, May 10, 2012

VOLUME II

(Pages 194 - 289)

2:10 P.M.

101 California Street
23rd Floor
San Francisco, California


Corey W. Anderson, CSR 4096



Toll Free: 800.211.DEPO
Facsimile: 415.591.3335

Suite 1100
44 Montgomery Street
San Francisco, CA 94104
www.esquiresolutions.com

KIM BRUCE HOWLETT - Volume II                         May 10, 2012

```
                                                              195
 1                    APPEARANCES OF COUNSEL
 2
 3   FOR THE PLAINTIFF:
 4        Kasowitz, Benson, Torres and Friedman, LLP
          101 California Street, Suite 2300
 5        San Francisco California 94111
          BY:  CHARLES N. FREIBERG, ESQ.
 6             415-421-6140
               cfreiberg@kasowitz.com
 7
          Kasowitz, Benson, Torres and Friedman, LLP
 8        101 California Street, Suite 2300
          San Francisco California 94111
 9        BY:  JEANETTE T. BARZELAY, ESQ.
               415-421-6140
10             jbarzelay@kasowitz.com
11   FOR THE DEFENDANT:
12        WilmerHale
          950 Page Mill Road
13        Palo Alto, California  94304
          BY:  JONATHAN A. SHAPIRO, ESQ.
14             650-858-6101
               jonathan.shapiro@wilmerhale.com
15
          WilmerHale
16        950 Page Mill Road
          Palo Alto, California  94304
17        BY:  JOEL FLEMING, ESQ.
               650-858-6114
18             joel.fleming@wilmerhale.com
19
20                          --oOo--
21
22
23
24
25
```



Toll Free: 800.211.DEPO
Facsimile: 415.591.3335

Suite 1100
44 Montgomery Street
San Francisco, CA 94104
www.esquiresolutions.com

                                                                    251

```
 1        Q.    Did you say anything else to her?
 2        A.    (No response).
 3              MR. FREIBERG:  About the deposition or
 4   this case?
 5              THE WITNESS:  Ah --
 6              MR. FREIBERG:  Hold on.
 7              What's the question?  Or is the question
 8   on any subject?
 9              MR. SHAPIRO:  Any subject.
10              MR. FREIBERG:  Okay.  You can testify as
11   to whether you talked to her about any other
12   subject.  But you only need to talk about the
13   content to the extent it relates in any way to this
14   case.
15              MR. SHAPIRO:  Counsel, are you instructing
16   the witness not to answer?
17              MR. FREIBERG:  I think my instruction was
18   very clear.
19              MR. SHAPIRO:  Not to me.
20              MR. FREIBERG:  So you can answer the
21   question that's pending right now about whether
22   there were other subjects that you talked to her
23   about.
24              THE WITNESS:  We likely talked about other
25   subjects.
```



Toll Free: 800.211.DEPO
Facsimile: 415.591.3335

Suite 1100
44 Montgomery Street
San Francisco, CA 94104
www.esquiresolutions.com

```
                                                                   252
 1               BY MR. FLEMING:
 2         Q.    What other subjects?
 3               MR. FREIBERG:  You can identify whether or
 4   not generically there -- personal family matters or
 5   something generically, but you don't need to provide
 6   the content of personal matters between you and your
 7   sister.
 8               THE WITNESS:  Our discussion would have --
 9   and I don't recall the details of this phone
10   conversation.  But some of it was a personal matter.
11               And another part of it may have had to do
12   with her move -- moving.
13               BY MR. FLEMING:
14         Q.    Did you tell her you turned over the
15   e-mail exchange between the two of you?
16         A.    I mentioned that the e-mail exchange had
17   been provided, yes.
18         Q.    Did you talk to her about your
19   application?
20         A.    What application are you referring to?
21         Q.    Your LSW policy application.
22         A.    No.
23               MR. FLEMING:  30-second break.
24               THE VIDEOGRAPHER:  Off the record at 4:30.
25               (Whereupon, a recess was taken
```



Toll Free: 800.211.DEPO
Facsimile: 415.591.3335

Suite 1100
44 Montgomery Street
San Francisco, CA 94104
www.esquiresolutions.com