```
 1                UNITED STATES DISTRICT COURT

                CENTRAL DISTRICT OF CALIFORNIA

 2                    SOUTHERN DIVISION

 3                      ---o0o---

 4    JOYCE WALKER, KIM BRUCE HOWLETT,

      and MURIEL SPOONER, on behalf of

 5    themselves and all others similarly

      situated,

 6                        Plaintiffs,

 7    vs.                      No. CV-10-9198-JVS (RNBx)

 8    LIFE INSURANCE COMPANY OF THE

      SOUTHWEST, a Texas corporation,

 9    and Does 1-50, insurance

10                        Defendants.

11    _____

12

13

14        VIDEOTAPED DEPOSITION OF KIM BRUCE HOWLETT

15              San Francisco, California

16              Thursday, April 26, 2012

17                     Volume 1

18

19

20    REPORTED BY:

      LYNNE LEDANOIS

21    CSR No. 6811

      Job No. 140503

22

23    PAGE 1 - 183

24

25

                                          Page 1
```

1            UNITED STATES DISTRICT COURT

           CENTRAL DISTRICT OF CALIFORNIA

2               SOUTHERN DIVISION

3                 ---o0o---

4 JOYCE WALKER, KIM BRUCE HOWLETT,

  and MURIEL SPOONER, on behalf of

5 themselves and all others similarly

  situated,

6               Plaintiffs,

7 vs.               No. CV-10-9198-JVS (RNBx)

8 LIFE INSURANCE COMPANY OF THE

  SOUTHWEST, a Texas corporation,

9 and Does 1-50, insurance

10              Defendants.

11 _____

12

13

14    Videotaped deposition of KIM BRUCE HOWLETT, taken

15 on behalf of Defendant, at 101 California Street, Suite

16 2300, San Francisco, California, beginning at 10:50

17 a.m., and ending at 6:34 p.m. on Thursday, April 26,

18 2012, before LYNNE LEDANOIS, CSR 6811.

19

20

21

22

23

24

25

                             Page 2

```
 1    APPEARANCES:

 2

 3    FOR THE PLAINTIFFS:

 4         KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

 5         BY: CHARLES N. FREIBERG

 6         BY: JEANETTE T. BARZELAY

 7         Attorneys at Law

 8         101 California Street, Suite 2300

 9         San Francisco, California 94111

10         (415) 421-6140

11         cfreiberg@kasowitz.com

12         jbarzelay@kasowitz.com

13

14    FOR THE DEFENDANTS:

15         WILMER CUTLER PICKERING HALE & DORR LLP

16         BY: JONATHAN A. SHAPIRO

17         BY: JOEL FLEMING

18         Attorneys at Law

19         950 Page Mill Road

20         Palo Alto, California 94304

21         (650) 858.6101

22         jonathan.shapiro@wilmerhale.com

23         joel.fleming@wilmerhale.com

24

25
```

                                                    Page 3

```
 1    APPEARANCES (Continued):

 2

 3    ALSO PRESENT: ROBERT S. BURKE

 4

 5    VIDEOGRAPHER:

 6         GEORGE FOX

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 4

```
 1              MR. FREIBERG:  Let me finish.  Let me talk to    06:12:48

 2   the witness and see if he can continue for some --

 3              MR. SHAPIRO:  That's fine.

 4              MR. FREIBERG:  -- period of time this evening,

 5   but I will tell you that if we continue for any further   06:12:53

 6   period, that this will be the end of it.

 7              MR. SHAPIRO:  That's fine.

 8              MR. FREIBERG:  Let me talk to the witness --

 9              MR. SHAPIRO:  Thank you for dictating that.

10              MR. FREIBERG:  Let me talk to him.           06:13:06

11              MR. SHAPIRO:  Great.  Thanks, both you

12   gentlemen.

13              VIDEOGRAPHER:  We're off the record at

14   6:13 p.m.

15                        (Recess taken.)                   06:13:11

16              VIDEOGRAPHER:  We are back on the record at

17   6:29 p.m.

18              MR. FREIBERG:  So, Counsel, it's 6:30.  As I've

19   informed you, the witness is extremely tired and feels

20   definitely too tired to go on.  The deposition, as I     06:30:12

21   already mentioned, started at 10:50 instead of 9:00

22   a.m., through no fault of our own.  So there was clearly

23   time provided today for you to take this deposition for

24   seven hours.  But, again, through no fault of our own,

25   the deposition started at 10:50.                         06:30:33
```

                                                      Page 178

```
 1          It's our view that there is no requirement that  06:30:36
 2   this witness either stay here this evening and continue
 3   to provide additional testimony or appear again.  I
 4   understand that you have a different view, which is that
 5   the witness needs to appear again for further testimony.  06:30:49
 6   And we will meet and confer with you on that issue.
 7          MR. SHAPIRO:  Okay.  So a few points.
 8          Point number one, we didn't hear anything about
 9   a hard stop until about an hour and ten minutes ago.
10          Point number two, we're entitled, under the       06:31:18
11   federal rules, presumptively, to seven hours.  We have
12   like an hour and 40 minutes left on that clock.  And
13   we've offered to wrap it up in under 45 minutes.  I've
14   told you precisely the questions we're going to ask and
15   the documents that we're going to use.                   06:31:35
16          Point number three, we absolutely started late
17   today, but that was certainly no fault of our own
18   either.  If everything has to be about fault, maybe
19   there was no fault.  We were here in your lobby at 8:40.
20   There was a screw-up with the court reporting service,   06:31:50
21   and I actually assume that maybe there is no fault there
22   either.  But, regardless, we're still entitled to the
23   time we're entitled to under the rule, and there was no
24   suggestion whatsoever until well past 5:00 o'clock that
25   the witness was just going to up and leave.              06:32:04
```

Page 179