JONATHAN A. SHAPIRO (257199)
WILMER CUTLER PICKERING HALE
AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Tel:   (650) 858-6101
Fax:   (650) 858-6100
jonathan.shapiro@wilmerhale.com

ANDREA J. ROBINSON (PRO HAC VICE)
TIMOTHY J. PERLA (PRO HAC VICE)
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA 02109
Tel:   (617) 526-6000
Fax:   (617) 526-5000
andrea.robinson@wilmerhale.com
timothy.perla@wilmerhale.com
Attorneys for Defendant Life Insurance
Company of the Southwest

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation, and DOES 1-50<br><br>    Defendant. | **CLASS ACTION**<br><br>CASE NO.:  CV 10-9198 JVS (RNBx)<br><br>Formerly Case No.:  3:10-cv -04852 JSW from Northern District of California<br><br>**JOINT STIPULATION REQUESTING CONTINUATION OF HEARING ON THE JOINT STIPULATION ON PLAINTIFFS' MOTION TO COMPEL AND FOR AN ORDER REGARDING DEPOSITIONS TO JANUARY 15, 2013**<br><br>Magistrate Judge Robert N. Block<br>Courtroom: 6D |

1  WHEREAS, pursuant to Local Rule 37, Plaintiffs filed a Joint Stipulation
2  concerning Plaintiffs' Third Motion to Compel and for an Order Regarding
3  Depositions (the "Joint Stipulation") on December 12, 2012;
4  WHEREAS, Plaintiffs noticed the Joint Stipulation for hearing on
5  Wednesday, January 2, 2013 at 9:30 a.m.; and
6  WHEREAS, lead counsel for Life Insurance Company of the Southwest has
7  a scheduling conflict on January 2, 2013;
8  WHEREAS, the parties have agreed to January 15, 2013 as an acceptable
9  hearing date that will work for all counsel;
10 WHEREAS, the parties have not previously requested a continuance of the
11 hearing date on this Joint Stipulation;
12 WHEREAS, good cause exists to continue the hearing because LSW's lead
13 counsel is unable to appear on January 2, 2013;
14 NOW, THEREFORE, Plaintiffs and LSW, through their respective
15 undersigned counsel, hereby stipulate as follows:  The hearing date for the Joint
16 Stipulation is continued for thirteen days to Tuesday, January 15, 2013.

Dated: December 13, 2012           Respectfully submitted,

                                   WILMER CUTLER PICKERING HALE
                                   AND DORR LLP


                                   By:  /s/ Jonathan Shapiro
                                        Jonathan A. Shapiro
                                   Attorneys for Defendant
                                   LIFE INSURANCE COMPANY OF THE
                                   SOUTHWEST

                                   KASOWITZ, BENSON, TORRES &
                                   FRIEDMAN LLP

-1-                                          Application to Continue Hearing

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By: /s/ Charles N. Freiberg
Charles N. Freiberg
Brian P. Brosnahan
Jacob N. Foster

Attorneys for Plaintiffs
JOYCE WALKER, KIM BRUCE
HOWLETT, and MURIEL SPOONER, on
behalf of themselves and all others
similarly situated

ActiveUS 104058499v.1