JONATHAN A. SHAPIRO (257199)
WILMER CUTLER PICKERING HALE
AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 858-6101
Fax: (650) 858-6100
jonathan.shapiro@wilmerhale.com

ANDREA J. ROBINSON (PRO HAC VICE)
TIMOTHY J. PERLA (PRO HAC VICE)
JOEL FLEMING (281264)
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
andrea.robinson@wilmerhale.com
timothy.perla@wilmerhale.com
Attorneys for Defendant Life Insurance
Company of the Southwest

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation, and DOES 1-50<br><br>Defendant. | **CLASS ACTION**<br><br>CASE NO.: CV 10-9198 JVS (RNBx)<br><br>Formerly Case No.: 3:10-cv -04852 JSW from Northern District of California<br><br>**[PROPOSED] ORDER ON PARTIES' JOINT STIPULATION REQUESTING CONTINUATION OF HEARING ON THE JOINT STIPULATION ON PLAINTIFFS' MOTION TO COMPEL AND FOR AN ORDER REGARDING DEPOSITIONS TO JANUARY 15, 2013**<br><br>Magistrate Judge Robert N. Block |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Hearing on the Joint Stipulation on Plaintiffs' Motion to Compel and for an Order Regarding Depositions is set for January 15, 2013 at _____.

Dated:_____   _____
**HONORABLE ROBERT N. BLOCK**
**UNITED STATES MAGISTRATE JUDGE**

ActiveUS 104052904v.1
ActiveUS 104058513v.1