1 | JONATHAN A. SHAPIRO (257199)
WILMER CUTLER PICKERING HALE
2 | AND DORR LLP
950 Page Mill Road
3 | Palo Alto, CA 94304
Tel:    (650) 858-6101
4 | Fax:   (650) 858-6100
jonathan.shapiro@wilmerhale.com
5 |
6 | ANDREA J. ROBINSON (PRO HAC VICE)
TIMOTHY J. PERLA (PRO HAC VICE)
7 | JOEL FLEMING (281264)
WILMER CUTLER PICKERING HALE
8 | AND DORR LLP
60 State Street
9 | Boston, MA 02109
Tel:    (617) 526-6000
10 | Fax:   (617) 526-5000
andrea.robinson@wilmerhale.com
11 | timothy.perla@wilmerhale.com
Attorneys for Defendant Life Insurance
12 | Company of the Southwest

13

14

15

16

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

17 | JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,

19 |             Plaintiffs,

20 |     vs.

21 | LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation, and DOES 1-50

23 |             Defendant.

**CLASS ACTION**

CASE NO.:  CV 10-9198 JVS (RNBx)

Formerly Case No.:  3:10-cv -04852 JSW from Northern District of California

**ORDER ON PARTIES' JOINT STIPULATION REQUESTING CONTINUATION OF HEARING ON THE JOINT STIPULATION ON PLAINTIFFS' MOTION TO COMPEL AND FOR AN ORDER REGARDING DEPOSITIONS TO JANUARY 15, 2013**

Magistrate Judge Robert N. Block

24

25

26

27

28

ActiveUS 104052904v.1
ActiveUS 104058513v.1

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Hearing on

the Joint Stipulation on Plaintiffs' Motion to Compel and for an Order Regarding

Depositions is set for January 15, 2013 at 9:30 am.

**Dated:** December 13, 2012 _____

**HONORABLE ROBERT N. BLOCK**
**UNITED STATES MAGISTRATE JUDGE**

[PROPOSED] ORDER

-1-