Name & Address:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) <br><br> v. <br><br><br> DEFENDANT(S). | |
| | **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (**LIST DOCUMENTS**):

**Document Description:**

☐   Administrative Record

☐   Exhibits

☐   Ex Parte Application for authorization of investigative, expert, or other services pursuant to the Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]

☐   Other

**Reason:**

☐   Under Seal

☐   Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐   Electronic versions are not available to filer

☐   Per Court order dated _____

☐   Manual Filing required ( *reason* ):

_____         _____
Date                                     Attorney Name

                                         _____
                                         Party Represented

*Note:   File one Notice of Manual Filing in each case, each time you manually file document(s).*