KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
CHARLES N. FREIBERG (SBN 70890)
BRIAN P. BROSNAHAN (SBN 112894)
JACOB N. FOSTER (SBN 250785)
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

LAW OFFICES OF CRAIG A. MILLER
CRAIG A. MILLER (SBN 116030)
225 Broadway, Suite 1310
San Diego, CA 92101
Telephone: (619) 231-9449
Facsimile: (619) 231-8638

Attorneys for Plaintiffs
JOYCE WALKER, KIM BRUCE HOWLETT,
and MURIEL SPOONER, on behalf of themselves
and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation,<br><br>Defendant. | **CLASS ACTION**<br><br>CASE NO.: CV 10-9198 JVS (RNBx)<br><br>Formerly Case No.: 3:10-cv-04852 JSW from Northern District of California<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**<br><br>District Judge James V. Selna<br><br>Date: February 4, 2013<br>Time: 1:30 p.m.<br>Courtroom: 10C |

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT
Case No. CV 10-9198 JVS (RNBx)

# NOTICE OF MOTION AND MOTION

TO THE COURT, DEFENDANT, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on February 4, 2013, or as soon thereafter as the matter may be heard in the courtroom of the Honorable James V. Selna, Plaintiffs Joyce Walker, Kim Bruce Howlett, and Muriel Spooner ("Plaintiffs"), by and through their counsel of record, will and hereby do move this Court for leave to file a Third Amended Complaint in this action pursuant to Federal Rules of Civil Procedure 15(a)(2) and 16(b)(4).

This motion is based on this notice, the attached memorandum of points and authorities, the proposed order, the declaration of Brian P. Brosnahan, the pleadings, records and files in this case, and such other matters as may be considered by the Court.  This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place between December 12 and December 28, 2012.  Defendant Life Insurance Company of the Southwest indicated on December 28, 2012 that it would not stipulate to the filing of Plaintiffs' proposed Third Amended Complaint and would oppose this motion.

DATED:  January 7, 2013         KASOWITZ BENSON TORRES & FRIEDMAN LLP


By: */s/* Brian P. Brosnahan
      Brian P. Brosnahan

Attorneys For Plaintiffs
JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated

---

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT
Case No. CV 10-9198 JVS (RNBx)

1