# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation,<br><br>Defendant. | CASE NO.:  CV 10-9198 JVS (RNBx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT** |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

Having considered Plaintiffs Joyce Walker's, Kim Bruce Howlett's, and Muriel Spooner's ("Plaintiffs") Motion for Leave to File a Third Amended Complaint and LSW's papers in opposition thereto, and good cause appearing, the Court hereby GRANTS Plaintiffs leave to amend the Second Amended Complaint as described in Plaintiffs' Motion and to file the proposed Third Amended Complaint, attached as Exhibit A to the Declaration of Brian P. Brosnahan in support of Plaintiffs' Motion.

IT IS SO ORDERED.

Dated: _____

_____
Honorable James V. Selna
United States District Judge