KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
CHARLES N. FREIBERG (SBN 70890)
BRIAN P. BROSNAHAN (SBN 112894)
JACOB N. FOSTER (SBN 250785)
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

LAW OFFICES OF CRAIG A. MILLER
CRAIG A. MILLER (SBN 116030)
225 Broadway, Suite 1310
San Diego, CA 92101
Telephone: (619) 231-9449
Facsimile: (619) 231-8638

Attorneys for Plaintiffs
JOYCE WALKER, KIM BRUCE HOWLETT,
and MURIEL SPOONER, on behalf of themselves
and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation,<br><br>Defendant. | **CLASS ACTION**<br><br>CASE NO.: CV 10-9198 JVS (RNBx)<br><br>Formerly Case No.: 3:10-cv -04852 JSW from Northern District of California<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION OF NEW AND REMAINING CLAIMS RELATING TO CURRENT BASIS POLICY VALUES**<br><br>Date:        February 4, 2013<br>Time:       1:30 p.m<br>Courtroom: 10C. |

# PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION

TO THE COURT, DEFENDANT, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that at 1:30 p.m., on February 4, 2013, or on such other date as the matter may be heard, in Courtroom 10C, located at 411 West Fourth Street, Santa Ana, California, 92701, Plaintiffs Joyce Walker, Muriel Lynn Spooner, and Kim Bruce Howlett (collectively, "Plaintiffs") will, and hereby do, move the Court for an Order granting Plaintiffs' Motion for Class Certification of New and Remaining Current Basis Claims.

Specifically, pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(3), Plaintiffs move this Court for certification of the new and remaining current basis claims on behalf of the "Sales Illustration Subclass," all members of which assert claims under the common law of fraudulent concealment and the fraudulent, unfair, and unlawful prongs of the Unfair Competition Law (Cal. Bus. & Prof. Code § 17200, *et seq*.). This Court previously defined this Subclass as:

> All Provider and Paragon policyholders in the state of California who purchased their policies on or after September 24, 2006, and who were provided a policy illustration at or before policy application. This class may assert claims pursuant to all three prongs of the UCL. The members who purchased on or after September 24, 2007 may also assert a claim for common-law fraudulent concealment under California law.

This motion is based on (1) Plaintiffs' Memorandum in Support of Motion for Class Certification of New and Remaining Current Basis Claims; (2) the Declaration of Brian P. Brosnahan in Support of Plaintiffs' Motion for Class Certification of New and Remaining Current Basis Claims; (3) the declarations submitted in support of Plaintiffs' Motion for Class Certification; (4) all other pleadings and papers of record on file in this action; and (5) such other evidence or arguments as may be presented at or before the hearing. Also enclosed herewith for the Court's consideration is a proposed form of Order.

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

Plaintiffs respectfully request that this motion be heard on oral argument. This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place between December 12 and 28, 2012, and in which LSW declined to stipulate to the requested relief.

DATED: Jan. 7, 2013         KASOWITZ BENSON TORRES & FRIEDMAN LLP


By: */s/* Brian P. Brosnahan
    Brian P. Brosnahan

Attorneys For Plaintiffs
JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated