KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
CHARLES N. FREIBERG (SBN 70890)
BRIAN P. BROSNAHAN (SBN 112894)
JACOB N. FOSTER (SBN 250785)
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

LAW OFFICES OF CRAIG A. MILLER
CRAIG A. MILLER (SBN 116030)
225 Broadway, Suite 1310
San Diego, CA 92101
Telephone: (619) 231-9449
Facsimile: (619) 231-8638

Attorneys for Plaintiffs
JOYCE WALKER, KIM BRUCE HOWLETT,
and MURIEL SPOONER, on behalf of themselves
and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation,<br><br>Defendant. | **CLASS ACTION**<br><br>CASE NO.: CV 10-9198 JVS (RNBx)<br><br>Formerly Case No.: 3:10-cv -04852 JSW from Northern District of California<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION OF NEW AND REMAINING CURRENT BASIS CLAIMS**<br><br>Date:       February 4, 2013<br>Time:      1:30 p.m.<br>Courtroom: 10C |

_____
[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION OF NEW AND
REMAINING CURRENT BASIS CLAIMS
Case No. CV 10-9198 JVS (RNBx)

This matter having come before this Court upon motion by plaintiffs in the above captioned case, and after having considered the papers submitted and arguments made by counsel, IT IS HEREBY ORDERED:

Plaintiffs' Motion for Class Certification of New and Remaining Current Basis Claims is GRANTED. The current basis claims may be brought under Federal Rule of Civil Procedure 23(b)(3) by the Sales Illustration Subclass, which shall be defined as follows:

All Provider and Paragon policyholders in the state of California who purchased their policies on or after September 24, 2006, and who were provided a policy illustration at or before policy application. This class may assert claims pursuant to all three prongs of the UCL. The members who purchased on or after September 24, 2007 may also assert a claim for common-law fraudulent concealment under California law.

Certification of the current basis claims brought by the Sales Illustration Subclass is appropriate because:

A. The subclass is so numerous that joinder of all members is impracticable, satisfying the requirement of Rule 23(a)(1);

B. There are questions of law or fact common to the subclass, satisfying the requirements of Rule 23(a)(2);

C. The claims of the representative parties are typical of the claims of the subclass, satisfying the requirements of Rule 23(a)(3);

D. The plaintiffs will fairly and adequately protect the interests of the subclass, satisfying the requirements of Rule 23(a)(4);

E. Questions of law or fact common to the members of the subclass predominate over questions affecting only individual members;

F. A class action is superior to other methods available for the fair and efficient adjudication of the controversy, satisfying the

requirements of Rule 23 (b)(3);

G. The law firms of Kasowitz, Benson, Torres & Friedman LLP and Levine Miller LLP will fairly and adequately represent the interests of the subclass as Class Counsel;

IT IS FURTHER ORDERED THAT plaintiffs Joyce Walker, Kim Bruce Howlett, and Muriel Spooner shall serve as class representatives for the Sales Illustration Subclass in regards to the current basis claims.

IT IS FURTHER ORDERED THAT the law firms of Kasowitz, Benson, Torres & Friedman LLP and Levine Miller LLP are appointed as Co-Class Counsel for the Sales Illustration Subclass in regards to the current basis claims.

IT IS SO ORDERED.

DATED:_____

_____
Hon. James V. Selna, U.S.D.J.