JONATHAN A. SHAPIRO (257199)
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 858-6101
Fax: (650) 858-6100
jonathan.shapiro@wilmerhale.com

ANDREA J. ROBINSON (*PRO HAC VICE*)
TIMOTHY J. PERLA (*PRO HAC VICE*)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
andrea.robinson@wilmerhale.com
timothy.perla@wilmerhale.com

Attorneys for Defendant Life Insurance
Company of the Southwest

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation, and DOES 1-50,<br><br>Defendant. | Case No. 10-09198 JVS(RNBx)<br><br>**JOINT STIPULATION TO CONTINUE MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT AND MOTION FOR CLASS CERTIFICATION HEARING DATE**<br><br>Honorable James V. Selna<br>Courtroom: 10C |

Pursuant to Local Civil Rule 40-1, this Stipulation is made by and between plaintiffs Joyce Walker, Kim Bruce Howlett, and Muriel Spooner ("Plaintiffs"), and defendant Life Insurance Company of the Southwest ("LSW").

JOINT STIPULATION TO CONTINUE MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT AND MOTION FOR CLASS CERTIFICATION HEARING DATE, 10-09198 JVS(RNBx)

ActiveUS 104640707v.2

# RECITALS

WHEREAS, Plaintiffs filed a Motion for Leave to File a Third Amended Complaint and a Motion for Class Certification of New and Remaining Claims Relating to Current Basis Policy Values (the "Motions") on January 7, 2013;

WHEREAS, Plaintiffs selected a date of February 4, 2013 as the hearing date for Plaintiffs' Motions;

WHEREAS, LSW's Oppositions to Plaintiffs' Motions are currently due on January 14, 2013;

WHEREAS, Plaintiffs' Replies to LSW's Oppositions currently are due on January 21, 2013;

WHEREAS, there have been no prior requests for extensions of time for this hearing;

WHEREAS, counsel for LSW contacted counsel for Plaintiffs to request assent to a continuance of the hearing, to which Plaintiffs' counsel agreed;

WHEREAS, the parties have agreed to March 4, 2013 as an acceptable hearing date that will work for all counsel;

WHEREAS, good cause exists to continue the hearing date to permit the parties time to adequately research and brief the issues raised in Plaintiffs' Motions in a way that will be helpful to the Court in resolving the issues;

- 2 -
JOINT STIPULATION TO CONTINUE MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT AND MOTION FOR CLASS CERTIFICATION HEARING DATE, 10-09198 JVS(RNBx)

ActiveUS 104640707v.2

WHEREAS, this continuance will extend the deadlines for LSW to file its Oppositions to Plaintiffs' Motion for Leave to File a Third Amended Complaint and Plaintiffs' Motion for Class Certification of New and Remaining Claims Relating to Current Basis Policy Values to January 30, 2013;

WHEREAS, this continuance will extend the deadlines for Plaintiffs to file their Replies to LSW's Oppositions to February 15, 2013; and

WHEREAS, many of the deadlines in the present action have been postponed pending the Ninth Circuit's decision on LSW's 23(f) petition and as such an extension will not impact other deadlines.

NOW, THEREFORE, Plaintiffs and LSW, through their respective undersigned counsel, hereby stipulate at follows:

1. The hearing date for Plaintiffs' Motion for Leave to File a Third Amended Complaint and Plaintiffs' Motion for Class Certification of New and Remaining Claims Relating to Current Basis Policy Values is continued for one month until March 4, 2013;

2. LSW's Oppositions to Plaintiffs' Motions shall be due on January 30, 2013;

3. Plaintiffs' Replies to LSW's Oppositions shall be due on February 15, 2013.

- 3 -
JOINT STIPULATION TO CONTINUE MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT AND MOTION FOR CLASS CERTIFICATION HEARING DATE, 10-09198 JVS(RNBx)

ActiveUS 104640707v.2

Respectfully submitted,

WILMER CUTLER PICKERING HALE AND DORR LLP

By: */s/ Jonathan A. Shapiro*
Jonathan A. Shapiro (257199)
Andrea J. Robinson
Timothy J. Perla

Attorneys for Defendant Life Insurance Company of the Southwest

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By: */s/Brian P. Brosnahan*
Brian P. Brosnahan (70890)

Attorneys for Plaintiffs Joyce Walker, Kim Bruce Howlett, and Muriel Spooner

Dated: January 8, 2013

ActiveUS 104640707v.2

# PROOF OF SERVICE

I am a resident of the Commonwealth of Massachusetts, over the age of eighteen years, and not a party to the within action. My business address is Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts 02109. On January 8, 2013, I served the within document(s):

JOINT STIPULATION TO CONTINUE MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT AND MOTION FOR CLASS CERTIFICATION HEARING DATE

I placed the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, CA addressed as set forth below.

I personally caused to be hand delivered the document(s) listed above to the person(s) at the address(es) set forth below.

[X] I electronically filed the document(s) listed above via the CM/ECF system.

> Brian P. Brosnahan
> KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
> 101 California Street, Suite 2300
> San Francisco, CA 94111
>
> Harvey R.. Levine
> LEVINE & MILLER
> 550 West C. Street, Suite 1810
> San Diego, CA 92101-8596

  */s/ Joel Fleming*
Joel Fleming

JOINT STIPULATION TO CONTINUE MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT AND MOTION FOR CLASS CERTIFICATION HEARING DATE, 10-09198 JVS(RNBx)

ActiveUS 104640707v.2