# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation, and DOES 1-50<br><br>Defendant. | **CLASS ACTION**<br><br>CASE NO.: CV 10-9198 JVS (RNBx)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT AND MOTION FOR CLASS CERTIFICATION HEARING DATE**<br><br>Judge James Selna |

# [PROPOSED] ORDER

The Court hereby GRANTS the Joint Stipulation to Continue Motion for Leave to File Third Amended Complaint and Motion for Class Certification Hearing Date. The hearing on Plaintiffs' Motion for Leave to File Third Amended Complaint and Plaintiffs' Motion for Class Certification of New and Remaining Current Basis Claims (the "Motions") shall both be continued until March 4, 2013. LSW's Oppositions to both Motions shall be due on January 30, 2013. Plaintiffs' Replies to LSW's Oppositions to both Motions shall be due on February 15, 2013.

IT IS SO ORDERED

Dated:_____  _____
**HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE**