1 | JONATHAN A. SHAPIRO (257199)
WILMER CUTLER PICKERING HALE
2 | AND DORR LLP
950 Page Mill Road
3 | Palo Alto, CA 94304
Tel:   (650) 858-6101
4 | Fax:   (650) 858-6100
jonathan.shapiro@wilmerhale.com
5 |
ANDREA J. ROBINSON (PRO HAC VICE)
6 | TIMOTHY J. PERLA (PRO HAC VICE)
JOEL A. FLEMING (281264)
7 | WILMER CUTLER PICKERING HALE
AND DORR LLP
8 | 60 State Street
Boston, MA 02109
9 | Tel:   (617) 526-6000
Fax:   (617) 526-5000
10 | andrea.robinson@wilmerhale.com
timothy.perla@wilmerhale.com
11 | joel.fleming@wilmerhale.com

12 | Attorneys for Defendant Life Insurance
Company of the Southwest

**FILED**
**CLERK, U.S. DISTRICT COURT**

**JAN - 8 2013**

**CENTRAL DISTRICT OF CALIFORNIA**
**BY                         DEPUTY**

**By Fax**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

JOYCE WALKER, KIM BRUCE
HOWLETT, and MURIEL SPOONER, on
behalf of themselves and all others
similarly situated,

           Plaintiffs,

   vs.

LIFE INSURANCE COMPANY OF THE
SOUTHWEST, a Texas corporation, and
DOES 1-50

           Defendant.

**CLASS ACTION**

CASE NO.:  CV 10-9198 JVS (RNBx)

Formerly Case No.:  3:10-cv -04852 JSW
from Northern District of California

**APPLICATION TO FILE UNDER
SEAL EXHIBIT A SUBMITTED WITH
PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION OF NEW AND
REMAINING CLAIMS RELATING
TO CURRENT BASIS POLICY
VALUES**

Judge:      Hon. James V. Selna
Date:       February 4, 2013
Time:       1:30 p.m.
Courtroom: 10C



ORIGINAL

PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 79-5.1 and the Court's Second Amended Protective Order in this action, Dkt. 102 at ¶ 10 (Sept. 26, 2011), Defendant Life Insurance Company of the Southwest ("LSW") submits this application to the Court for an Order sealing Exhibit A to the Declaration of Brian P. Brosnahan in Support of Plaintiffs' Motion for Class Certification of New and Remaining Claims Relating to Current Basis Policy Values on the grounds that it contains confidential information protected by the Protective Order.

Under Civil Local Rule 79-5.1, a party can request that documents be filed under seal by submitting a written application along with the documents sought to be filed under seal. The Court's Second Amended Protective Order (the "Protective Order") requires that an application to seal be filed whenever any papers are filed containing information and/or documents designated as "CONFIDENTIAL" or "CONFIDENTIAL INFORMATION – PROTECTIVE ORDER." Dkt. 102 at ¶10.

The specific grounds that apply are set forth below:

**Brosnahan Declaration, Ex. A**

Exhibit A to the Declaration of Brian P. Brosnahan in Support of Plaintiffs' Motion for Class Certification of New and Remaining Claims Relating to Current Basis Policy Values is an internal LSW memorandum. This document was designated as "CONFIDENTIAL." The memorandum discusses the internal pricing strategies used by LSW in developing product guarantees, including profitability expectations and internal forecasting. This is confidential, non-public commercial information that, if disclosed to the general public or competitors of LSW could reasonably and in good faith be expected to result in prejudice or harm.

For the foregoing reasons, LSW respectfully requests that the Court grant LSW's application to the Court for an Order sealing Exhibit A to the Declaration of Brian P. Brosnahan in Support of Plaintiffs' Motion for Class Certification of New and Remaining Claims Relating to Current Basis Policy Values.

ActiveUS 104605097v.1

1    Dated: January 4, 2013

2

Respectfully submitted,

3    WILMER CUTLER PICKERING HALE AND DORR LLP

4

5    By: _____

6         Joel A. Fleming

7    Attorneys for Defendant

LIFE INSURANCE COMPANY OF THE SOUTHWEST

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2