```
 1  JONATHAN A. SHAPIRO (257199)
    WILMER CUTLER PICKERING HALE
 2  AND DORR LLP
    950 Page Mill Road
 3  Palo Alto, CA 94304
    Tel:   (650) 858-6101
 4  Fax:   (650) 858-6100
    jonathan.shapiro@wilmerhale.com
 5
    ANDREA J. ROBINSON (PRO HAC VICE)
 6  TIMOTHY J. PERLA (PRO HAC VICE)
    WILMER CUTLER PICKERING HALE
 7  AND DORR LLP
    60 State Street
 8  Boston, MA 02109
    Tel:   (617) 526-6000
 9  Fax:   (617) 526-5000
    andrea.robinson@wilmerhale.com
10  timothy.perla@wilmerhale.com
    Attorneys for Defendant Life Insurance
11  Company of the Southwest
```



## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>    vs.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation, and DOES 1-50<br><br>            Defendant. | **CLASS ACTION**<br><br>CASE NO.: CV 10-9198 JVS (RNBx)<br><br>Formerly Case No.: 3:10-cv -04852 JSW from Northern District of California<br><br>[PROPOSED] ORDER ON LIFE INSURANCE COMPANY OF THE SOUTHWEST'S APPLICATION TO FILE UNDER SEAL EXHIBIT A SUBMITTED WITH PLAINTIFFS' MOTION FOR CLASS CERTIFICATION OF NEW AND REMAINING CLAIMS RELATING TO CURRENT BASIS POLICY VALUES<br><br>Judge James V. Selna |



# [PROPOSED] ORDER

Having considered Life Insurance Company of the Southwest's Application to File Under Seal Exhibit A to the Declaration of Brian P. Brosnahan in Support of Plaintiffs' Motion for Class Certification of New and Remaining Claims Relating to Current Basis Policy Values, and good cause having been shown, the application is hereby GRANTED.

IT IS SO ORDERED.

Dated: 1.8.13

HON. JAMES V. SELNA
United States District Judge

IF DENIED:

The underlying documents and the sealing application shall be returned to Jonathan A. Shapiro, Wilmer Cutler Pickering Hale and Dorr LLP, 950 Page Mill Rd., Palo Alto, California 94303 without filing.

Dated: _____

HON. JAMES V. SELNA
United States District Judge