KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
CHARLES N. FREIBERG (SBN 70890)
BRIAN P. BROSNAHAN (SBN 112894)
JACOB N. FOSTER (SBN 250785)
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

LAW OFFICES OF CRAIG A. MILLER
CRAIG A. MILLER (SBN 116030)
225 Broadway, Suite 1310
San Diego, CA 92101
Telephone: (619) 231-9449
Facsimile: (619) 231-8638

Attorneys for Plaintiffs
JOYCE WALKER, KIM BRUCE HOWLETT,
and MURIEL SPOONER, on behalf of themselves
and all others similarly situated

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation,<br><br>Defendant. | **CLASS ACTION**<br><br>CASE NO.: CV 10-9198 JVS (RNBx)<br><br>Formerly Case No.: 3:10-cv -04852 JSW from Northern District of California<br><br>**PROOF OF SERVICE FOR DOCUMENTS FILED MANUALLY** |

**By Fax**

Proof of Service        Case No. CV 10-9198 JVS (RNBx)

# PROOF OF SERVICE

I, Eugenia DiSabatino, declare that I am employed by Kasowitz, Benson, Torres & Friedman LLP, located in the City and County of San Francisco, at the business address of 101 California Street, Suite 2300, San Francisco, California 94111. I am over the age of eighteen years and am not a party to this matter.

On January 7, 2013, I served the attached:

**LSW'S APPLICATION TO FILE UNDER SEAL AND PROPOSED ORDER**

**DECLARATION OF BRIAN P. BROSNAHAN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION OF NEW AND REMAINING CLAIMS RELATING TO CURRENT BASIS POLICY VALUES**

**EXHIBIT A TO THE DECLARATION OF BRIAN P. BROSNAHAN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION OF NEW AND REMAINING CLAIMS RELATING TO CURRENT BASIS POLICY VALUES (FILED UNDER SEAL)**

on the following by e-mail:

| | |
|---|---|
| James T. Lux | Jonathan A Shapiro |
| Wilmer Cutler Pickering Hale and Dorr LLP | Wilmer Cutler Pickering Hale And Dorr LLP |
| 60 State Street | 950 Page Mill Rd |
| Boston, MA 02109 | Palo Alto Ca 93304 |

☒ **By Federal Express**. I caused a courtesy copy of the documents to be sent to the persons at the email addresses listed above via Federal Express, overnight delivery

☐ **By Mail**. I placed the above-documents in sealed envelope(s), with postage thereon fully prepaid, for collection and mailing at San Francisco, California, following ordinary business practices. I am readily familiar with the practices of Kasowitz, Benson, Torres and Friedman for processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 7, 2013, at San Francisco, California.

*Eugenia DiSabatino*
Eugenia DiSabatino

Proof of Service                                                   Case No. CV 10-9198 JVS (RNBx)

1