Jonathan A. Shapiro (257199)
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 93304
Tel:   (650) 858-6101
Fax:   (650) 858-6100
jonathan.shapiro@wilmerhale.com

Andrea J. Robinson (pro hac vice)
Timothy J. Perla (pro hac vice)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel:   (617) 526-6000
Fax:   (617) 526-5000
andrea.robinson@wilmerhale.com
timothy.perla@wilmerhale.com

Attorneys for Defendant Life Insurance Company of the Southwest

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation, and DOES 1-50<br><br>Defendant. | Case No.: CV 10-9198-JVS(RNBx)<br><br>**DECLARATION OF CRAIG SMITH IN SUPPORT OF DEFENDANT LIFE INSURANCE COMPANY OF THE SOUTHWEST'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**<br><br>Judge:    Hon. James V. Selna<br>Date:      March 4, 2013<br>Time:      1:30 P.M.<br>Courtroom: 10C |

DECLARATION OF CRAIG SMITH, 10-09198-JVS(RNBx)

I, Craig Smith, declare as follows:

1. I am Vice President of Strategic Analysis and Appointed Actuary at National Life. I was previously an illustration actuary for the SecurePlus Provider ("Provider") and SecurePlus Paragon ("Paragon") indexed universal life insurance products issued by Life Insurance Company of the Southwest ("LSW"). I have not been the illustration actuary for these products since early 2011. I was never responsible for any aspects of the design, pricing, or administration of Provider or Paragon and I was never the product actuary for these products.

2. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently thereto.

3. As I testified at my deposition, I did not know one way or the other whether the Company would in fact pay certain non-guaranteed enhancements illustrated to Paragon or Provider policyholders. For this reason, I disagree with Plaintiffs' characterization of my testimony as stating that LSW lacked the intent to provide those non-guaranteed enhancements.

4. LSW's GAAP accounting anticipates a 1.25% increase in the interest credited under the Provider policy beginning in policy year ten.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 29th day of January, 2013 at Montpelier, Vermont.

By: _____
Craig Smith

- 1 -
DECLARATION OF CRAIG SMITH, 10-CV-09198-JVS (RNBx)