Jonathan A. Shapiro (257199)
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 93304
Tel: (650) 858-6101
Fax: (650) 858-6100
jonathan.shapiro@wilmerhale.com

Andrea J. Robinson (pro hac vice)
Timothy J. Perla (pro hac vice)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
andrea.robinson@wilmerhale.com
timothy.perla@wilmerhale.com

Attorneys for Defendant Life Insurance
Company of the Southwest

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation, and DOES 1-50<br><br>Defendant. | Case No.: CV 10-9198-JVS(RNBx)<br><br>**DECLARATION OF ELIZABETH MACGOWAN IN SUPPORT OF DEFENDANT LIFE INSURANCE COMPANY OF THE SOUTHWEST'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**<br><br>Judge: Hon. James V. Selna<br>Date: March 4, 2013<br>Time: 1:30 P.M.<br>Courtroom: 10C |

I, Elizabeth MacGowan, declare as follows:

1. I am Vice President and Chief Life Product Officer at National Life. In that position, one of my responsibilities is overseeing the team responsible for pricing and implementing life insurance products for National Life and Life Insurance Company of the Southwest ("LSW"), including LSW's SecurePlus Provider ("Provider") and SecurePlus Paragon ("Paragon") policies.

2. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently thereto.

3. I currently bear responsibility for overseeing the pricing of the products and determining the rates at which LSW will credit interest and the level of the rates charged.

4. LSW intends to provide the Account Value Enhancement starting in year ten and the reduced Monthly Administrative Charge starting after year ten, as provided on Provider illustrations. LSW also intends to provide the reduced Monthly Administrative Charge and reduced Percent of Accumulated Value Charge reflected on Paragon illustrations when Paragon policies reach their tenth anniversary.

5. National Life has issued several life insurance policies that, although quite different from Paragon and Provider, do include non-guaranteed elements that will accrue after a policy has been in force for a period of years. In every instance, when the period of years has run, National Life has provided every non-guaranteed element. These products include:

- Navitrak, a universal life insurance product. Navitrak was illustrated to provide a non-guaranteed Account Value bonus of 0.50% beginning after policy year ten, and to reduce (on a non-guaranteed basis) the spread on preferred loans from 1.3% to 0% at the same time. These non-guaranteed elements have been implemented for policies that have been in force for at least ten years.

- 1 -
DECLARATION OF ELIZABETH MACGOWAN, 10-CV-09198-JVS (RNBx)

- Varitrak, a variable universal life insurance product. Varitrak was illustrated to provide a non-guaranteed Account Value bonus of 0.50% beginning after policy year ten, and to reduce (on a non-guaranteed basis) the spread on preferred loans from 1.3% to 0.8% at the same time. These non-guaranteed elements have been implemented for policies that have been in force for at least ten years.
- Sentinel Estate Provider, a survivorship variable universal life insurance product. Sentinel Estate Provider was illustrated to reduce the policy fee from $15 per month to $7.50 per month on a non-guaranteed basis beginning after the tenth policy year. In addition, Sentinel Estate Provider was illustrated to show a charge of $1,000 per death benefit reduced to $0 on a non-guaranteed basis after policy year ten. Finally, Sentinel Estate Provider was illustrated to reduce (on a non-guaranteed basis) the spread on preferred loans from 2.00% to 0.25% beginning in policy year ten. These non-guaranteed elements have been implemented for policies that have been in force for at least ten years.
- NL Estate Provider, a survivorship universal life insurance product. NL Estate Provider was illustrated to reduce (on a non-guaranteed basis) the spread on preferred loans by 0.50 % after policy year ten. In addition, NL Estate Provider was illustrated to provide a non-guaranteed interest bonus of 0.50 %, beginning after policy year ten. These non-guaranteed elements have been implemented for policies that have been in force for at least ten years.

- 2 -
DECLARATION OF ELIZABETH MACGOWAN, 10-CV-09198-JVS (RNBx)

1  I declare under the penalty of perjury that the foregoing is true and correct.
2  Executed this 29th day of January, 2013 at Montpelier, Vermont.

By: *Elizabeth MacGowan* (signature)
Elizabeth MacGowan