KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
CHARLES N. FREIBERG (SBN 70890)
BRIAN P. BROSNAHAN (SBN 112894)
JACOB N. FOSTER (SBN 250785)
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

LEVINE & MILLER
HARVEY R. LEVINE (SBN 61879)
CRAIG A. MILLER (SBN 116030)
LEVINE & MILLER
550 West C Street, Suite 1810
San Diego, CA 92101-8596
Telephone: (619) 231-9449
Facsimile: (619) 231-8638

Attorneys for Plaintiffs
JOYCE WALKER, KIM BRUCE HOWLETT,
and MURIEL SPOONER, on behalf of themselves
and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation,<br><br>    Defendant. | **CLASS ACTION**<br><br>CASE NO.: CV 10-9198 JVS (RNBx)<br><br>Formerly Case No.: 3:10-cv -04852 JSW from Northern District of California<br><br>**PLAINTIFFS' EVIDENTIARY OBJECTIONS TO THE DECLARATION OF CRAIG SMITH IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**<br><br>Judge James V. Selna<br><br>Date: March 4, 2013<br>Time: 1:30 p.m.<br>Courtroom: 10C |

Plaintiffs Joyce Walker, Kim Bruce Howlett, and Muriel Spooner ("Plaintiffs") hereby object to the Declaration of Craig Smith, submitted by Defendant Life Insurance Company of the Southwest ("LSW") in opposition to Plaintiffs' motion for leave to file Third Amended Complaint:

| Evidence | Grounds for Objection(s) |
|---|---|
| Pg. 1, ¶3:<br><br>"I disagree with Plaintiffs' characterization of my testimony as stating that LSW lacked the intent to provide those non-guaranteed enhancements." | 1. Argumentative and misleading. The proffered material is not testimony but argument, and it misstates Plaintiffs' motion papers and proposed Third Amended Complaint. Plaintiffs do not characterize Mr. Smith as "*stating* that LSW lacked the intent to provide" non-guaranteed benefits. Plaintiffs rely on Mr. Smith's testimony as to facts from which Plaintiffs argue that inferences can be drawn about LSW's intent. FRE 403. |
| Pg. 1, ¶4:<br><br>"LSW's GAAP accounting anticipates a 1.25% increase in the interest credited under the Provider policy beginning in policy year ten." | 1. Lacks foundation. Mr. Smith provides no foundation for or explanation of "GAAP accounting" or the purpose of that accounting as used by LSW in this instance. FRE 602.<br><br>2. Vague, ambiguous. Fails to explain what aspect of "GAAP accounting" he refers to or the purpose of such accounting. Fails to specify what it means for the GAAP accounting to "anticipate" a 1.25% increase. FRE 403 and 611(a).<br><br>3. Irrelevant. Irrelevant to LSW's actual intent to provide the Account Value Enhancement to the extent that the purpose of GAAP accounting is, like illustration actuary testing, simply to quantify what LSW's costs and revenues would be *if* all illustrated non-guaranteed benefits were provided. FRE 403. |

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

DATED: February 15, 2013  KASOWITZ BENSON TORRES & FRIEDMAN LLP

By:  s/Brian P. Brosnahan
     Brian P. Brosnahan

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111