JONATHAN A. SHAPIRO (257199)
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Tel:  (650) 858-6101
Fax:  (650) 858-6100
jonathan.shapiro@wilmerhale.com

ANDREA J. ROBINSON (PRO HAC VICE)
TIMOTHY J. PERLA (PRO HAC VICE)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel:  (617) 526-6000
Fax:  (617) 526-5000
andrea.robinson@wilmerhale.com
timothy.perla@wilmerhale.com
Attorneys for Defendant Life Insurance Company of the Southwest

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  vs.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation, and DOES 1-50,<br><br>    Defendant. | Case No.: 10-09198 JVS(RNBx)<br><br>[PROPOSED] ORDER GRANTING EX PARTE APPLICATION TO RESCHEDULE HEARING ON PLAINTIFFS' MOTION FOR APPROVAL OF CLASS NOTICE<br><br>Judge James Selna<br>Courtroom:  10C |

# [PROPOSED] ORDER

The Court hereby GRANTS Defendant Life Insurance Company of the Southwest's ("LSW") Ex Parte Application to Reschedule the Hearing on Plaintiffs' Motion for Approval of Class Notice. The Court orders that the hearing for Plaintiffs' Motion for Approval of Class Notice (Dkt. No. 403), currently scheduled for April 8, 2013, shall be rescheduled for April 22, 2013. All briefing deadlines shall remain unchanged. IT IS SO ORDERED

Dated: _____

Honorable James V. Selna
United States District Judge

# PROOF OF SERVICE

I am a resident of the Commonwealth of Massachusetts, over the age of eighteen years, and not a party to the within action.  My business address is Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, MA 02109.  On March 15, 2013 I served the within document(s):

LSW'S [PROPOSED] ORDER GRANTING EX PARTE APPLICATION TO RESCHEDULE HEARING

☐ I placed the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, CA addressed as set forth below.

☐ I personally caused to be emailed the document(s) listed above to the person(s) at the address(es) set forth below.

☒ I electronically filed the document(s) listed above via the CM/ECF system.

☒ I personally caused to be delivered by Facsimile the document(s) listed above to the person(s) at the facsimile number(s) set forth below.

Brian P. Brosnahan
Charles N. Freiberg
Jacob Foster
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2300
San Francisco, CA 94111
(415) 358-4278

Harvey R. Levine
LEVINE & MILLER
550 West C. Street, Suite 1810
San Diego, CA 92101-8596
(619) 231-8638

   */s/ Joel Fleming*

Joel Fleming

- 3 -
[PROPOSED] ORDER, 10-09198 JVS(RNBx)