1  JONATHAN A. SHAPIRO (257199)
   WILMER CUTLER PICKERING HALE AND DORR LLP
2  950 Page Mill Road
   Palo Alto, CA 94304
3  Tel:   (650) 858-6101
   Fax:  (650) 858-6100
4  jonathan.shapiro@wilmerhale.com

5  ANDREA J. ROBINSON (PRO HAC VICE)
   TIMOTHY J. PERLA (PRO HAC VICE)
6  WILMER CUTLER PICKERING HALE AND DORR LLP
   60 State Street
7  Boston, MA 02109
   Tel:   (617) 526-6000
8  Fax:  (617) 526-5000
   andrea.robinson@wilmerhale.com
9  timothy.perla@wilmerhale.com
   Attorneys for Defendant Life Insurance
10 Company of the Southwest

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>      vs.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation, and DOES 1-50,<br><br>              Defendant. | Case No.: 10-09198 JVS(RNBx)<br><br>DECLARATION OF JONATHAN SHAPIRO IN SUPPORT OF EX PARTE APPLICATION TO RESCHEDULE HEARING ON PLAINTIFFS' MOTION FOR APPROVAL OF CLASS NOTICE<br><br>Judge James Selna<br>Courtroom:  10C |

DECLARATION OF JONATHAN SHAPIRO IN SUPPORT OF EX PARTE APPLICATION TO RESCHEDULE HEARING ON PLAINTIFFS' MOTION FOR APPROVAL OF CLASS NOTICE, 10-09198 JVS(RNBx)

## DECLARATION OF JONATHAN A. SHAPIRO

I, Jonathan A. Shapiro, declare as follows:

1.   I am an attorney duly licensed to practice law in the State of California and before this Court. I am a Partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant in the above-entitled action. I respectfully submit this Declaration in support of Defendant Life Insurance Company of the Southwest's Ex Parte Application to Reschedule Hearing on Plaintiffs' Motion for Approval of Class Notice. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently thereto.

2.   On March 13, 2013, I sent an email to counsel for Plaintiffs requesting to reschedule the hearing on Plaintiffs' Motion for Approval of Class Notice, currently scheduled for April 8, 2013, to either April 22, 2013 or April 15, 2013 because I had family/child care conflicts on April 8. Attached hereto as Exhibit A is a true and correct copy of that email and subsequent emails discussing the request.

3.   On March 15, 2013, I attempted to contact Jeanette Barzelay, counsel for Plaintiffs, by telephone. She was unavailable so I left her a voicemail orally advising her that LSW would be filing an ex parte application to reschedule the hearing on March 15, 2013. Ms. Barzelay responded by email later that day indicating that Plaintiffs would oppose the ex parte application.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 15th day of March, 2013, at Palo Alto, California

By: */s/ Jonathan A. Shapiro*
Jonathan A. Shapiro

- 2 -
DECLARATION OF JONATHAN SHAPIRO IN SUPPORT OF EX PARTE APPLICATION TO RESCHEDULE HEARING ON PLAINTIFFS' MOTION FOR APPROVAL OF CLASS NOTICE, 10-09198 JVS(RNBx)

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, MA 02109. On March 15, 2013 I served the within document(s):

DECLARATION OF JONATHAN SHAPIRO IN SUPPORT OF LSW'S EX PARTE APPLICATION TO RESCHEDULE HEARING

I placed the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, CA addressed as set forth below.

I personally caused to be emailed the document(s) listed above to the person(s) at the address(es) set forth below.

[X] I electronically filed the document(s) listed above via the CM/ECF system.

[X] I personally caused to be delivered by Facsimile the document(s) listed above to the person(s) at the facsimile number(s) set forth below.

Brian P. Brosnahan
Charles N. Freiberg
Jacob Foster
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2300
San Francisco, CA 94111
(415) 358-4278

Harvey R. Levine
LEVINE & MILLER
550 West C. Street, Suite 1810
San Diego, CA 92101-8596
(619) 231-8638

　　　　　　　　　　　　　　　　　　　　  _/s/ Joel Fleming_
　　　　　　　　　　　　　　　　　　　　　　Joel Fleming

- 3 -
DECLARATION OF JONATHAN SHAPIRO IN SUPPORT OF EX PARTE APPLICATION TO RESCHEDULE HEARING ON PLAINTIFFS' MOTION FOR APPROVAL OF CLASS NOTICE, 10-09198 JVS(RNBx)