JONATHAN A. SHAPIRO (257199)
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Tel:   (650) 858-6101
Fax:  (650) 858-6100
jonathan.shapiro@wilmerhale.com

ANDREA J. ROBINSON (PRO HAC VICE)
TIMOTHY J. PERLA (PRO HAC VICE)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel:   (617) 526-6000
Fax:  (617) 526-5000
andrea.robinson@wilmerhale.com
timothy.perla@wilmerhale.com

Attorneys for Defendant Life Insurance Company of the Southwest

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER on behalf of themselves and all others similarly situated,<br><br>         Plaintiffs,<br><br>     vs.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation, and DOES 1-50,<br><br>         Defendant. | Case No.: 10-09198 JVS(RNBx)<br><br>**NOTICE OF MOTION AND MOTION TO APPOINT SPECIAL MASTER**<br><br>Judge:     Hon. James V. Selna<br>Date:       April 22, 2013<br>Time:      1:30 P.M.<br>Courtroom: 10C |

## NOTICE OF MOTION AND MOTION TO STRIKE ERRATA SHEETS, DEPOSITION EXHIBIT, AND DEPOSITION TESTIMONY

TO THE COURT, PLAINTIFFS, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on April 22, 2013 at 1:30 P.M. PST, or as soon thereafter as the matter may be heard, in Courtroom 10C, located at 411 West Fourth Street, Santa Ana, California, 92701, Defendant Life Insurance Company of the Southwest ("LSW") will, and hereby does, move the Court for an order to appoint a special master. Specifically, LSW asks that the Court enter the Proposed Order attached hereto. The Proposed Order asks the Court to order as follows:

1. The parties are to meet and confer for the purpose of selecting a special master, following the procedure set forth in the attached Proposed Order.

2. Once a special master has been selected and retained, LSW shall provide him or her with copies of all policy files LSW extracted and produced in response to Plaintiffs' Request for Production No. 173. In addition, LSW shall provide the special master with one copy of an application, an illustration, and an agent's report from the files of one of the named Plaintiffs. LSW shall also provide the special master with one copy of a sales illustration certification form.

3. The special master shall then promptly begin reviewing the policy files to determine whether the owner of each policy is a member of the Illustrations

subclass, defined in the Court's order granting in part and denying in part Plaintiffs' motion for class certification (Dkt. 353).

4. In reviewing the files to determine subclass membership, the Special Master shall follow the procedure and apply the burden of proof set forth in the Proposed Order.

5. The special master shall issue three interim reports, in the format and containing the information set forth in the Proposed Order, to be filed electronically with the Court. The first report shall be prepared and filed after review of the first 14,000 policy files, the second report after review of the next 14,000 policy files and the final report after all policy files have been reviewed.

6. The parties shall file any objections to each special master report within twenty-one days of the report being filed. The objections shall conform to the format set forth in the Proposed Order. The non-objecting party shall file any response to any objections within seven days. The responses shall conform to the format set forth in the Proposed Order.

7. The Court shall review all objections *de novo*.

8. The special master shall not engage in any *ex parte* communications with the Court or with either party.

9. Plaintiffs shall pay the special master. The special master shall be paid an hourly rate as well as reimbursement of reasonable expenses, as set forth in the Proposed Order.

10. The special master shall bill no more than fifteen (15) minutes per policy file reviewed. This does not include any other time, such as time for gathering documentation or preparing a report.

11. The special master shall keep all records that he or she reviews confidential, in accordance with the Court's protective orders (Dkt. 103 and 381). Pursuant to Federal Rule of Evidence 502(d), the production of documents to the special master shall not waive the attorney-client privilege, the attorney work product doctrine, or any other applicable privilege or protection in this or any other proceeding.

This Motion is made following several discussions between counsel pursuant to Local Rule 7-3 and 37-1.

This Motion is supported by the accompanying Joint Stipulation of Points and Authorities, a Proposed Order, the Declaration of Timothy Perla and supporting exhibits, and such other evidence or argument as may be presented at or before the hearing.

Respectfully submitted,

WILMER CUTLER PICKERING HALE AND DORR LLP

By: */s/ Jonathan A. Shapiro*
Jonathan A. Shapiro (257199)
Andrea J. Robinson (*pro hac vice*)
Timothy J. Perla (*pro hac vice*)

Attorneys for Defendant Life Insurance Company of the Southwest

# CERTIFICATE OF SERVICE

I am a resident of the Commonwealth of Massachusetts, over the age of eighteen years, and not a party to the within action. My business address is Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts 02109. On March 18, 2013 I served the within document(s):

**LIFE INSURANCE COMPANY OF THE SOUTHWEST'S NOTICE OF MOTION AND MOTION TO APPOINT A SPECIAL MASTER**

☐ I placed the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail addressed as set forth below.

☐ I personally caused to be hand delivered the document(s) listed above to the person(s) at the address(es) set forth below.

☐ I emailed the document(s) listed above to the person(s) at the address(es) set forth below.

☒ I electronically filed the document(s) listed above via the CM/ECF system.

Charles N. Freiberg
Brian P. Brosnahan
Jacob N. Foster
Jeanette T. Barzelay
KASOWITZ, BENSON, TORRES & FREIDMAN LLP
101 California Street, Suite 2300
San Francisco, CA 94111
cfreiberg@kasowitz.com
bbrosnahan@kasowitz.com
jfoster@kasowitz.com

Harvey R. Levine
Levine & Miller
550 West C Street, Suite 1810
San Diego, CA 92101
lmsh@levinelaw.com

Craig A. Miller
Law Offices of Craig A. Miller
225 Broadway, Suite 1310
San Diego, CA 92101
cmiller@craigmillerlaw.com

*/s/ Joel Fleming*
Joel Fleming