KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
CHARLES N. FREIBERG (SBN 70890)
BRIAN P. BROSNAHAN (SBN 112894)
JACOB N. FOSTER (SBN 250785)
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

LAW OFFICES OF CRAIG A. MILLER
CRAIG A. MILLER (SBN 116030)
225 Broadway, Suite 1310
San Diego, CA 92101
Telephone: (619) 231-9449
Facsimile: (619) 231-8638

Attorneys for Plaintiffs
JOYCE WALKER, KIM BRUCE HOWLETT,
and MURIEL SPOONER, on behalf of themselves
and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br> v.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation,<br><br>     Defendant. | **CLASS ACTION**<br><br>CASE NO.: CV 10-9198 JVS (RNBx)<br><br>Formerly Case No.: 3:10-cv -04852 JSW from Northern District of CA<br><br>**JOINT STIPULATION FOR AN ORDER CONCERNING COMMUNICATIONS BETWEEN DEFENDANT LIFE INSURANCE COMPANY OF THE SOUTHWEST AND CLASS MEMBERS** |

Pursuant to Local Rule 7-1, Plaintiffs Joyce Walker, Kim Bruce Howlett, and Muriel Spooner ("Plaintiffs") and Defendant Life Insurance Company of the Southwest ("LSW") (collectively, the "parties"), by and between their undersigned counsel, submit the following stipulation:

WHEREAS, the parties have agreed that the initial class notice to be disseminated to members of the class will contain the following language on the first page of the notice: "This lawsuit has not changed the terms of your insurance policy if it is in force, and all contractual guarantees remain in place and are not at risk. If you have any questions about your insurance policy other than about this Notice or this Class Action, you should contact LSW or your insurance agent as usual (contact information is below)."

WHEREAS, Plaintiffs believe that the inclusion of this information presents concerns regarding the communications that may occur between absent class members and employees or agents of LSW;

WHEREAS, the parties reached agreement on a form of an order regarding the scope of proper communications on Sunday, March 24, 2013;

WHEREAS, good cause exists to enter an order clarifying the scope of proper communications between LSW's employees and agents with absent class members;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties:

1. LSW shall instruct its agents and employees not to discuss the class notice or this lawsuit with class members throughout the remainder of this lawsuit, unless otherwise ordered by the Court. LSW shall disseminate this instruction to all of its agents and employees by mass email or by such other method ordinarily used by LSW in the course of its business to send mass communications to its agents and employees that best ensures that this instruction is received by LSW's agents and employees. LSW shall send this instruction by no later than 10 days

prior to the date that the class notice is mailed to the class.  Nothing in this order shall prevent LSW or its agents or employees from continuing to communicate with class members in the ordinary course of its business.

DATED:  March 25, 2013

KASOWITZ BENSON TORRES & FRIEDMAN LLP


By: /s/ Charles N. Freiberg
    Charles N. Freiberg

Attorneys For Plaintiffs
JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated


WILMER CUTLER PICKERING HALE AND DORR LLP


By: /s/ Jonathan A. Shapiro
    Jonathan A. Shapiro

Attorneys For Defendant
LIFE INSURANCE COMPANY OF THE SOUTHWEST

---

JOINT STIPULATION RE COMMUNICATION BETWEEN LSW AND ABSENT CLASS MEMBERS
Case No. CV 10-9198 JVS (RNBx)

2