# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation,<br><br>Defendant. | CASE NO.: CV 10-9198 JVS (RNBx)<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION FOR AN ORDER CONCERNING COMMUNICATIONS BETWEEN DEFENDANT LIFE INSURANCE COMPANY OF THE SOUTHWEST AND CLASS MEMBERS** |

### [PROPOSED] ORDER ON JOINT STIPULATION FOR AN ORDER CONCERNING COMMUNICATIONS BETWEEN DEFENDANT LIFE INSURANCE COMPANY OF THE SOUTHWEST AND CLASS MEMBERS

Having reviewed the parties' Joint Stipulation for An Order Concerning Communications Between Defendant Life Insurance Company of the Southwest and Class Members, and good cause appearing therefore, the Court issues the following Order:

1. LSW shall instruct its agents and employees not to discuss the class notice or this lawsuit with class members throughout the remainder of this lawsuit, unless otherwise ordered by the Court.  LSW shall disseminate this instruction to all of its agents and employees by mass email or by such other method ordinarily used by LSW in the course of its business to send mass communications to its agents and employees that best ensures that this instruction is received by LSW's agents and employees.  LSW shall send this instruction by no later than 10 days prior to the date that the class notice is mailed to the class.  Nothing in this order shall prevent LSW or its agents or employees from continuing to communicate with class members in the ordinary course of its business.

IT IS SO ORDERED.

Dated: _____

_____
Honorable James V. Selna
United States District Judge