1  JONATHAN A. SHAPIRO (257199)
   WILMER CUTLER PICKERING HALE AND DORR LLP
2  950 Page Mill Road
   Palo Alto, CA 94304
3  Tel:   (650) 858-6101
   Fax:  (650) 858-6100
4  jonathan.shapiro@wilmerhale.com

5  ANDREA J. ROBINSON (PRO HAC VICE)
   TIMOTHY J. PERLA (PRO HAC VICE)
6  WILMER CUTLER PICKERING HALE AND DORR LLP
   60 State Street
7  Boston, MA 02109
   Tel:   (617) 526-6000
8  Fax:  (617) 526-5000
   andrea.robinson@wilmerhale.com
9  timothy.perla@wilmerhale.com
   Attorneys for Defendant Life Insurance
10 Company of the Southwest

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation, and DOES 1-50,<br><br>Defendant. | Case No.: 10-09198 JVS(RNBx)<br><br>DECLARATION OF JOEL FLEMING IN SUPPORT OF LIFE INSURANCE COMPANY OF THE SOUTHWEST'S REPLY IN SUPPORT OF ITS MOTION TO APPOINT A SPECIAL MASTER<br><br>Judge James Selna<br>Courtroom: 10C |

DECLARATION OF JOEL FLEMING IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO APPOINT A SPECIAL MASTER, 10-09198 JVS(RNBx)

# DECLARATION OF JOEL FLEMING

I, Joel Fleming, declare as follows:

1. I am an attorney duly licensed to practice law in the Commonwealth of Massachusetts, the State of California and before this Court. I am an Associate at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant in the above-entitled action. I respectfully submit this Declaration in support of Defendant Life Insurance Company of the Southwest ("LSW")'s Reply In Support of Its Motion to Appoint a Special Master. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently thereto.

3. Attached hereto as Exhibit A is a true and correct copy of an email chain between Kim Howlett, Muriel Spooner and Steve Burgess bearing the Bates numbers HS001010-14.

4. Attached hereto as Exhibit B is a true and correct copy of a March 5, 2013 email sent by counsel for Plaintiffs to counsel for LSW.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 8th day of April, 2013, at Boston, Massachusetts.

By: */s/ Joel Fleming*
Joel Fleming

- 2 -
DECLARATION OF JOEL FLEMING IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO APPOINT A SPECIAL MASTER, 10-09198 JVS(RNBx)

**CERTIFICATE OF SERVICE**

I am a resident of the Commonwealth of Massachusetts, over the age of eighteen years, and not a party to the within action. My business address is Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts 02109. On March 18, 2013 I served the within document(s):

**DECLARATION OF JOEL FLEMING IN SUPPORT OF LIFE INSURANCE COMPANY OF THE SOUTHWEST'S REPLY IN SUPPORT OF ITS MOTION TO APPOINT A SPECIAL MASTER; EXHIBITS THERETO**

☐ I placed the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail addressed as set forth below.

☐ I personally caused to be hand delivered the document(s) listed above to the person(s) at the address(es) set forth below.

☐ I emailed the document(s) listed above to the person(s) at the address(es) set forth below.

☒ I electronically filed the document(s) listed above via the CM/ECF system.

Charles N. Freiberg
Brian P. Brosnahan
Jacob N. Foster
Jeanette T. Barzelay
KASOWITZ, BENSON, TORRES & FREIDMAN LLP
101 California Street, Suite 2300
San Francisco, CA 94111
cfreiberg@kasowitz.com
bbrosnahan@kasowitz.com
jfoster@kasowitz.com

Harvey R. Levine
Levine & Miller
550 West C Street, Suite 1810
San Diego, CA 92101
lmsh@levinelaw.com

Craig A. Miller
Law Offices of Craig A. Miller
225 Broadway, Suite 1310
San Diego, CA 92101
cmiller@craigmillerlaw.com

*/s/ Joel Fleming*
Joel Fleming