KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
CHARLES N. FREIBERG (SBN 70890)
BRIAN P. BROSNAHAN (SBN 112894)
JACOB N. FOSTER (SBN 250785)
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

LAW OFFICES OF CRAIG A. MILLER
CRAIG A. MILLER (SBN 116030)
225 Broadway, Suite 1310
San Diego, CA 92101
Telephone: (619) 231-9449
Facsimile: (619) 231-8638

Attorneys for Plaintiffs
JOYCE WALKER, KIM BRUCE HOWLETT,
and MURIEL SPOONER, on behalf of themselves
and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation,<br><br>Defendant. | **CLASS ACTION**<br><br>CASE NO.: CV 10-9198 JVS (RNBx)<br><br>Formerly Case No.: 3:10-cv-04852 JSW from Northern District of California<br><br>**DECLARATION OF JEANETTE T. BARZELAY IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO FILE A SURREPLY TO LSW'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO APPOINT A SPECIAL MASTER**<br><br>District Judge James V. Selna<br>Courtroom: 10C |

1. I am an attorney authorized to practice in the courts of California and in the United States District Court for the Central District of California. I am an associate of Kasowitz, Benson, Torres & Friedman, LLP, counsel for Plaintiffs in these proceedings. I have personal knowledge of the facts stated herein and if required could and would testify under oath thereto.

2. On April 11, 2013, my colleague, Brian Brosnahan, and I attempted to contact LSW's counsel, Jonathan Shapiro and Joel Fleming, by telephone to discuss Plaintiffs' filing of a surreply in response to LSW's reply on its motion to appoint a special master. Unable to reach them, I left voicemail messages for Mr. Shapiro and for Mr. Fleming informing them that Plaintiffs intended to file a brief surreply to respond to new arguments and misstatements of Plaintiffs' positions that were made in LSW's reply, and requesting that LSW stipulate to the filing of the surreply. Shortly thereafter, Mr. Fleming called me and informed me that LSW disagrees that it made new arguments or mischaracterized Plaintiffs' positions in its reply brief and, thus, LSW does not agree to Plaintiffs' filing of a surreply. I informed Mr. Fleming that Plaintiffs would file an *ex parte* application that same day, April 11, 2013, seeking leave to file their proposed surreply.

3. Plaintiffs will be irreparably harmed if their motion for leave to file a surreply is heard according to regular noticed motion procedures because that motion likely would not be heard until after the Court issues its ruling on the class notice and special master matters. Under those circumstances, Plaintiffs would not have a fair opportunity to respond to the new arguments and clarify the mischaracterizations asserted by LSW in its Reply. Since these arguments and

///
///
///
///
///

BARZELAY DEC. ISO EX PARTE APP. FOR LEAVE TO FILE SURREPLY RE SPECIAL MASTER MOTION
CASE NO. CV 10-9198 JVS (RNBX)

misstatements were first raised in LSW's Reply, Plaintiffs could not have addressed these issues in their opposition papers.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of April, 2013 at San Francisco, California.

By:  /s/ Jeanette T. Barzelay
Jeanette T. Barzelay