# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation,<br><br>Defendant. | CASE NO.: CV 10-9198 JVS (RNBx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO FILE A SURREPLY TO LSW'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO APPOINT A SPECIAL MASTER** |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO FILE A SURREPLY TO LSW'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO APPOINT A SPECIAL MASTER

Having reviewed Plaintiffs' *Ex Parte* Application for Leave to File a Surreply to LSW's Reply Memorandum in Support of Motion to Appoint a Special Master, and good cause appearing therefore, the Court hereby GRANTS Plaintiffs'

*Ex Parte* Application and grants Plaintiffs leave to file the proposed surreply and supporting papers attached as Exhibit 1 to the *Ex Parte* Application. Plaintiffs shall separately file the surreply and supporting papers within 2 days of the filing of this Order.

IT IS SO ORDERED.

Dated: _____

                                    _____
                                    Honorable James V. Selna
                                    United States District Judge