# DENIED
## BY ORDER OF THE COURT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated, | CASE NO.:  CV 10-9198 JVS (RNBx) |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO FILE A SURREPLY TO LSW'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO APPOINT A SPECIAL MASTER** |
| v. | |
| LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation, | |
| Defendant. | |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO FILE A SURREPLY TO LSW'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO APPOINT A SPECIAL MASTER

Having reviewed Plaintiffs' *Ex Parte* Application for Leave to File a Surreply to LSW's Reply Memorandum in Support of Motion to Appoint a Special Master, and good cause appearing therefore, the Court hereby GRANTS Plaintiffs'

*Ex Parte* Application and grants Plaintiffs leave to file the proposed surreply and supporting papers attached as Exhibit 1 to the *Ex Parte* Application. Plaintiffs shall separately file the surreply and supporting papers within 2 days of the filing of this Order.

IT IS SO ORDERED.

Dated: ___April 12, 2013____

**DENIED**

BY ORDER OF THE COURT

_____

Honorable James V. Selna
United States District Judge

[PROPOSED] ORDER ON EX PARTE APPLICATION FOR LEAVE TO FILE SURREPLY
Case No. CV 10-9198 JVS (RNBx)