Jonathan A. Shapiro (SBN# 257199)
Mintz Levin Cohn Ferris Glovsky and Popeo
44 Montgomery Street
San Francisco, California  94104
Telephone:  (415) 432-6000

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT and MURIEL SPOONER<br>PLAINTIFF(S)<br>v.<br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation<br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 10-9198-JVS(RNBx)<br><br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (LIST DOCUMENTS):

Application to File Under Seal; Proposed Order; Exs. A, B, and C to the Decl. of Seth A. Moskowitz in Support of LSW's Response to Court's Order to Show Cause re: Decertification; Exs. A, B, C, D, E, F, G, H, I, J, K, L, M, and N to the Decl. of Caitlin Monahan Concerning Policy File Review

**Document Description:**

☐ Administrative Record
☑ Exhibits
☐ Ex Parte Application for authorization of investigative, expert, or other services pursuant to the Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]
☐ Other

**Reason:**

☑ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated _____
☐ Manual Filing required ( *reason* ):

| | |
|---|---|
| April 29, 2013 | Jonathan A. Shapiro |
| Date | Attorney Name |
| | Defendant |
| | Party Represented |

*Note:   File one Notice of Manual Filing in each case, each time you manually file document(s).*

G-92 (6/12)   NOTICE OF MANUAL FILING