KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
CHARLES N. FREIBERG (70890), BRIAN P. BROSNAHAN (112894), JACOB N. FOSTER (250785)
101 California Street, Suite 2300

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and <br><br> PLAINTIFF(S) <br> v. <br> LIFE INSURANCE COMPANY OF THE <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> CV 10-9198 JVS (RNBx) <br><br> NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (**LIST DOCUMENTS**):

Plaintiffs' Submission On Order To Show Cause Why Illustration-Based Subclass Should Not Be Decertified; Foster Declaration In Support Thereof; and Exhibits to Foster Declaration

**Document Description:**

- ☐ Administrative Record
- ☑ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert, or other services pursuant to the Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]
- ☑ Other

**Reason:**

- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☑ Manual Filing required ( *reason* ): material contains confidential information not suited for filing on public docket

| | |
|---|---|
| April 29, 2013 | Brian P. Brosnahan |
| Date | Attorney Name |
| | Plaintiffs |
| | Party Represented |

*Note:* File one Notice of Manual Filing in each case, each time you manually file document(s).

G-92 (6/12)            NOTICE OF MANUAL FILING