Jonathan A. Shapiro (257199)
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC
44 Montgomery Street
San Francisco, California  94104
Tel:   (415) 432-6000
Fax:   (415) 432-6001
JAShapiro@mintz.com

Andrea J. Robinson (pro hac vice)
Timothy J. Perla (pro hac vice)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Tel:   (617) 526-6000
Fax:  (617) 526-5000
andrea.robinson@wilmerhale.com
timothy.perla@wilmerhale.com

Attorneys for Defendant Life Insurance Company of the Southwest

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation, and DOES 1-50<br><br>Defendant. | Case No.: CV 10-9198-JVS(RNBx)<br><br>**[PROPOSED] ORDER DECERTIFYING ILLUSTRATION SUBCLASS**<br><br>Judge James Selna<br>Courtroom 10C |

Having considered the parties' briefs and oral arguments and for good cause shown, the Court hereby DECERTIFIES the Illustrations-Based Subclass previously certified in the Court's Order of November 9, 2012 that consists of all Provider and Paragon Policyholders who purchased their Policies on or after September 24, 2006, and who were provided a policy Illustration at or before Policy application.

Dated: _____            _____

                                                Honorable James V. Selna
                                                United States District Judge