Jonathan A. Shapiro (257199)
Mintz Levin Cohn Ferris Glovsky and Popeo PC
44 Montgomery Street
San Francisco, California 94104
Tel:   (415) 432-6000
Fax:   (415) 432-6001
JAShapiro@mintz.com

Andrea J. Robinson (pro hac vice)
Timothy J. Perla (pro hac vice)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Tel:   (617) 526-6000
Fax:   (617) 526-5000
andrea.robinson@wilmerhale.com
timothy.perla@wilmerhale.com

Attorneys for Defendant Life Insurance Company of the Southwest

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation, and DOES 1-50<br><br>　　　　　Defendant. | Case No.: CV 10-9198-JVS(RNBx)<br><br>**DECLARATION OF SETH A. MOSKOWITZ IN SUPPORT OF LSW'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE RE: DECERTIFICATION** |

# DECLARATION OF SETH A. MOSKOWITZ

I, Seth A. Moskowitz, declare as follows:

1. I am an attorney duly licensed to practice law in the Commonwealth of Massachusetts and the State of New York. I am a Senior Associate at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant Life Insurance Company of the Southwest ("LSW") in the above-entitled action. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently thereto.

2. I arranged in a Microsoft Excel spreadsheet a list of all Paragon or Provider universal life insurance policies produced to Plaintiffs as described in the Declaration of Caitlin Monahan.

3. I used a random number generator located at www.random.org to generate a random number (the "Random Number"). I then matched that Random Number to the number assigned to each row in the Excel spreadsheet containing the list of policy numbers. I repeated this process once more to identify another sample policy file to submit to the Court.

4. Attached hereto as Exhibit A is a true and correct copy of the policy file for an indexed universal life insurance policy bearing Policy No. LS0285665 that was produced in this litigation.

5. Attached hereto as Exhibit B is a true and correct copy of the policy file for an indexed universal life insurance policy bearing Policy No. LS0287586 that was produced in this litigation.

6. Attached hereto as Exhibit C is a true and correct copy of the policy file for an indexed universal life insurance policy purchased by Joyce Walker that was produced in this litigation.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 29th day of April, 2013, at Boston, Massachusetts.

By: /s. Seth A. Moskowitz
Seth A. Moskowitz