# EXHIBIT A

**FILED UNDER SEAL**

# EXHIBIT B

**FILED UNDER SEAL**

# EXHIBIT C

**FILED UNDER SEAL**