Jonathan A. Shapiro (257199)
Mintz Levin Cohn Ferris Glovsky and Popeo PC
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Tel: (415) 432-6000
JAShapiro@mintz.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joyce Walker et al. | **CASE NUMBER** |
| PLAINTIFF(S) | 2:10-cv-09198-JVS-RNB |
| v. | |
| Life Insurance Company of the Southwest | **NOTICE OF CHANGE OF ATTORNEY INFORMATION** |
| DEFENDANT(S). | |

**The following information must be provided:**

I, <u>Jonathan A. Shapiro</u>, <u>257199</u>, <u>JAShapiro@mintz.com</u>
    *Name*          *CA Bar ID Number*         *E-mail Address*

☑ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)

<u>Life Insurance Company Of The Southwest</u>

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
> I ☑ consent ☐ do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☑ **TO UPDATE NAME OR FIRM INFORMATION:**

    ☑ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.

PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

Attorney Name changed to _____
New Firm/Government Agency Name <u>Mintz Levin Cohn Ferris Glovsky and Popeo PC</u>
New Address <u>44 Montgomery Street, 36th Floor</u>
New Telephone Number <u>(415) 432-6000</u>    New Facsimile Number <u>(415) 432-6001</u>
New E-mail address <u>JAShapiro@mintz.com</u>

☐ **TO BE ADDED AS COUNSEL OF RECORD:**   CHECK ONE BOX

    ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
    ☐ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE , G-64 MUST BE FILED.

Attorney Name _____ CA State Bar Number _____

Firm/Government Agency Name _____

Address: _____

Telephone Number _____ Facsimile Number _____

New E-mail address _____

☐   TO BE REMOVED FROM THE CASE:  **

     ☐   I am ☐ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled
          cause of action.

CHECK ONE BOX

     ☐   The order relieving me/the aforementioned attorney from my firm was filed on: _____.

     ☐   There is/are other attorney(s) from the undersigned attorney's law firm/government agency who
          are counsel of record in this case.

     ☐   I am ☐ the aforementioned attorney is no longer with the firm/government agency representing
          the above-named party in this action. There is/are attorney(s) from my former firm/government
          agency who are currently counsel of record in this case.

**\*\* This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01 ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.**

Date: April 30, 2013 _____

_____
*Signature of Attorney of Record / Attorney for the Firm*

**PLEASE NOTE: CM/ECF users must update their account information in the system pursuant to the General Order authorizing electronic filing, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.**