1  Jonathan A. Shapiro (257199)
   Mintz Levin Cohn Ferris Glovsky and Popeo PC
2  44 Montgomery Street
3  San Francisco, California  94104
   Tel:    (415) 432-6000
4  Fax:    (415) 432-6001
5  JAShapiro@mintz.com

6  Andrea J. Robinson (pro hac vice)
7  Timothy J. Perla (pro hac vice)
   Wilmer Cutler Pickering Hale and Dorr LLP
8  60 State Street
9  Boston, Massachusetts  02109
   Tel:    (617) 526-6000
10 Fax:    (617) 526-5000
11 andrea.robinson@wilmerhale.com
   timothy.perla@wilmerhale.com
12
13 Attorneys for Defendant Life Insurance
   Company of the Southwest
14

15                    UNITED STATES DISTRICT COURT

16                   CENTRAL DISTRICT OF CALIFORNIA

17                         SOUTHERN DIVISION

18 | JOYCE WALKER, KIM BRUCE HOWLETT, | Case No.: CV 10-9198-JVS(RNBx)
19 | and MURIEL SPOONER, on behalf of themselves |
   | and all others similarly situated, |
20 |                                 | NOTICE OF ERRATA
   |           Plaintiffs,           |
21 |                                 | Judge:     Hon. James V. Selna
   |        vs.                      | Date:      May 20, 2013
22 |                                 | Time:      1:30 P.M.
23 | LIFE INSURANCE COMPANY OF THE   | Courtroom: 10C
   | SOUTHWEST, a Texas corporation, and DOES |
24 | 1-50                            |
25 |           Defendant.           |

26

27

28

1

<u>NOTICE OF ERRATA</u>

2      Defendant Life Insurance Company of the Southwest ("LSW") submits this

3 Notice of Errata to notify the Court and Plaintiffs that the Declaration of Jonathan

4 Shapiro filed on April 29, 2013 as Document Number 421-4 contained an

5 inadvertent error.

6      The Shapiro Declaration inadvertently stated that a discussion between the

7 parties about Plaintiffs' Response to LSW's Interrogatory No. 10 took place on <u>May</u>

8 9, 2013 (a date that is still in the future).  In fact, that conversation took place on

9 <u>April</u> 9, 2013.

10      Attached to this Notice of Errata as Exhibit A is a corrected version of current

11 Document Number 421-4, reflecting this change.

12 Dated:      May 3, 2013

13                           __/s/ Jonathan A. Shapiro

14                           Jonathan A. Shapiro

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I am a resident of the Commonwealth of Massachusetts, over the age of eighteen years, and not a party to the within action.  My business address is Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts 02114.  On May 3, 2013 I served the within document(s):

NOTICE OF ERRATA AND EXHIBIT A THERETO


☒      I electronically filed the document(s) listed above via the CM/ECF system.

Charles N. Freiberg
Brian P. Brosnahan
Jacob N. Foster
Jeanette T. Barzelay
KASOWITZ, BENSON, TORRES & FREIDMAN LLP
101 California Street, Suite 2300
San Francisco, CA 94111
cfreiberg@kasowitz.com
bbrosnahan@kasowitz.com
jfoster@kasowitz.com

Harvey R. Levine
Levine & Miller
550 West C Street, Suite 1810
San Diego, CA 92101
lmsh@levinelaw.com

Craig A. Miller
Law Offices of Craig A. Miller
225 Broadway, Suite 1310
San Diego, CA 92101
cmiller@craigmillerlaw.com

/s/ Joel Fleming
Joel Fleming

- 2 -