# EXHIBIT A

Jonathan A. Shapiro (257199)
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC
44 Montgomery Street
San Francisco, California 94104
Tel:   (415) 432-6000
Fax:  (415) 432-6001
JAShapiro@mintz.com

Andrea J. Robinson (pro hac vice)
Timothy J. Perla (pro hac vice)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel:   (617) 526-6000
Fax:  (617) 526-5000
andrea.robinson@wilmerhale.com
timothy.perla@wilmerhale.com

Attorneys for Defendant Life Insurance Company of the Southwest

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>     vs.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation, and DOES 1-50<br><br>          Defendant. | Case No.: CV 10-9198-JVS(RNBx)<br><br>**[CORRECTED] DECLARATION OF JONATHAN A. SHAPIRO** |

## [CORRECTED] DECLARATION OF JONATHAN SHAPIRO

I, Jonathan A. Shapiro, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and before this Court. I am a Member of the law firm of Mintz Levin Cohn Ferris Glovsky and Popeo PC and represent Defendant Life Insurance Company of the Southwest ("LSW") in the above-entitled action. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently thereto.

2. On April 9, 2013, Joel Fleming and I spoke by telephone with Jeanette Barzelay of Kasowitz, Benson, Torres & Friedman LLP, counsel for Plaintiffs in the above-entitled action. During that conversation, we asked Ms. Barzelay whether Plaintiffs could identify a date by which they expected to update Plaintiffs' Responses to LSW's Interrogatory No. 10, which asks Plaintiffs to state the names of all members of the Illustrations Subclass. Ms. Barzelay replied that she would "get back" to us. We have heard nothing further from Plaintiffs about this issue.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 3rd day of May, 2013, at San Francisco, California.

By: /s/ Jonathan A. Shapiro
Jonathan A. Shapiro