KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
CHARLES N. FREIBERG (SBN 70890)
BRIAN P. BROSNAHAN (SBN 112894)
JACOB N. FOSTER (SBN 250785)
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

LAW OFFICES OF CRAIG A. MILLER
CRAIG A. MILLER (SBN 116030)
225 Broadway, Suite 1310
San Diego, CA 92101
Telephone: (619) 231-9449
Facsimile: (619) 231-8638

Attorneys for Plaintiffs
JOYCE WALKER, KIM BRUCE HOWLETT,
and MURIEL SPOONER, on behalf of themselves
and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation,<br><br>Defendant. | **CLASS ACTION**<br><br>CASE NO.: CV 10-9198 JVS (RNBx)<br><br>Formerly Case No.: 3:10-cv-04852 JSW from Northern District of California<br><br>**DECLARATION OF LESA DINGLASAN SUBMITTED UNDER RULE OF COMPLETENESS IN RESPONSE TO DECLARATION OF CAITLIN MONAHAN CONCERNING POLICY FILE REVIEW**<br><br>District Judge James V. Selna<br><br>Date: May 20, 2013<br>Time: 1:30 p.m.<br>Courtroom: 10C |

I, LESA DINGLASAN, declare:

1. I am a paralegal employed by Kasowitz, Benson, Torres & Friedman, LLP, counsel for Plaintiffs Joyce Walker, Kim Bruce Howlett, and Muriel Spooner (collectively, "Plaintiffs") in these proceedings. I submit this declaration pursuant to the rule of completeness, Federal Rule of Evidence 106, in response to the Declaration of Caitlin Monahan Concerning Policy File Review ("Monahan Declaration"), which was submitted by Defendant Life Insurance Company of the Southwest ("LSW") in response to the Court's April 12, 2013 Order to Show Cause. I have personal knowledge of the facts stated herein and if required could and would testify under oath thereto.

2. I have personally reviewed Ms. Monahan's declaration, the exhibits attached thereto, and the 13 specific policy files she discusses in her declaration.

3. The policy file excerpts attached as Exhibit A to the Monahan Declaration consist of a copy of an illustration for Policy No. LS0248396. Attached hereto as Exhibit A is a true and correct copy of the policy application for Policy No. LS0248396, in which the sales illustration certification box is not checked.

4. The policy file excerpts attached as Exhibits B and E to the Monahan Declaration consist of copies of two policy applications and "six different illustrations" for Policy No. LS0152759. *See* Monahan Dec. ¶13. Attached hereto as Exhibit B is a true and correct copy of the Agent's Report for Policy No. LS0152759, which states that an illustration was used.

5. The policy file excerpts attached as Exhibit C to the Monahan Declaration consist of copies of two applications from the file for Policy No. LS0171145. Attached hereto as Exhibit C is a true and correct copy of the Agent's Report for Policy No. LS0171145, which states that an illustration was used.

6. The policy file excerpts attached as Exhibit D to the Monahan Declaration consist of copies of an application and two illustrations from the file

for Policy No. LS0237539. Attached hereto as Exhibit D is a true and correct copy of the Agent's Report for Policy No. LS0237539, which states that a computer illustration was used.

7. The policy file excerpts attached as Exhibit F to the Monahan Declaration consist of copies of two illustration signature pages for Policy No. LS0175010. Attached hereto as Exhibit E is a true and correct copy of the Agent's Report for Policy No. LS0175010, which states that the sales software was used.

8. The policy file excerpts attached as Exhibit G to the Monahan Declaration consist of copies of an application and a separate application signature page from the file for Policy No. LS0181364. Attached hereto as Exhibit F is a true and correct copy of the Agent's Report for Policy No. LS0181364, which states that no sales materials were used. There is no sales illustration present in the file for Policy No. 181364.

9. The policy file excerpts attached as Exhibit I to the Monahan Declaration consist of a copy of an illustration from the file for Policy No. LS0185741. Attached hereto as Exhibit G is a true and correct copy of the Agent's Report for Policy No. LS0185741, which states that an illustration was used.

10. The policy file excerpts attached as Exhibit J to the Monahan Declaration consist of a copy of an illustration from the file for Policy No. LS0188390. Attached hereto as Exhibit H is a true and correct copy of the Agent's Report for Policy No. LS0188390, which states that a sales illustration was used.

11. The policy file excerpts attached as Exhibit K to the Monahan Declaration consist of three pages of an illustration for Policy No. LS0178299, which was produced by LSW on or around October 24, 2011 as part of the initial sample of 400 policies, bearing Bates numbers LSW00047863-LSW00047865, which Ms. Monahan testifies is "an illustration that is missing pages." Monahan Dec. ¶19. Attached hereto as Exhibit I are true and correct copies of the complete sales illustration from the file for Policy No. LS0178299 (produced by LSW in or

around February 2012), which was created and signed by the policyholder on the date of policy application (October 8, 2008); the Agent's Report for Policy No. LS0178299, which states that an illustration was used; and the policy application for Policy No. LS0178299, in which the sales illustration certification box is not checked.

12. The policy file excerpts attached as Exhibit M to the Monahan Declaration consist of a copy of a policy application for Policy No. LS0204769. Attached hereto as Exhibit J are true and correct copies of a sales illustration from the file for Policy No. LS0204769, which was created and signed by the policyholder on or before the date of policy application (September 30, 2009); and the Agent's Report for Policy No. LS0204769, which states that an illustration was used.

13. The policy file excerpts attached as Exhibit N to the Monahan Declaration consist of a copy of internal correspondence from the file for Policy No. LS0202372. Attached hereto as Exhibit K is a true and correct copy of the Agent's Report for Policy No. LS0202372, which states that an illustration was used.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of May, 2013 at San Francisco, California.

Lesa Dinglasan