KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
CHARLES N. FREIBERG (SBN 70890)
BRIAN P. BROSNAHAN (SBN 112894)
JACOB N. FOSTER (SBN 250785)
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

LAW OFFICES OF CRAIG A. MILLER
CRAIG A. MILLER (SBN 116030)
225 Broadway, Suite 1310
San Diego, CA 92101
Telephone: (619) 231-9449
Facsimile: (619) 231-8638

Attorneys for Plaintiffs
JOYCE WALKER, KIM BRUCE HOWLETT,
and MURIEL SPOONER, on behalf of themselves
and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation,<br><br>Defendant. | **CLASS ACTION**<br><br>CASE NO.: CV 10-9198 JVS (RNBx)<br><br>Formerly Case No.: 3:10-cv-04852 JSW from Northern District of California<br><br>**EXHIBITS A THROUGH K TO THE DECLARATION OF LESA DINGLASAN SUBMITTED UNDER RULE OF COMPLETENESS IN RESPONSE TO DECLARATION OF CAITLIN MONAHAN CONCERNING POLICY FILE REVIEW**<br><br>Judge James V. Selna<br><br>Date: May 20, 2013<br>Time: 1:30 p.m.<br>Courtroom: 10C |

# EXHIBITS A THROUGH K TO DECLARATION OF LESA DINGLASAN FILED MANUALLY UNDER SEAL PURSUANT TO PROTECTIVE ORDER AND LOCAL RULE 79-5