## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| FOR COURT USE ONLY |
| --- |
| DUE DATE: |

### TRANSCRIPT DESIGNATION AND ORDERING FORM

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
| --- | --- | --- |

| 4. FIRM NAME: | 5. E-MAIL ADDRESS: | | |
| --- | --- | --- | --- |
| 6. MAILING ADDRESS | 7. CITY | 8. STATE | 9. ZIP CODE |

| 10. CASE NUMBER | 11. CASE NAME | 12. JUDGE |
| --- | --- | --- |

**13. APPEAL CASE NUMBER** 

**14. ORDER FOR** ☐ APPEAL  ☐ NON-APPEAL  ☐ CRIMINAL JUSTICE ACT

☐ IN FORMA PAUPERIS  ☐ AUSA  ☐ FPD  ☐ OTHER _____

**15. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
| --- | --- | --- |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |

**16.  ORDER:   IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FORMAT | |
| --- | --- | --- | --- |
| ORDINARY | ☐ | PAPER COPY | ☐ |
| 14 DAYS | ☐ | PDF FORMAT | ☐ |
| 7 DAYS | ☐ | ASCII FORMAT | ☐ |
| DAILY | ☐ | OTHER | ☐ |
| HOURLY | ☐ | FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY | |
| REAL TIME | ☐ | | |

**(CERTIFICATION 17 & 18)**
By signing the below, I certify that I will pay all charges
(deposit plus additional).

**17. DATE:**

**18. SIGNATURE:**

19. Transcription agency for digitally recorded proceedings:

20. Month:          Day:          Year:

Transcript payment arrangements were made with:

NAME OF OFFICIAL: _____

Payment of estimated transcript fees were sent on the following date:

Month:          Day:          Year:

G-120 (09/12)