KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
CHARLES N. FREIBERG (SBN 70890)
BRIAN P. BROSNAHAN (SBN 112894)
JACOB N. FOSTER (SBN 250785)
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

LAW OFFICES OF CRAIG A. MILLER
CRAIG A. MILLER (SBN 116030)
225 Broadway, Suite 1310
San Diego, CA 92101
Telephone: (619) 231-9449
Facsimile: (619) 231-8638

Attorneys for Plaintiffs
JOYCE WALKER, KIM BRUCE HOWLETT,
and MURIEL SPOONER, on behalf of themselves
and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation,<br><br>Defendant. | **CLASS ACTION**<br><br>CASE NO.: CV 10-9198 JVS (RNBx)<br><br>Formerly Case No.: 3:10-cv -04852 JSW<br><br>from Northern District of California<br><br>**NOTICE OF LODGING OF JOINT PROPOSED FIFTH AMENDED PRETRIAL SCHEDULING ORDER**<br><br>Judge James V. Selna |

NOTICE OF LODGING
Case No. CV 10-9198 JVS (RNBx)

# NOTICE OF LODGING

TO THE COURT, DEFENDANT, AND ALL COUNSEL OF RECORD:

Pursuant to Local Rule 5-4.4.1, Plaintiffs Joyce Walker, Kim Bruce Howlett, and Muriel Spooner ("Plaintiffs") hereby lodge a Proposed Fifth Amended Pretrial Scheduling Order, which is submitted jointly by Plaintiffs and Defendant Life Insurance Company of the Southwest in accordance with the Court's June 20, 2013 Orders Denying Plaintiffs' and LSW's Proposed Fifth Amended Pretrial Scheduling Orders.

Dated: July 1, 2013              KASOWITZ, BENSON, TORRES & FRIEDMAN LLP


By:   /s/ Charles N. Freiberg
       Charles N. Freiberg

NOTICE OF LODGING
Case No. CV 10-9198 JVS (RNBx)
1