KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation,<br><br>　　　　　　　　Defendant. | **CLASS ACTION**<br><br>CASE NO.:  CV 10-9198 JVS (RNBx)<br><br>Formerly Case No.: 3:10-cv -04852 JSW from Northern District of CA<br><br>**[PROPOSED] FIFTH AMENDED PRETRIAL SCHEDULING ORDER** |

1  Having reviewed the parties' Proposed Fifth Amended Pretrial Scheduling Order, and good cause appearing therefore, the Court issues the following Order:

1. All of the dates in the Fourth Amended Pretrial Scheduling Order shall be modified as set forth below.

2. The trial date will be June 30, 2014. The pretrial conference will take place two weeks before the amended trial date, on June 16, 2014, in accordance with the Court's presumptive pretrial schedule.

3. The parties will participate in a non-judicial dispute resolution proceeding, Settlement Procedure Number 3 under Local Rule 16-15.4, which shall commence by no later than October 1, 2013.

4. The production end date (as referenced in Magistrate Judge Block's December 14, 2012 Minute Order, Docket No. 365) will be August 15, 2013.[1] The parties shall begin making any supplemental productions by no later than October 1, 2013 and shall complete making any supplemental productions by no later than November 1, 2013.

5. Non-expert fact discovery shall remain open until December 6, 2013. Pursuant to the Trial Order, all depositions shall commence no later than 5 working days before the close of non-expert fact discovery, by November 29, 2013, and shall be completed by no later than December 6, 2013.

6. The deadline for written discovery passed on December 4, 2012, and is not extended or re-opened by this stipulation. Notwithstanding this deadline, either party may propound additional written discovery pursuant to any Order by the Court permitting such additional written discovery upon good cause shown. Nothing in this Order shall be interpreted as a waiver of a propounding party's

---

[1] If the Court extends the date set for the close of fact discovery for any reason, then, absent contrary order or agreement of the parties, the production end date shall revert to 60 days prior to the operative close of fact discovery, without prejudice to LSW's right to seek modification of that order for good cause shown.

[PROPOSED] FIFTH AMENDED PRETRIAL SCHEDULING ORDER
Case No. CV 10-9198 JVS (RNBx)
1

right to seek supplementation of the responding party's responses to any previously propounded written discovery requests as required by the Federal Rules, by Court Order, by any other applicable rule, or pursuant to any agreement between the parties.

7. Notice pursuant to Rule 23(c)(2)(B) shall be sent to members of the class by no later than November 1, 2013. The opt-out period shall close 90 days after class notice is sent, and by no later than January 30, 2014.

8. Expert discovery will remain open until March 10, 2014. The parties shall submit their expert disclosures (for other than rebuttal experts) by no later than eight weeks (56 days) prior to the amended close of expert discovery (January 13, 2014), any rebuttal expert disclosures no later than four weeks (28 days) prior to the amended close of expert discovery (February 10, 2014), and any reply expert disclosures no later than two weeks (14 days) prior to the amended close of expert discovery (February 24, 2014). All expert depositions shall be completed no later than the date for the amended close of expert discovery.

9. The last date for hearing motions (other than motions *in limine*, including motions challenging trial experts) will be seven weeks (49 days) before the trial date, on May 12, 2014. Except as otherwise set forth below, all motions shall be served and filed no later than four weeks (28 days) before the last date for hearing motions, by April 14, 2014.

10. With respect to any motion for summary judgment that may be filed, the time between the filing of any summary judgment motion and the hearing date shall be no less than 53 days. The last date for filing any motion for summary judgment that may be filed shall be March 20, 2014, 53 days before the last date for hearing motions. Absent contrary order or agreement by the parties, any opposition to a motion for summary judgment shall be filed no more than 25 days after the date the motion is made (and by no later than April 14, 2014), and any reply shall be filed no more than 14 days after the opposition is filed (and by no

later than April 28, 2014).

11. Pursuant to the Trial Order and in compliance with Local Rule 6, all motions *in limine* (including motions challenging trial experts) shall be filed and served no later than four weeks (28 days) prior to the amended pretrial conference date, on May 19, 2014.

12. Pursuant to and in compliance with Local Rule 16, all Memoranda of Contentions of Fact and Law, Exhibit Lists, and Witness Lists shall be submitted no later than three weeks (21 days) prior to the amended pretrial conference date, on May 26, 2014.

13. Pursuant to and in compliance with Local Rule 16, the parties' Pretrial Conference Order shall be lodged no later than 11 days before the amended pretrial conference date, on June 5, 2014.

14. The timing and procedures for proposed jury instructions, special verdicts and voir dire questions are set forth at Docket No. 61, pp. 5-6.

15. The parties may seek modification of this Order at any time and for good cause shown.

IT IS SO ORDERED.

Dated: _____

                                               Honorable James V. Selna
                                               United States District Judge

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

[PROPOSED] FIFTH AMENDED PRETRIAL SCHEDULING ORDER
Case No. CV 10-9198 JVS (RNBx)
3