Jonathan A. Shapiro (257199)
Mintz Levin Cohn Ferris Glovsky and Popeo PC
44 Montgomery Street
San Francisco, California  94104
Tel:     (415) 432-6000
Fax:    (415) 432-6001
JAShapiro@mintz.com

Andrea J. Robinson (pro hac vice)
Timothy J. Perla (pro hac vice)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts  02109
Tel:     (617) 526-6000
Fax:    (617) 526-5000
andrea.robinson@wilmerhale.com
timothy.perla@wilmerhale.com

Attorneys for Defendant Life Insurance
Company of the Southwest

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation, and DOES 1-50<br><br>Defendant. | Case No.: CV 10-9198-JVS(RNBx)<br><br>DEFENDANT LIFE INSURANCE COMPANY OF THE SOUTHWEST'S NOTICE OF MOTION AND MOTION TO DECERTIFY CLASS<br><br>Judge:        Hon. James V. Selna<br>Date:         October 21, 2013<br>Time:        1:30 P.M.<br>Courtroom:  10C |

## NOTICE OF MOTION AND MOTION TO DECERTIFY CLASS

TO THE COURT, PLAINTIFFS, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on October 21, 2013 at 1:30 P.M. PST, or as soon thereafter as the matter may be heard, in Courtroom 10C located at 411 West Fourth Street, Santa Ana, California, 92701, Defendant Life Insurance Company of the Southwest ("LSW") will, and hereby does, move the Court pursuant to Rules 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure for an order decertifying the Class previously certified in the Court's Order of November 9, 2012 that consists of all Provider and Paragon Policyholders who purchased their Policies on or after September 24, 2006.

This Motion is supported by the accompanying Memorandum in Support of Motion to Decertify, an Appendix thereto, a Proposed Order and such other evidence or argument as may be presented before or at the hearing.

Respectfully submitted,

WILMER CUTLER PICKERING HALE AND DORR LLP

By: */s/ Jonathan A. Shapiro*
Jonathan A. Shapiro (257199)
Andrea J. Robinson (*pro hac vice*)
Timothy J. Perla (*pro hac vice*)

Attorneys for Defendant Life Insurance Company of the Southwest

## CERTIFICATE OF SERVICE

I am a resident of the Commonwealth of Massachusetts, over the age of eighteen years, and not a party to the within action. My business address is Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts 02109. On September 10, 2013 I served the within document(s):

   LIFE INSURANCE COMPANY OF THE SOUTHWEST'S MOTION TO
   DECERTIFY CLASS; MEMORANDUM IN SUPPORT OF MOTION TO
   DECERTIFY CLASS; APPENDIX THERETO; AND PROPOSED ORDER

☒   I electronically filed the document(s) listed above via the CM/ECF system.

Charles N. Freiberg
Brian P. Brosnahan
Jacob N. Foster
Jeanette T. Barzelay
KASOWITZ, BENSON, TORRES & FREIDMAN LLP
101 California Street, Suite 2300
San Francisco, CA 94111
cfreiberg@kasowitz.com
bbrosnahan@kasowitz.com
jfoster@kasowitz.com

Harvey R. Levine
Levine & Miller
550 West C Street, Suite 1810
San Diego, CA 92101
lmsh@levinelaw.com

Craig A. Miller
Law Offices of Craig A. Miller
225 Broadway, Suite 1310
San Diego, CA 92101
cmiller@craigmillerlaw.com

  /s/ Joel Fleming
  Joel Fleming