MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC
Jonathan A. Shapiro (257199)
44 Montgomery Street
San Francisco, California  94104
Tel:    (415) 432-6000
Fax:    (415) 432-6001
JAShapiro@mintz.com

WILMER CUTLER PICKERING HALE AND DORR LLP
Andrea J. Robinson (pro hac vice)
Timothy J. Perla (pro hac vice)
60 State Street
Boston, Massachusetts  02109
Tel:    (617) 526-6000
Fax:   (617) 526-5000
andrea.robinson@wilmerhale.com
timothy.perla@wilmerhale.com

Attorneys for Defendant Life Insurance
Company of the Southwest

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>   v.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation,<br><br>                  Defendant. | **CLASS ACTION**<br><br>CASE NO.:  CV 10-9198 JVS (RNBx)<br><br>Formerly Case No.:  3:10-cv -04852 JSW from Northern District of CA<br><br>**JOINT STIPULATION REGARDING PROPOSED FIFTH AMENDED PRETRIAL SCHEDULING ORDER** |

Pursuant to Local Rule 7-1, Plaintiffs Joyce Walker, Kim Bruce Howlett, and Muriel Spooner ("Plaintiffs") and Defendant Life Insurance Company of the Southwest ("LSW") (collectively, the "parties"), by and between their undersigned counsel, submit the following stipulation:

WHEREAS, on December 17, 2013, the Court held a telephonic status conference with the parties and set a final pretrial conference for March 24, 2014 and trial for April 8, 2014;

WHEREAS, the Court instructed the parties to confer and agree upon pretrial deadlines;

WHEREAS, the parties thereafter conferred and agreed upon pretrial deadlines;

WHEREAS, good cause exists to modify the dates in the Fourth Amended Pretrial Scheduling Order in order to conform pretrial deadlines to the dates for the final pretrial conference and the trial;

WHEREAS, the proposed new deadlines conform to the Trial Order and Local Rule 16;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties:

1.     All of the dates in the Fourth Amended Pretrial Scheduling Order shall be modified as set forth below.

2.     Pursuant to the Trial Order and in compliance with Local Rule 16, all motions *in limine* shall be filed and served no later than February 24, 2014, four weeks (28 days) prior to the amended pretrial conference date.

3.     Pursuant to and in compliance with Local Rule 16, the parties' Pretrial Conference Order shall be lodged no later than March 13, 2014, 11 days before the amended pretrial conference date.

4.     All Memoranda of Contentions of Fact and Law, Exhibit Lists, and Witness Lists shall be submitted no later than March 3, 2014, 21 days prior to the

amended pretrial conference date.

5.      Any rebuttal expert disclosures shall be served no later than December 31, 2013.

6.      Any reply expert disclosures shall be served no later than January 28, 2014.

7.      Expert discovery shall close on February 11, 2014.  All expert depositions shall commence no later than February 11, 2014.

8.      Pursuant to and in compliance with Local Rule 16, the parties' Trial Briefs shall be submitted no later than April 1, 2014, seven (7) days before the amended trial date.

9.      The timing and procedures for proposed jury instructions, special verdicts and *voir dire* questions are set forth in Docket No. 61, pp. 5-6.

10.     The parties may seek modification of this Order at any time and for good cause shown.


DATED:  January 2, 2014          KASOWITZ BENSON TORRES & FRIEDMAN LLP

                                 By: */s/ Charles N. Freiberg*
                                     Charles N. Freiberg

                                 Attorneys For Plaintiffs
                                 JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated


                                 WILMER CUTLER PICKERING HALE AND DORR LLP

                                 By: */s/ Timothy J. Perla*
                                 Timothy J. Perla

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Attorneys For Defendant
LIFE INSURANCE COMPANY OF THE
SOUTHWEST

- 4 -