UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation, and DOES 1-50,<br><br>　　　　Defendant. | Case No.: 10-09198 JVS(RNBx)<br><br>**[PROPOSED] FIFTH AMENDED PRETRIAL SCHEDULING ORDER** |

Having considered the parties' Joint Stipulation Regarding Fifth Amended Pretrial Scheduling Order, and good cause appearing therefore, the Court issues the following Order:

1. Pursuant to the Trial Order and in compliance with Local Rule 16, all motions in limine shall be filed and served no later than February 24, 2014, four weeks (28 days) prior to the amended pretrial conference date.

2. Pursuant to and in compliance with Local Rule 16, the parties' Pretrial Conference Order shall be lodged no later than March 13, 2014, 11 days before the amended pretrial conference date.

3. All Memoranda of Contentions of Fact and Law, Exhibit Lists, and Witness Lists shall be submitted no later than March 3, 2014, 21 days prior to the amended pretrial conference date.

4. Any rebuttal expert disclosures shall be served no later than December 31, 2013.

5. Any reply expert disclosures shall be served no later than January 28, 2014.

6. Expert discovery shall close on February 11, 2014. All expert depositions shall commence no later than February 11, 2014.

7. Pursuant to and in compliance with Local Rule 16, the parties' Trial Briefs shall be submitted no later than April 1, 2014, seven (7) days before the amended trial date.

8. The timing and procedures for proposed jury instructions, special verdicts and *voir dire* questions are set forth in Docket No. 61, pp. 5-6.

9. The parties may seek modification of this Order at any time and for good cause shown.

IT IS SO ORDERED.

_____
Dated: _____  HON. JAMES V. SELNA
United States District Judge