1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JOYCE WALKER, KIM BRUCE HOWLETT, and MURIEL SPOONER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation, and DOES 1-50<br><br>Defendant. | Case No.: CV 10-9198-JVS(RNBx)<br><br>**JUDGMENT** |

1  This matter came before the Court for trial in case no. 10CV009198, the Honorable James V. Selna presiding, on the claims of Plaintiffs JOYCE WALKER, KIM BRUCE HOWLETT, AND MURIEL SPOONER ("PLAINTIFFS") against Defendant LIFE INSURANCE COMPANY OF THE SOUTHWEST ("LSW").

Plaintiffs brought to trial claims for common-law fraud and for violation of California's Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200 *et seq.* ("UCL") on an individual basis and on behalf of the following certified class: "all current or former SecurePlus Provider or SecurePlus Paragon policyholders who resided in California at the time of Policy issuance and who purchased the Policy on or after September 24, 2006," with the exception of those who timely opted-out as set forth in Exhibit A.

The trial began on April 8, 2014. At the close of trial, the jury found LSW not liable for fraud as to both the class, as defined above, and the individual Plaintiffs' claims (*See* Docket No. 764).

The Court received post-trial briefing on all claims for violation of the UCL. At the close of post-trial briefing, the Court found LSW not liable for violating the UCL as to both the class, as defined above, and the individual Plaintiffs' claims, per this Court's Finding of Facts and Conclusions of Law filed herein on April 14, 2015 (*See* Docket No. 791).

Accordingly, it is hereby ordered and decreed that:

1. Judgment is entered for defendant LSW, and against the class and individual Plaintiffs, with respect to each and every claim; and

2. LSW is awarded its costs in the sum of $_____.

IT IS SO ORDERED.

DATED: May 04, 2015

_____
The Honorable James V. Selna
United States District Court Judge

# CERTIFICATE OF SERVICE

I am a resident of the Commonwealth of Massachusetts, over the age of eighteen years, and not a party to the within action. My business address is Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts 02109. On April 24, 2015, I served the within document(s):

    [PROPOSED] JUDGMENT

X    I electronically filed the document(s) listed above via the CM/ECF system.

Charles N. Freiberg
Brian P. Brosnahan
Jacob N. Foster
Jeanette T. Barzelay
KASOWITZ, BENSON, TORRES & FREIDMAN LLP
101 California Street, Suite 2300
San Francisco, CA 94111
cfreiberg@kasowitz.com
bbrosnahan@kasowitz.com
jfoster@kasowitz.com

Craig A. Miller
Law Offices of Craig A. Miller
225 Broadway, Suite 1310
San Diego, CA 92101
cmiller@craigmillerlaw.com

                                          */s/ James T. Lux*
                                          James T. Lux

# EXHIBIT A

| No. | First Name | Last Name | City, State | Policy No. | Issue Date |
|---|---|---|---|---|---|
| 1 | Nakhonphet | Chongchareun | Fresno, CA | LS***1102<br>LS***1116 | 15-Jun-11<br>6-June11 |
| 2 | Stephen | Maraldo | Santa Cruz, CA | LS***4834 | 25-Apr-08 |
| 3 | Michael | Maraldo | Aptos, CA | LS***7829 | 8-Apr-09 |
| 4 | Phouphet | Chounramany | Fresno, CA | LS***5514<br>LS***5519 | 19-Jan-11<br>12-Jan-11 |
| 5 | Susan | Seto | Harbor City, CA | LS***7421 | 25-Mar-10 |
| 6 | Paul | Johnson | Oakland, CA | LS***5057 | 16-May-13 |
| 7 | Teri | Wallace | San Bernardino, CA | LS***2466 | 2-Apr-08 |
| 8 | Robert | Wallace | San Bernardino, CA | LS***2595 | 19-Mar-08 |
| 9 | Mai | See Lee | Visalia, CA | LS***4676 | 28-Jan-09 |
| 10 | Ge | Vang | Visalia, CA | LS***4760 | 4-Feb-09 |
| 11 | Sunthary | Baltes | Castaic, CA | LS***2796<br>LS***2798 | 18-Oct-07<br>18-Oct-07 |
| 12 | Christina | Brown | Long Beach, CA | LS***6639 | 28-Jun-07 |
| 13 | Ignacio | De La Torre | Corona, CA | LS***3556 | 18-May-07 |
| 14 | Travis | Yang | San Diego, CA | LS***5047<br>LS***5055<br>LS***5058<br>LS***5059<br>LS***5061<br>LS***5085 | 5-Apr-12<br>5-Apr-12<br>5-Apr-12<br>5-Apr-12<br>28-Mar-12<br>5-Apr-12 |
| 15 | Mingjiu | Wang | Alhambra CA | LS***3094 | 13-Sep-12 |
| 16 | Laura | Maciuika | San Ramon, CA | LS***0405 | 18-Mar-11 |
| 17 | Lucy | Vang | Oakland, CA | LS***3404 | 17-Jul-13 |
| 18 | Kia | Vang | Fresno, CA | LS***4941 | 28-Aug-12 |
| 19 | Raymond | Ramirez | Fresno, CA | LS***1265 | 20-Feb-08 |
| 20 | Lisa | Moua | Sanger, CA | LS***3404 | 13-Dec-10 |
| 21 | Eduardo | Solis | Chula Vista, CA | LS***9087 | 24-Mar-11 |
| 22 | Diana | Forman | Thousand Oaks, CA | LS***5434 | 17-Dec-06 |
| 23 | Albert | Cisneros | Rancho Cordova, CA | LS***4424 | 28-Aug-08 |
| 24 | Robert | Harris | Thousand Oaks, CA | LS***5435 | 20-Dec-06 |
| 25 | Jennilyn | Tuquero Lopez | Huntington Beach, CA | LS***9596 | 10-Sep-09 |
| 26 | Joab | Ashton | Santa Rosa, CA | LS***9833 | 23-Aug-07 |
| 27 | Dwight | Ashton | Santa Rosa, CA | LS***4517 | 15-Aug-07 |
| 28 | Janelle | Ashton | Santa Rosa, CA | LS***4518 | 15-Aug-07 |
| 29 | Naomi | Gomez | Chino, CA | LS***5997 | 4-Aug-09 |
| 30 | Susan | Dix | San Bernardino, CA | LS***2454 | 23-Sep-10 |