KASOWITZ BENSON TORRES LLP
CHARLES N. FREIBERG (SBN 70890)
BRIAN P. BROSNAHAN (SBN 112894)
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

KASOWITZ BENSON TORRES LLP
DANIEL A. SAUNDERS (SBN 161051)
2929 Century Park East, Suite 2000N
Los Angeles, California 90067
Telephone: (424) 288-7900
Facsimile: (424) 288-7901

LAW OFFICES OF CRAIG A. MILLER
CRAIG A. MILLER (SBN 116030)
225 Broadway, Suite 1310
San Diego, California 92101
Telephone: (619) 231-9449
Facsimile: (619) 231-8638

Attorneys for Plaintiffs,
JOYCE ANN WALKER, KIM BRUCE HOWLETT,
And MURIEL LYNN SPOONER, on behalf
of themselves and all others similarly situated

Additional parties and counsel listed on signature page

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| JOYCE ANN WALKER, KIM BRUCE HOWLETT, and MURIEL LYNN SPOONER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation, and Does 1-50,<br><br>Defendants. | **CLASS ACTION**<br>Case No.: CV-10-9198-JVS (RNBx)<br>*Assigned for all purposes to the Honorable James V. Selna*<br>**ORDER REGARDING SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT BRIEFING**<br><br>Action Filed: September 24, 2010 |

# ORDER

Having considered the parties' Joint Report, the Court orders as follows:

- Opening briefs on motions for summary judgment or partial summary judgment are due August 25, 2017; **each side may file a single motion**;
- Opposition briefs on motions for summary judgment or partial summary judgment are due October 6, 2017; and
- Reply briefs in further support of motions for summary judgment or partial summary judgment are due October 27, 2017.
- The Court will set a hearing on the motions for summary judgment or partial summary judgment at a date convenient to the Court.

IT IS SO ORDERED

DATED:  July 26, 2017

_____
HON. JAMES V. SELNA
United States District Judge

KASOWITZ BENSON TORRES LLP
101 California Street, Suite 2300
San Francisco, California 94111